AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 0 5 - 3 4 9 _____

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

JUN 0 1 2005

_____        _____
(Date forms issued)                     (Signature of Party or their Representative)

                                        Brian Crossen
                                        (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action