IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAXTER INTERNATIONAL INC., and BAXTER HEALTHCARE CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-349-GMS |

## STIPULATION

It is hereby STIPULATED, by and between the parties hereto, through their respective counsel that the time within which Baxter International Inc. and Baxter Healthcare Corporation shall move, answer or otherwise respond to the Complaint is extended to August 31, 2005.

| CONNOLLY BOVE LODGE & HUTZ LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| *(signature)* | *(signature)* |
| Jeffrey B. Bove, Esquire (#998) <br> Mary W. Bourke, Esquire (#2356) <br> 1007 North Orange Street <br> P.O. Box 2207 <br> Wilmington, DE 19899-2207 <br> (302) 658-9141 | Philip A. Rovner, Esquire (#3215) <br> 1313 N. Market Street <br> P. O. Box 951 <br> Wilmington, DE 19801 <br> (302) 984-6140 |
| Attorneys for Plaintiffs | Attorney For Defendants |

SO ORDERED this _____ day of _____, 2005.

_____
Hon. Gregory M. Sleet
Chief United States District Judge