IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TALECRIS BIOTHERAPEUTICS, INC.,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) ) |
| **BAXTER INTERNATIONAL INC.,** and **BAXTER HEALTHCARE CORPORATION,** | ) ) ) |
| **Defendants.** | ) ) ) ) ) |

C.A. No. 05-349-GMS

## DISCLOSURE STATEMENT FOR PLAINTIFF

## TALECRIS BIOTHERAPEUTICS, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Talecris Biotherapeutics, Inc. hereby states that the parent company of plaintiff Talecris Biotherapeutics, Inc. is Talecris Biotherapeutics, Holdings Corp., and no publicly held corporation owns ten percent (10%) or more of the stock of plaintiff Talecris Biotherapeutics, Inc.

        Respectfully submitted,
        **CONNOLLY BOVE LODGE & HUTZ LLP**

        By: /s/ Jeffrey B. Bove
        **Jeffrey B. Bove (#998)**
        **Mary W. Bourke (#2356)**
        **Mark E. Freeman (#4257)**
        1007 North Orange Street
        P.O. Box 2207
        Wilmington, DE  19899-2207
        (302) 658-9141

DATED:  September 1, 2005        *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> Philip A. Rovner, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> P.O. Box 951
> Wilmington, DE 19899-0951

I hereby certify that on September 1, 2005, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

| **By Hand Delivery & E-mail** | **By E-mail** |
|---|---|
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | James E. Gilliland, Jr.<br>Susan M. Spaeth<br>Anne M. Rogaski<br>Townsend and Townsend and Crew LLP<br>379 Lytton Avenue<br>Palo Alto, CA 94301 |

/s/ Jeffrey B. Bove
Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
Mark E. Freeman (#4257)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141

*Attorneys for the Plaintiffs*