IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 05-349-GMS |
| BAXTER INTERNATIONAL INC., and | ) |
| BAXTER HEALTHCARE CORPORATION, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

## JURY TRIAL DEMAND

Plaintiff and Counter-Defendant, Talecris Biotherapeutics, Inc., hereby demands a trial by jury in this action for all issues so triable pursuant to Fed. R. Civ. P. 38.

Respectfully submitted,
**CONNOLLY BOVE LODGE & HUTZ LLP**


By: /s/ Jeffrey B. Bove
**Jeffrey B. Bove (#998)**
**Mary W. Bourke (#2356)**
**Mark E. Freeman (#4257)**
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141

DATED: September 12, 2005        *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> Philip A. Rovner, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> P.O. Box 951
> Wilmington, DE 19899-0951

I hereby certify that on September 12, 2005, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**By Hand Delivery & E-mail**

Philip A. Rovner, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899-0951

**By E-mail**

James E. Gilliland, Jr.
Susan M. Spaeth
Anne M. Rogaski
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA 94301

/s/ Jeffrey B. Bove
Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
Mark E. Freeman (#4257)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141

*Attorneys for the Plaintiff*