IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BAXTER INTERNATIONAL INC., and ) <br> BAXTER HEALTHCARE CORPORATION, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 05-349-GMS |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Bradford J. Badke and Gabrielle Ciuffreda to represent Counterdefendant Bayer Healthcare LLC in this matter. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, counsel further certifies that the annual fee of $25.00 per admission will be submitted to the Clerk's Office upon the filing of this motion.

Respectfully submitted,
**CONNOLLY BOVE LODGE & HUTZ LLP**

By: /s/ Jeffrey B. Bove
**Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
Mark E. Freeman (#4257)**
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141

DATED: September 20, 2005    *Attorneys for the Plaintiff*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____    _____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-349-GMS |
| ) | |
| BAXTER INTERNATIONAL INC., and ) | |
| BAXTER HEALTHCARE CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this Certification.

Dated: 16 September 2005

_____
Bradford J. Badke
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020-1105
(212) 596-9031

*Attorney for Counterdefendant
Bayer Healthcare LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-349-GMS |
| BAXTER INTERNATIONAL INC., and BAXTER HEALTHCARE CORPORATION, | ) |
| Defendants. | ) |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this Certification.

Dated: 9/16/05

Gabrielle Ciuffreda
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020-1105
(212) 596-9031

*Attorney for Counterdefendant
Bayer Healthcare LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Philip A. Rovner, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>P.O. Box 951
>Wilmington, DE 19899-0951

I hereby certify that on September 20, 2005, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

| By Hand Delivery & E-mail | By E-mail |
|---|---|
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | James E. Gilliland, Jr.<br>Susan M. Spaeth<br>Anne M. Rogaski<br>Townsend and Townsend and Crew LLP<br>379 Lytton Avenue<br>Palo Alto, CA 94301 |

/s/ Jeffrey B. Bove
Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
Mark E. Freeman (#4257)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141

*Attorneys for the Plaintiff*

2