IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) C.A. No. 05-349-GMS<br>BAXTER INTERNATIONAL INC., and )<br>BAXTER HEALTHCARE CORPORATION, )<br>)<br>Defendants. )<br>)<br>)<br>BAXTER HEALTHCARE CORPORATION )<br>)<br>Counterclaimant, )<br>)<br>v. )<br>)<br>TALECRIS BIOTHERAPEUTICS, INC., and )<br>BAYER HEALTHCARE LLC., )<br>)<br>Counterdefendants. )<br>) | |

## DISCLOSURE STATEMENT FOR COUNTERCLAIM DEFENDANT BAYER HEALTHCARE LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Counterclaim Defendant Bayer Healthcare LLC hereby provides the following disclosure statement:

1. The parent company of plaintiff Bayer Healthcare LLC is Bayer Corporation.

2. All publicly held corporations that own ten percent (10%) or more of plaintiff Bayer Healthcare LLC: Bayer AG.

|  |  |
|---|---|
| | Respectfully submitted, |
| *Of Counsel for Counterclaim* | **CONNOLLY BOVE LODGE & HUTZ LLP** |
| *Defendant Bayer Healthcare LLC* | |
| | |
| Bradford J. Badke, Esquire | |
| Gabrielle Ciuffreda, Esquire | By: /s/ Jeffrey B. Bove |
| ROPES & GRAY LLP | **Jeffrey B. Bove (#998)** |
| 1251 Avenue of the Americas | **Mary W. Bourke (#2356)** |
| New York, NY 10020-1105 | **Mark E. Freeman (#4257)** |
| | 1007 North Orange Street |
| | P.O. Box 2207 |
| | Wilmington, DE 19899-2207 |
| | (302) 658-9141 |
| | |
| | *Attorneys for Plaintiff Talecris and* |
| DATED: September 20, 2005 | *Counterclaim Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Philip A. Rovner, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>P.O. Box 951
>Wilmington, DE 19899-0951

I hereby certify that on September 20, 2005, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**By Hand Delivery & E-mail**

Philip A. Rovner, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899-0951

**By E-mail**

James E. Gilliland, Jr., Esquire
Susan M. Spaeth, Esquire
Anne M. Rogaski, Esquire
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA 94301


/s/ Jeffrey B. Bove
Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
Mark E. Freeman (#4257)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141

*Attorneys for Plaintiff Talecris and Counterclaim Defendants*