

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

Jeffrey B. Bove
Partner

TEL (302) 888-6241
FAX: (302) 656-9072
EMAIL jbove@cblh.com
REPLY TO Wilmington Office

March 24, 2006

**VIA ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

RE: **Talecris Biotherapeutics, Inc. v. Baxter International, Inc. and Baxter Healthcare Corp., C.A. No. 05-349-GMS**

Dear Judge Sleet:

On behalf of the parties in the above-captioned case, Talecris hereby submits a Joint Status Report in advance of the March 28, 2006 Status and Scheduling Conference.

Very truly yours,

*Jeffrey B. Bove /jmm*

Jeffrey B. Bove

JBB/pmd
cc: Philip A. Rovner, Esquire
    Susan Spaeth, Esquire
    Bradford J. Badke, Esquire
#449024v1