

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

Jeffrey B. Bove
Partner

TEL (302) 888-6241
FAX: (302) 656-9072
EMAIL jbove@cblh.com
REPLY TO Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

April 3, 2006

**VIA ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE  19801

>   RE:   **Talecris Biotherapeutics, Inc. v. Baxter International, Inc. and Baxter Healthcare Corp., C.A. No. 05-349-GMS**

Dear Judge Sleet:

On behalf of the parties in the above-captioned case, we hereby submit a joint Proposed Scheduling Order for Your Honor's review. If it is acceptable, the parties respectfully request that Your Honor sign and enter the Order.

Counsel are available should Your Honor have any questions.

Very truly yours,

Jefffey B. Bove

cc:   Philip A. Rovner, Esquire
      Susan Spaeth, Esquire
      Bradford J. Badke, Esquire