IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BAXTER INTERNATIONAL INC., and )<br>BAXTER HEALTHCARE CORPORATION, )<br>)<br>Defendants. ) | Civil Action No. 05-349-GMS |
| BAXTER HEALTHCARE CORPORATION, )<br>)<br>Counterclaimant, )<br>)<br>v. )<br>)<br>TALECRIS BIOTHERAPEUTICS, INC. and )<br>BAYER HEALTHCARE LLC, )<br>)<br>Counterdefendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on April 7, 2006, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

BAXTER INTERNATIONAL INC. AND BAXTER HEALTHCARE CORPORATION'S
INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. PROC. 26(a)(1) AND
CERTIFICATION UNDER FED. R. CIV. PROC. 26(g)

- 2 -

| **BY HAND DELIVERY & E-MAIL** | **BY FEDERAL EXPRESS & E-MAIL** |
|---|---|

Jeffrey B. Bove, Esq.
Mary W. Bourke, Esq.
Mark E. Freeman, Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
jbove@cblh.com
mbourke@cblh.com
mfreeman@cblh.com

Bradford J. Badke, Esq.
Gabrielle Ciuffreda, Esq.
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020-1105
bradford.badke@ropesgray.com
gabrielle.ciuffreda@ropesgray.com


POTTER ANDERSON & CORROON LLP

OF COUNSEL:

James G. Gilliland, Jr.
Susan M. Spaeth
Anne M. Rogaski
TOWNSEND and TOWNSEND and CREW LLP
379 Lytton Avenue
Palo Alto, CA 94301
(650) 326-2400

Dated: April 7, 2006
727125

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    E-mail: provner@potteranderson.com

*Attorneys for Defendant/Counterclaimant*
*Baxter Healthcare Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on April 7, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

BY HAND DELIVERY AND E-MAIL

Jeffrey B. Bove, Esq.
Mary W. Bourke, Esq.
Mark E. Freeman, Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
jbove@cblh.com
mbourke@cblh.com
mfreeman@cblh.com

BY FEDERAL EXPRESS AND E-MAIL

Bradford J. Badke, Esq.
Gabrielle Ciuffreda, Esq.
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020-1105
bradford.badke@ropesgray.com
gabrielle.ciuffreda@ropesgray.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com