IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) C.A. No. 05-349-GMS <br> BAXTER INTERNATIONAL INC., and ) <br> BAXTER HEALTHCARE CORPORATION, ) **Jury Trial Demanded** <br> ) <br> Defendants. ) <br> ) <br> ) <br> BAXTER HEALTHCARE CORPORATION ) <br> ) <br> Counterclaimant, ) <br> ) <br> v. ) <br> ) <br> TALECRIS BIOTHERAPEUTICS, INC., and ) <br> BAYER HEALTHCARE LLC., ) <br> ) <br> Counterdefendants. ) <br> ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of **PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-90)** and **PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES (NOS. 1-11)** were caused to be served on May 5, 2006 upon the following counsel of record in the manner indicated:

| **Via Hand Delivery and E-Mail** | **Via Federal Express and E-Mail** |
|---|---|
| Philip A. Rovner, Esquire | Susan Spaeth, Esquire |
| Potter Anderson & Corroon LLP | Townsend and Townsend and Crew LLP |
| Hercules Plaza | 379 Lytton Avenue |
| P. O. Box 951 | Palo Alto, CA 94301-1431 |
| Wilmington, DE 19899 | (415) 576-0200 |
| (302) 984-6140 | smspaeth@townsend.com |
| provner@potteranderson.com | |

463482

Date: May 8, 2006

                                        By:   */s/ Jeffrey B. Bove*
                                                 Jeffrey B. Bove (#998)
                                                 CONNOLLY BOVE LODGE & HUTZ LLP
                                                 The Nemours Building
                                                 1007 North Orange Street
                                                 Wilmington, DE  19801
                                                 Telephone: (302) 658-9141
                                                 jbove@cblh.com

463482                                          2

## **CERTIFICATE OF SERVICE**

I, hereby certify on this 8th day of May, 2006 I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6140<br>provner@potteranderson.com | Susan Spaeth, Esquire<br>Townsend and Townsend and Crew LLP<br>379 Lytton Avenue<br>Palo Alto, CA 94301-1431<br>(415) 576-0200<br>smspaeth@townsend.com |
|---|---|

                                                __/s/ Jeffrey B. Bove_____
                                                **Jeffrey B. Bove (#998)**
                                                **Mary W. Bourke (#2356)**
                                                **Mark E. Freeman (#4257)**
                                                **Jaclyn M. Mason (#4737)**
                                                CONNOLLY BOVE LODGE & HUTZ LLP
                                                The Nemours Building
                                                1007 North Orange Street
                                                Wilmington, DE 19801
                                                Telephone: (302) 658-9141
                                                jbove@cblh.com

Bradford J. Badke
Gabrielle Ciuffreda
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020-1105
(212) 596-9000
*Attorneys for Bayer*
*Healthcare LLC*


*Attorneys for Talecris Biotherapeutics, Inc.*
*and Bayer Healthcare LLC*

463482                                                3