IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 05-349-GMS |
| BAXTER INTERNATIONAL INC., and ) | |
| BAXTER HEALTHCARE CORPORATION, ) | **Jury Trial Demanded** |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| BAXTER HEALTHCARE CORPORATION ) | |
| ) | |
| Counterclaimant, ) | |
| ) | |
| v. ) | |
| ) | |
| TALECRIS BIOTHERAPEUTICS, INC., and ) | |
| BAYER HEALTHCARE LLC., ) | |
| ) | |
| Counterdefendants. ) | |
| ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of **PLAINTIFF'S SECOND SET OF REQUESTS FOR DOCUMENTS AND THINGS (NOS. 56-88)** were caused to be served on May 31, 2006 upon the following counsel of record in the manner indicated:

| **Via Hand Delivery and E-Mail** | **Via Federal Express and E-Mail** |
|---|---|
| Philip A. Rovner, Esquire | Susan Spaeth, Esquire |
| Potter Anderson & Corroon LLP | Townsend and Townsend and Crew LLP |
| Hercules Plaza | 379 Lytton Avenue |
| P. O. Box 951 | Palo Alto, CA 94301-1431 |
| Wilmington, DE 19899 | (415) 576-0200 |
| (302) 984-6140 | smspaeth@townsend.com |
| provner@potteranderson.com | |

467899

Date: May 31, 2006

                        By:   */s/ Jeffrey B. Bove*
                              Jeffrey B. Bove (#998)
                              CONNOLLY BOVE LODGE & HUTZ LLP
                              The Nemours Building
                              1007 North Orange Street
                              Wilmington, DE  19801
                              Telephone: (302) 658-9141
                              jbove@cblh.com

## CERTIFICATE OF SERVICE

I, hereby certify on this 31st day of May, 2006 I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, DE  19899<br>(302) 984-6140<br>provner@potteranderson.com | Susan Spaeth, Esquire<br>Townsend and Townsend and Crew LLP<br>379 Lytton Avenue<br>Palo Alto, CA 94301-1431<br>(415) 576-0200<br>smspaeth@townsend.com |

                                                  __/s/ Jeffrey B. Bove_____
                                                **Jeffrey B. Bove (#998)**
                                                **Mary W. Bourke (#2356)**
                                                **Mark E. Freeman (#4257)**
                                                **Jaclyn M. Mason (#4737)**
                                                CONNOLLY BOVE LODGE & HUTZ LLP
                                                The Nemours Building
                                                1007 North Orange Street
                                                Wilmington, DE  19801
                                                Telephone: (302) 658-9141
                                                jbove@cblh.com

Bradford J. Badke
Gabrielle Ciuffreda
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020-1105
(212) 596-9000
*Attorneys for Bayer*
*Healthcare LLC*


*Attorneys for Talecris Biotherapeutics, Inc.*
*and Bayer Healthcare LLC*

467899                     3