## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

TALECRIS BIOTHERAPEUTICS, INC.,                )
                                               )
            Plaintiff,                         )
                                               )          Civil Action No. 05-349-GMS
        v.                                     )
                                               )
BAXTER INTERNATIONAL INC. and                  )
BAXTER HEALTHCARE CORPORATION,                 )
                                               )
            Defendants.                        )
_____

BAXTER HEALTHCARE CORPORATION,                 )
                                               )
            Counterclaimant,                   )
                                               )
        v.                                     )
                                               )
TALECRIS BIOTHERAPEUTICS, INC. and             )
BAYER HEALTHCARE LLC,                          )
                                               )
            Counterdefendants.                 )

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the

admission *pro hac vice* of Priya Sreenivasan, Esq., Townsend and Townsend and Crew

LLP, Two Embarcadero Center, San Francisco, California 94111, to represent Baxter

International Inc. and Baxter Healthcare Corporation in this matter.

POTTER ANDERSON & CORROON LLP


By: _____
Philip A. Rovner (#3215)
Hercules Plaza
P. O. Box 951
Wilmington, Delaware 19801
(302) 984-6000
E-mail: provner@potteranderson.com

Attorneys for Defendant
Baxter International Inc. and
Defendant/Counterclaimant
Baxter Healthcare Corporation

Dated: June 29, 2006

738763


## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.


DATE:_____          _____
                                       United States District Judge

CERTIFICATION

<u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

        ☐ has been paid to the Clerk of the Court; or

        ☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 6/26/2006

Priya Sreenivasan
Townsend and Townsend and Crew LLP
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111-3834
(415) 576-0200
E-mail:psreenivasan@townsend.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on June 29, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Jeffrey B. Bove, Esq.
Mary W. Bourke, Esq.
Mark E. Freeman, Esq.
Jaclyn Mason, Esq.
Donna Hallowell
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE  19899-2207
jbove@cblh.com
mbourke@cblh.com
mfreeman@cblh.com
jmason@cblh.com
dhallowell@cblh.com

**BY FEDERAL EXPRESS AND E-MAIL**

Bradford J. Badke, Esq.
Gabrielle Ciuffreda, Esq.
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY  10020-1105
bradford.badke@ropesgray.com
gabrielle.ciuffreda@ropesgray.com

Philip A. Rovner  (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com