IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BAXTER INTERNATIONAL INC., and )<br>BAXTER HEALTHCARE CORPORATION, )<br>)<br>Defendants. )<br>) | C.A. No. 05-349-GMS |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Christopher E. Jeffers to represent Plaintiff Talecris Biotherapeutics, Inc. in this matter. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, counsel further certifies that the annual fee of $25.00 per admission will be submitted to the Clerk's Office upon the filing of this motion.

Respectfully submitted,
**CONNOLLY BOVE LODGE & HUTZ LLP**

By: /s/ Jeffrey B. Bove
**Jeffrey B. Bove (#998)**
**Mary W. Bourke (#2356)**
**Mark E. Freeman (#4257)**
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141

DATED: July 10, 2006          *Attorneys for the Plaintiff*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____
                                     United States District Judge

474729

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-349-GMS |
| BAXTER INTERNATIONAL INC., and BAXTER HEALTHCARE CORPORATION, | ) |
| Defendants. | ) |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Maryland, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this Certification.

Dated: 6 July 06

Christopher E. Jeffers
CONNOLLY BOVE LODGE & HUTZ LLP
1990 M Street NW
Suite 800
Washington, DC 20036-3425
(202) 331-7111

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Philip A. Rovner, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>P.O. Box 951
>Wilmington, DE 19899-0951

I hereby certify that on July 10, 2006, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**By Hand Delivery & E-mail**

Philip A. Rovner, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
Wilmington, DE 19899-0951

**By E-mail**

Susan M. Spaeth
Townsend and Townsend and Crew LLP
379 Lytton Avenue
P.O. Box 951
Palo Alto, CA 94301

*/s/ Jeffrey B. Bove*
Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
Mark E. Freeman (#4257)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141

*Attorneys for the Plaintiffs*

3