IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-349-GMS |
| | ) | |
| BAXTER INTERNATIONAL INC. and | ) | |
| BAXTER HEALTHCARE CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| BAXTER HEALTHCARE CORPORATION, | ) |
| | ) |
| Counterclaimant, | ) |
| | ) |
| v. | ) |
| | ) |
| TALECRIS BIOTHERAPEUTICS, INC. and | ) |
| BAYER HEALTHCARE LLC, | ) |
| | ) |
| Counterdefendants. | ) |

## NOTICE OF DEPOSITION OF CHRISTINE HANSEN

PLEASE TAKE NOTICE that, pursuant to Rule 30(b) of the Federal Rules of Civil Procedure, Defendants Baxter International Inc. and Baxter Healthcare Corporation (collectively "Baxter"), by and through their attorneys of record, will take the deposition of Christine Hansen on July 26, 2006 beginning at 9:00 a.m. at, 1007 North Orange Street, Wilmington, Delaware 19891. The deposition will be before a notary public, or other authorized person to administer oaths, will be recorded stenographically and/or by videotape, will include the use of interactive real time transcription (e.g., Live Notes), and will continue from day to day until completed.

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: |  |
|  | By: /s/ Philip A. Rovner |
| James G. Gilliland, Jr. | Philip A. Rovner (#3215) |
| Susan M. Spaeth | Hercules Plaza |
| Anne M. Rogaski | P.O. Box 951 |
| TOWNSEND AND TOWNSEND AND | Wilmington, Delaware 19899-0951 |
| CREW LLP | (302) 984-6000 |
| 379 Lytton Avenue | Email: provner@potteranderson.com |
| Palo Alto, California 94301 |  |
| (650) 326-2400 | *Attorneys for Defendant* |
|  | *Baxter International Inc. and* |
| Dated: July 11, 2006 | *Defendant/Counterclaimant* |
|  | *Baxter Healthcare Corporation* |
| 740459 |  |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on July 11, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Jeffrey B. Bove, Esq.
Mary W. Bourke, Esq.
Mark E. Freeman, Esq.
Jaclyn Mason, Esq.
Donna Hallowell
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
jbove@cblh.com
mbourke@cblh.com
mfreeman@cblh.com
jmason@cblh.com
dhallowell@cblh.com

**BY FEDERAL EXPRESS AND E-MAIL**

Bradford J. Badke, Esq.
Gabrielle Ciuffreda, Esq.
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020-1105
bradford.badke@ropesgray.com
gabrielle.ciuffreda@ropesgray.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com