IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-349-GMS |
| | ) | |
| BAXTER INTERNATIONAL INC. and | ) | |
| BAXTER HEALTHCARE CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| BAXTER HEALTHCARE CORPORATION, | ) | |
| | ) | |
| Counterclaimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TALECRIS BIOTHERAPEUTICS, INC. and | ) | |
| BAYER HEALTHCARE LLC, | ) | |
| | ) | |
| Counterdefendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on July 13, 2006, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

BAXTER INTERNATIONAL INC. AND BAXTER HEALTHCARE CORPORATION'S SUPPLEMENTAL DISCLOSURES UNDER FED. R. CIV. P. 26(a)(1)(A), PURSUANT TO FED. R. CIV. P. 26(e)(1)

| **BY HAND DELIVERY & E-MAIL** | **BY FEDERAL EXPRESS & E-MAIL** |
|---|---|
| Jeffrey B. Bove, Esq. | Bradford J. Badke, Esq. |
| Mary W. Bourke, Esq. | Gabrielle Ciuffreda, Esq. |
| Mark E. Freeman, Esq. | Ropes & Gray LLP |
| Jaclyn M. Mason, Esq. | 1251 Avenue of the Americas |
| Donna Hallowell | New York, NY 10020-1105 |
| Connolly Bove Lodge & Hutz LLP | bradford.badke@ropesgray.com |
| 1007 N. Orange Street | gabrielle.ciuffreda@ropesgray.com |
| P.O. Box 2207 | |
| Wilmington, DE 19899-2207 | |
| jbove@cblh.com | |
| mbourke@cblh.com | |
| mfreeman@cblh.com | |
| jmason@cblh.com | |
| dhallowell@cblh.conm | |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

James G. Gilliland, Jr.
Susan M. Spaeth
Anne M. Rogaski
TOWNSEND and TOWNSEND and CREW LLP
379 Lytton Avenue
Palo Alto, CA 94301
(650) 326-2400

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    E-mail: provner@potteranderson.com

*Attorneys for Defendant
Baxter International Inc. and
Defendant/Counterclaimant
Baxter Healthcare Corporation*

Dated: July 13, 2006
741028

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on July 13, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

| BY HAND DELIVERY AND E-MAIL | BY FEDERAL EXPRESS AND E-MAIL |
|---|---|
| Jeffrey B. Bove, Esq.<br>Mary W. Bourke, Esq.<br>Mark E. Freeman, Esq.<br>Jaclyn Mason, Esq.<br>Donna Hallowell<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>P. O. Box 2207<br>Wilmington, DE 19899-2207<br>jbove@cblh.com<br>mbourke@cblh.com<br>mfreeman@cblh.com<br>jmason@cblh.com<br>dhallowell@cblh.com | Bradford J. Badke, Esq.<br>Gabrielle Ciuffreda, Esq.<br>Ropes & Gray LLP<br>1251 Avenue of the Americas<br>New York, NY 10020-1105<br>bradford.badke@ropesgray.com<br>gabrielle.ciuffreda@ropesgray.com |

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com