## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-349-GMS |
| | ) | |
| BAXTER INTERNATIONAL INC. and | ) | |
| BAXTER HEALTHCARE CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

_____

| | |
|---|---|
| BAXTER HEALTHCARE CORPORATION, | ) |
| | ) |
| Counterclaimant, | ) |
| | ) |
| v. | ) |
| | ) |
| TALECRIS BIOTHERAPEUTICS, INC. and | ) |
| BAYER HEALTHCARE LLC, | ) |
| | ) |
| Counterdefendants. | ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on July 14, 2006, true and correct copies of the

following document were served on the following counsel of record at the addresses and

in the manner indicated:

BAXTER INTERNATIONAL INC. AND BAXTER HEALTHCARE CORPORATION'S
SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST SET OF
INTERROGATORIES, SET ONE (NOS. 1-5)

- 2 -

**BY HAND DELIVERY & E-MAIL**

Jeffrey B. Bove, Esq.
Mary W. Bourke, Esq.
Mark E. Freeman, Esq.
Jaclyn M. Mason, Esq.
Donna Hallowell
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
jbove@cblh.com
mbourke@cblh.com
mfreeman@cblh.com
jmason@cblh.com
dhallowell@cblh.conm

**BY FEDERAL EXPRESS & E-MAIL**

Bradford J. Badke, Esq.
Gabrielle Ciuffreda, Esq.
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY  10020-1105
bradford.badke@ropesgray.com
gabrielle.ciuffreda@ropesgray.com


POTTER ANDERSON & CORROON LLP

OF COUNSEL:

James G. Gilliland, Jr.
Susan M. Spaeth
Anne M. Rogaski
TOWNSEND and TOWNSEND and
CREW LLP
379 Lytton Avenue
Palo Alto, CA 94301
(650) 326-2400

Dated:  July 14, 2006
741200

By:  /s/ Philip A. Rovner
      Philip A. Rovner (#3215)
      Hercules Plaza
      P.O. Box 951
      Wilmington, DE  19899-0951
      (302) 984-6000
      E-mail: provner@potteranderson.com

*Attorneys for Defendant*
*Baxter International Inc. and*
*Defendant/Counterclaimant*
*Baxter Healthcare Corporation*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on July 14, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

<table>
<tr><td><strong>BY HAND DELIVERY AND E-MAIL</strong></td><td><strong>BY FEDERAL EXPRESS AND E-MAIL</strong></td></tr>
<tr><td valign="top">

Jeffrey B. Bove, Esq.<br>
Mary W. Bourke, Esq.<br>
Mark E. Freeman, Esq.<br>
Jaclyn Mason, Esq.<br>
Donna Hallowell<br>
Connolly Bove Lodge & Hutz LLP<br>
1007 N. Orange Street<br>
P. O. Box 2207<br>
Wilmington, DE 19899-2207<br>
jbove@cblh.com<br>
mbourke@cblh.com<br>
mfreeman@cblh.com<br>
jmason@cblh.com<br>
dhallowell@cblh.com

</td><td valign="top">

Bradford J. Badke, Esq.<br>
Gabrielle Ciuffreda, Esq.<br>
Ropes & Gray LLP<br>
1251 Avenue of the Americas<br>
New York, NY 10020-1105<br>
bradford.badke@ropesgray.com<br>
gabrielle.ciuffreda@ropesgray.com

</td></tr>
</table>

/s/ Philip A. Rovner
Philip A. Rovner  (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com