**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

Jeffrey B. Bove
Partner

TEL (302) 888-6241
FAX: (302) 656-9072
EMAIL jbove@cbih.com
REPLY TO Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cbih.com

July 19, 2006

**VIA ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE  19801

RE:   **Talecris Biotherapeutics, Inc. v. Baxter International, Inc. and Baxter Healthcare Corp., C.A. No. 05-349-GMS**

Dear Judge Sleet:

On behalf of the parties in the above-captioned case, Talecris Biotherapeutics, Inc. hereby submits a Joint Stipulated Protective Order for Your Honor's consideration. If it meets with your Honor's approval, the parties respectfully request that Your Honor sign and enter the enclosed Order.

Counsel are available should the Court have any questions.

Respectfully submitted,

Jeffrey B. Bove

JBB/llw

Enclosure

cc:   Philip A. Rovner, Esquire (via e-mail)
      Susan Spaeth, Esquire (via e-mail)
      Bradford J. Badke, Esquire (via e-mail)

#449024v1