

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

**Jeffrey B. Bove**
Partner

TEL (302) 888-6241
FAX: (302) 656-9072
EMAIL jbove@cblh.com
REPLY TO Wilmington Office

August 15, 2006

**VIA ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

RE: **Talecris Biotherapeutics, Inc. v. Baxter International, Inc. and Baxter Healthcare Corp., C.A. No. 05-349-GMS**

Dear Judge Sleet:

On August 9, 2006, Your Honor issued an oral Order rescheduling the parties' discovery teleconference in this case from Friday, August 11, 2006, at 10:00 a.m. to Thursday, August 17, 2006, at 10:00 a.m. In anticipation of the teleconference, Plaintiffs wish to add the following item to the agenda letter previously filed with the Court on August 9, 2006:

- Conflict of interest and potential disqualification of Defendants' counsel.

Respectfully submitted,

Jeffrey B. Bove (#998)

JBB/llw

cc: Philip A. Rovner, Esquire (via e-filing & e-mail)
Susan Spaeth, Esquire (via e-mail)
Bradford J. Badke, Esquire (via e-mail)

#449024v1