IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC. and BAYER HEALTHCARE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BAXTER INTERNATIONAL INC. and BAXTER HEALTHCARE CORPORATION,<br><br>Defendants<br>_____<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>Counterclaimant,<br><br>v.<br><br>TALECRIS BIOTHERAPEUTICS, INC. and BAYER HEALTHCARE LLC,<br><br>Counterdefendants. | C. A. No. 05-349-GMS<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DEPOSITION OF TOM RAINS

PLEASE TAKE NOTICE that, pursuant to Rule 30(b) of the Federal Rules of Civil Procedure, Defendant Baxter International Inc. and Defendant/Counterclaimant Baxter Healthcare Corporation (collectively "Baxter"), by and through their attorneys of record, will take the deposition of Tom Rains, on September 19, 2006 beginning at 9:30 a.m. at the offices of Connolly Bove Lodge & Hutz LLP, 1007 North Orange Street, Wilmington, DE 19891. The deposition will be before a notary public, or other authorized person to administer oaths, will be recorded stenographically and/or by video tape, will include the use of interactive real time transcription (e.g., Live Notes), and will continue from day to day until completed.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

James G. Gilliland, Jr.
Susan M. Spaeth
Anne M. Rogaski
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Avenue
Palo Alto, California 94301
(650) 326-2400

Dated: August 22, 2006

747193

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    Email: provner@potteranderson.com

*Attorneys for Defendant*
*Baxter International Inc. and*
*Defendant/Counterclaimant*
*Baxter Healthcare Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on August 22, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

| **BY HAND DELIVERY AND E-MAIL** | **BY FEDERAL EXPRESS AND E-MAIL** |
|---|---|
| Jeffrey B. Bove, Esq. <br> Mary W. Bourke, Esq. <br> Mark E. Freeman, Esq. <br> Jaclyn Mason, Esq. <br> Donna Hallowell <br> Connolly Bove Lodge & Hutz LLP <br> 1007 N. Orange Street <br> P. O. Box 2207 <br> Wilmington, DE 19899-2207 <br> jbove@cblh.com <br> mbourke@cblh.com <br> mfreeman@cblh.com <br> jmason@cblh.com <br> dhallowell@cblh.com | Bradford J. Badke, Esq. <br> Gabrielle Ciuffreda, Esq. <br> Ropes & Gray LLP <br> 1251 Avenue of the Americas <br> New York, NY 10020-1105 <br> bradford.badke@ropesgray.com <br> gabrielle.ciuffreda@ropesgray.com |

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com