IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC. and BAYER HEALTHCARE LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BAXTER INTERNATIONAL INC. and BAXTER HEALTHCARE CORPORATION, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 05-349-GMS <br><br> JURY TRIAL DEMANDED |
| BAXTER HEALTHCARE CORPORATION, <br><br> Counterclaimant, <br><br> v. <br><br> TALECRIS BIOTHERAPEUTICS, INC. and BAYER HEALTHCARE LLC, <br><br> Counterdefendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF DEPOSITION OF TERESA BLACKMON

PLEASE TAKE NOTICE that, pursuant to Rule 30(b) of the Federal Rules of Civil Procedure, Defendant Baxter International Inc. and Defendant/Counterclaimant Baxter Healthcare Corporation (collectively "Baxter"), by and through their attorneys of record, will take the deposition of Teresa Blackmon, on September 18, 2006 beginning at 9:30 a.m. at the offices of Connolly Bove Lodge & Hutz LLP, 1007 North Orange Street, Wilmington, DE 19891. The deposition will be before a notary public, or other authorized person to administer oaths, will be recorded stenographically and/or by video tape, will include the use of interactive real time transcription (e.g., Live Notes), and will continue from day to day until completed.

                                                POTTER ANDERSON & CORROON LLP

OF COUNSEL:
                                                By: /s/ Philip A. Rovner
James G. Gilliland, Jr.                             Philip A. Rovner (#3215)
Susan M. Spaeth                                     Hercules Plaza
Anne M. Rogaski                                     P.O. Box 951
TOWNSEND AND TOWNSEND AND                           Wilmington, Delaware 19899-0951
CREW LLP                                            (302) 984-6000
379 Lytton Avenue                                   Email: provner@potteranderson.com
Palo Alto, California 94301
(650) 326-2400                                  *Attorneys for Defendant
                                                Baxter International Inc. and
Dated: August 22, 2006                          Defendant/Counterclaimant
                                                Baxter Healthcare Corporation*

747224

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on August 22, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

| **BY HAND DELIVERY AND E-MAIL** | **BY FEDERAL EXPRESS AND E-MAIL** |
|---|---|
| Jeffrey B. Bove, Esq.<br>Mary W. Bourke, Esq.<br>Mark E. Freeman, Esq.<br>Jaclyn Mason, Esq.<br>Donna Hallowell<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>P. O. Box 2207<br>Wilmington, DE  19899-2207<br>jbove@cblh.com<br>mbourke@cblh.com<br>mfreeman@cblh.com<br>jmason@cblh.com<br>dhallowell@cblh.com | Bradford J. Badke, Esq.<br>Gabrielle Ciuffreda, Esq.<br>Ropes & Gray LLP<br>1251 Avenue of the Americas<br>New York, NY  10020-1105<br>bradford.badke@ropesgray.com<br>gabrielle.ciuffreda@ropesgray.com |

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com