IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC. and BAYER HEALTHCARE LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BAXTER INTERNATIONAL INC. and BAXTER HEALTHCARE CORPORATION, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 05-349-GMS <br><br> JURY TRIAL DEMANDED |
| BAXTER HEALTHCARE CORPORATION, <br><br> Counterclaimant, <br><br> v. <br><br> TALECRIS BIOTHERAPEUTICS, INC. and BAYER HEALTHCARE LLC, <br><br> Counterdefendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 24, 2006, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

BAXTER INTERNATIONAL INC. AND BAXTER HEALTHCARE CORPORATION'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION (NOS. 6 AND 18)

- 2 -

| **BY HAND DELIVERY & E-MAIL** | **BY FEDERAL EXPRESS & E-MAIL** |

Jeffrey B. Bove, Esq.
Mary W. Bourke, Esq.
Mark E. Freeman, Esq.
Jaclyn M. Mason, Esq.
Donna Hallowell
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
jbove@cblh.com
mbourke@cblh.com
mfreeman@cblh.com
jmason@cblh.com
dhallowell@cblh.conm

Bradford J. Badke, Esq.
Gabrielle Ciuffreda, Esq.
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020-1105
bradford.badke@ropesgray.com
gabrielle.ciuffreda@ropesgray.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

James G. Gilliland, Jr.
Susan M. Spaeth
Anne M. Rogaski
TOWNSEND and TOWNSEND and CREW LLP
379 Lytton Avenue
Palo Alto, CA 94301
(650) 326-2400

Dated: August 24, 2006
747545

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    E-mail: provner@potteranderson.com

*Attorneys for Defendant*
*Baxter International Inc. and*
*Defendant/Counterclaimant*
*Baxter Healthcare Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on August 24, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

| **BY HAND DELIVERY AND E-MAIL** | **BY FEDERAL EXPRESS AND E-MAIL** |
|---|---|
| Jeffrey B. Bove, Esq.<br>Mary W. Bourke, Esq.<br>Mark E. Freeman, Esq.<br>Jaclyn Mason, Esq.<br>Donna Hallowell<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>P. O. Box 2207<br>Wilmington, DE 19899-2207<br>jbove@cblh.com<br>mbourke@cblh.com<br>mfreeman@cblh.com<br>jmason@cblh.com<br>dhallowell@cblh.com | Bradford J. Badke, Esq.<br>Gabrielle Ciuffreda, Esq.<br>Ropes & Gray LLP<br>1251 Avenue of the Americas<br>New York, NY 10020-1105<br>bradford.badke@ropesgray.com<br>gabrielle.ciuffreda@ropesgray.com |

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com