IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 05-349-GMS |
| BAXTER INTERNATIONAL INC., and | ) | |
| BAXTER HEALTHCARE CORPORATION, | ) | **Jury Trial Demanded** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| BAXTER HEALTHCARE CORPORATION | ) | |
| | ) | |
| Counterclaimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TALECRIS BIOTHERAPEUTICS, INC., and | ) | |
| BAYER HEALTHCARE LLC., | ) | |
| | ) | |
| Counterdefendants. | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of **PLAINTIFFS' THIRD SET OF REQUESTS FOR DOCUMENTS AND THINGS (NOS. 89-93) and PLAINTIFFS' THIRD SET OF INTERROGATORIES TO BAXTER (NOS. 14-20)** were caused to be served on August 29, 2006 upon the following counsel of record in the manner indicated:

| **Via Hand Delivery and E-Mail** | **Via Federal Express and E-Mail** |
|---|---|
| Philip A. Rovner, Esquire | Susan Spaeth, Esquire |
| Potter Anderson & Corroon LLP | Townsend and Townsend and Crew LLP |
| Hercules Plaza | 379 Lytton Avenue |
| P. O. Box 951 | Palo Alto, CA 94301-1431 |
| Wilmington, DE 19899 | (415) 576-0200 |
| (302) 984-6140 | smspaeth@townsend.com |
| provner@potteranderson.com | |

484715

Date: August 30, 2006

                                                By:   */s/ Jeffrey B. Bove*
                                                           Jeffrey B. Bove (#998)
                                                           CONNOLLY BOVE LODGE & HUTZ LLP
                                                           The Nemours Building
                                                           1007 North Orange Street
                                                           Wilmington, DE  19801
                                                           Telephone: (302) 658-9141
                                                           jbove@cblh.com

## CERTIFICATE OF SERVICE

I, hereby certify on this 29th day of August, 2006 I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6140<br>provner@potteranderson.com | Susan Spaeth, Esquire<br>Townsend and Townsend and Crew LLP<br>379 Lytton Avenue<br>Palo Alto, CA 94301-1431<br>(415) 576-0200<br>smspaeth@townsend.com |
|---|---|

                                                    /s/ Jeffrey B. Bove
                                          **Jeffrey B. Bove (#998)**
                                            **Mary W. Bourke (#2356)**
                                            **Mark E. Freeman (#4257)**
                                            **Jaclyn M. Mason (#4737)**
                                            CONNOLLY BOVE LODGE & HUTZ LLP
                                            The Nemours Building
                                            1007 North Orange Street
                                            Wilmington, DE 19801
                                            Telephone: (302) 658-9141
                                            jbove@cblh.com

Bradford J. Badke
Gabrielle Ciuffreda
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020-1105
(212) 596-9000
*Attorneys for Bayer*
*Healthcare LLC*


*Attorneys for Talecris Biotherapeutics, Inc.*
*and Bayer Healthcare LLC*

484715                                            3