## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TALECRIS BIOTHERAPEUTICS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **C.A. No. 05-349-GMS** |
| **BAXTER INTERNATIONAL INC., and** | ) | |
| **BAXTER HEALTHCARE CORPORATION,** | ) | **Jury Trial Demanded** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |
| **BAXTER HEALTHCARE CORPORATION** | ) | |
| | ) | |
| **Counterclaimant,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **TALECRIS BIOTHERAPEUTICS, INC., and** | ) | |
| **BAYER HEALTHCARE LLC.,** | ) | |
| | ) | |
| **Counterdefendants.** | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of **PLAINTIFFS' FOURTH SET OF INTERROGATORIES TO BAXTER (NOS. 21)** were caused to be served on August 30, 2006 upon the following counsel of record in the manner indicated:

| **Via Hand Delivery and E-Mail** | **Via Federal Express and E-Mail** |
|---|---|
| Philip A. Rovner, Esquire | Susan Spaeth, Esquire |
| Potter Anderson & Corroon LLP | Townsend and Townsend and Crew LLP |
| Hercules Plaza | 379 Lytton Avenue |
| P. O. Box 951 | Palo Alto, CA 94301-1431 |
| Wilmington, DE 19899 | (415) 576-0200 |
| (302) 984-6140 | smspaeth@townsend.com |
| provner@potteranderson.com | |

Date: August 30, 2006

485003

By: ___/s/ Jeffrey B. Bove_____
　　Jeffrey B. Bove (#998)
　　CONNOLLY BOVE LODGE & HUTZ LLP
　　The Nemours Building
　　1007 North Orange Street
　　Wilmington, DE 19801
　　Telephone: (302) 658-9141
　　jbove@cblh.com

## CERTIFICATE OF SERVICE

I, hereby certify on this 30th day of August, 2006 I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, DE  19899<br>(302) 984-6140<br>provner@potteranderson.com | Susan Spaeth, Esquire<br>Townsend and Townsend and Crew LLP<br>379 Lytton Avenue<br>Palo Alto, CA 94301-1431<br>(415) 576-0200<br>smspaeth@townsend.com |

___/s/ Jeffrey B. Bove_____
**Jeffrey B. Bove (#998)**
**Mary W. Bourke (#2356)**
**Mark E. Freeman (#4257)**
**Jaclyn M. Mason (#4737)**
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
Telephone: (302) 658-9141
jbove@cblh.com

Bradford J. Badke
Gabrielle Ciuffreda
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020-1105
(212) 596-9000
*Attorneys for Bayer*
*Healthcare LLC*

*Attorneys for Talecris Biotherapeutics, Inc.*
*and Bayer Healthcare LLC*