## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-349-GMS |
| BAXTER INTERNATIONAL INC., and BAXTER HEALTHCARE CORPORATION, | ) ) ) | <u>Jury Trial Demanded</u> |
| Defendants. | ) ) | |
| BAXTER HEALTHCARE CORPORATION, | ) ) | |
| Counterclaimant, | ) ) | |
| v. | ) ) | |
| TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC, | ) ) ) | |
| Counterdefendants. | ) ) | |

## <u>PLAINTIFFS' THIRD NOTICE OF DEPOSITION TO BAXTER INTERNATIONAL INC. AND BAXTER HEALTHCARE CORPORATION PURSUANT TO FED.R.CIV.P. 30(b)(6)</u>

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil

Procedure, beginning on October 4, 2006 at 9:30 a.m., at the Hyatt Westlake Plaza in Thousand

Oaks, 880 S. Westlake Blvd., West Lake Village, California, 91361, counsel for Plaintiffs

Talecris Biotherapeutics, Inc. and Bayer Healthcare LLC will take the deposition upon oral

examination of Defendant Baxter International Inc. by and through one or more of its officers,

directors, or managing agents, or other persons who are designated and consent to testify on its

behalf, with respect to the matters described in Schedule A hereto. The person or persons so designated shall testify as to matters known or reasonably available to Defendant.

The deposition will be taken before an officer authorized to administer oaths and will continue from hour to hour and day to day until completed. You are invited to attend and cross-examine. Please be advised that this deposition may be recorded by videotape in addition to stenographic recording, which will include the use of LiveNote real time transcription.


August 31, 2006


Bradford J. Badke
Gabrielle Ciuffreda
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020-1105
(212) 596-9000

*Attorneys for Bayer*
*Healthcare LLC*


Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
Mark E. Freeman (#4257)
Jaclyn M. Mason (#4737)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
(302) 658-9141


*Attorneys for Talecris Biotherapeutics, Inc.*
*and Bayer Healthcare LLC*

## EXHIBIT A

## DEFINITIONS

Except as otherwise provided herein, Plaintiffs hereby incorporate by reference all definitions and instructions set forth in Plaintiffs' First Set of Requests for Documents and Things and Plaintiffs' First Set of Interrogatories (Nos. 1–8) as though fully set forth herein.

1.      **"FDA"** means the United States Food and Drug Administration, any of its subdivision agencies, including the Center for Biologics Evaluation and Research, and any foreign regulatory entity charged with government regulatory authority over immune globulin, plasma-derived products, or biological products or intended or used for human or animal administration.

## DEPOSITION CATEGORIES

1.      Clinical trials, specifically including all results and adverse events, performed on any liquid IGIV product, including, but not limited to, 5% liquid formulations, 10% liquid formulations, and GAMMAGARD Liquid, irrespective of past, present or future approval of the product by the FDA or any equivalent foreign regulatory agency.

2.      Detailed protocols for clinical trials performed using any liquid IGIV, irrespective of past, present or future approval of the product by the FDA or any equivalent foreign regulatory agency.

## CERTIFICATE OF SERVICE

I, JEFFREY B. BOVE, ESQUIRE, do hereby certify that I caused a true copy of the foregoing document **PLAINTIFFS' SECOND NOTICE OF DEPOSITION TO BAXTER INTERNATIONAL INC. PURSUANT TO FED.R.CIV.P. 30(b)(6)**, to be served upon the below listed in the manner indicated on August 31, 2006.

**Via Hand Delivery and E-Mail**
Philip A. Rovner, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE  19899
(302) 984-6140

**Via Federal Express and E-Mail**
Susan Spaeth, Esquire
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA 94301-1431
(415) 576-0200

By: _____
Jeffrey B. Bove, Esquire (# 998)

483965_1.DOC