IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BAXTER INTERNATIONAL INC., and ) <br> BAXTER HEALTHCARE CORPORATION, ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> BAXTER HEALTHCARE CORPORATION ) <br> ) <br> Counterclaimant, ) <br> ) <br> v. ) <br> ) <br> TALECRIS BIOTHERAPEUTICS, INC., and ) <br> BAYER HEALTHCARE LLC., ) <br> ) <br> Counterdefendants. ) <br> ) | C.A. No. 05-349-GMS <br><br> **Jury Trial Demanded** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of **TALECRIS BIOTHERAPEUTICS, INC.'S OBJECTIONS TO THE NOTICE OF DEPOSITION TO TALECRIS PURSUANT TO FED.R.CIV.P. 30(b)(6) SERVED AUGUST 18, 2006** were caused to be served on August 30, 2006 upon the following counsel of record in the manner indicated:

| **Via Hand Delivery and E-Mail** | **Via Federal Express and E-Mail** |
|---|---|
| Philip A. Rovner, Esquire <br> Potter Anderson & Corroon LLP <br> Hercules Plaza <br> P. O. Box 951 <br> Wilmington, DE  19899 <br> (302) 984-6140 <br> provner@potteranderson.com | Susan Spaeth, Esquire <br> Townsend and Townsend and Crew LLP <br> 379 Lytton Avenue <br> Palo Alto, CA 94301-1431 <br> (415) 576-0200 <br> smspaeth@townsend.com |

485186

Date: August 31, 2006

                                          By: __*/s/ Jeffrey B. Bove*_____
                                               Jeffrey B. Bove (#998)
                                               CONNOLLY BOVE LODGE & HUTZ LLP
                                               The Nemours Building
                                               1007 North Orange Street
                                               Wilmington, DE  19801
                                               Telephone: (302) 658-9141
                                               jbove@cblh.com

485186                                      2

## CERTIFICATE OF SERVICE

I, hereby certify on this 31st day of August, 2006 I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, DE  19899<br>(302) 984-6140<br>provner@potteranderson.com | Susan Spaeth, Esquire<br>Townsend and Townsend and Crew LLP<br>379 Lytton Avenue<br>Palo Alto, CA 94301-1431<br>(415) 576-0200<br>smspaeth@townsend.com |
|---|---|

                                                                           /s/ Jeffrey B. Bove
                                                   **Jeffrey B. Bove (#998)**
                                                   **Mary W. Bourke (#2356)**
                                                   **Mark E. Freeman (#4257)**
                                                 **Jaclyn M. Mason (#4737)**
                                                 CONNOLLY BOVE LODGE & HUTZ LLP
                                                 The Nemours Building
                                                 1007 North Orange Street
                                                 Wilmington, DE  19801
                                                 Telephone: (302) 658-9141
                                                 jbove@cblh.com

Bradford J. Badke
Gabrielle Ciuffreda
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020-1105
(212) 596-9000
*Attorneys for Bayer*
*Healthcare LLC*


*Attorneys for Talecris Biotherapeutics, Inc.*
*and Bayer Healthcare LLC*

485186