

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

Jeffrey B. Bove
Partner

TEL (302) 888-6241
FAX: (302) 656-9072
EMAIL jbove@cblh.com
REPLY TO Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

September 5, 2006

Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles CA 90071
TEL (213) 787 2500
FAX (213) 687 0498

WEB www.cblh.com

**BY E-FILE**

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
U.S. Courthouse
844 N. King Street
Lockbox 19
Wilmington, DE 19801

> Re:    *Talecris Biotherapeutics, Inc., et al. v. Baxter Int'l Inc., et al.,*
> D. Del., C.A. No. 05-349-GMS

Dear Judge Sleet:

On September 2, 2006, pursuant to Section 5(a) of the Scheduling Order in the above-referenced action, counsel for Plaintiffs requested a discovery teleconference with the Court. In anticipation of that teleconference, scheduled for September 7, 2006 at 9:30 a.m. (EDT), the parties jointly submit the following items that they wish to present to the Court:

**Plaintiffs' Issues:**

- Improper assertion of privilege related to experiments correlating anticomplement activity to solvent/detergent treatment, including submissions to the European Patent Office and certain defenses in this litigation.

- Issues relating to the plant inspection.

- Deficiencies in Defendants' document production discovered during recent depositions, including in particular the following categories: financial and marketing, regulatory, and documents from Baxter's senior management.

The Honorable Gregory M. Sleet
September 5, 2006
Page 2

**Defendants' Issues:**

- Plaintiff's/Counterdefendants' deficient document production, including more specifically:  all license agreements relevant to Plaintiff's claim for reasonable royalties; all critical technical documents, including data supporting the results shown in Tables 6 and 7 of the patent-in-suit, certain laboratory notebooks, and meeting minutes; all experimental data and notebooks supporting Alonso's 2000 Biologicals publication; all critical technical documents (such as the CMC section of a BLA/PLA, process flows, product specifications, etc.) for other immunoglobulin products sold by Plaintiffs using both a solvent/detergent step and an incubation step; all responsive marketing and financial documents.

Respectfully submitted,

/s/ Jeffrey B. Bove

JBB/JMM                              Jeffrey B. Bove (#998)

cc:    Philip A. Rovner, Esquire (via e-mail)
       Bradford J. Badke, Esquire (via e-mail)