**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC. and<br>BAYER HEALTHCARE LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>BAXTER INTERNATIONAL INC. and<br>BAXTER HEALTHCARE CORPORATION,<br><br>        Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C. A. No. 05-349-GMS<br><br>   JURY TRIAL DEMANDED |
| BAXTER HEALTHCARE CORPORATION,<br><br>        Counterclaimant,<br><br>        v.<br><br>TALECRIS BIOTHERAPEUTICS, INC. and<br>BAYER HEALTHCARE LLC,<br><br>        Counterdefendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION OF CLARA SCHREINER

PLEASE TAKE NOTICE that, pursuant to Rule 30(b) of the Federal Rules of Civil

Procedure, Defendant Baxter International Inc. and Defendant/Counterclaimant Baxter Healthcare

Corporation (collectively "Baxter"), by and through their attorneys of record, will take the

deposition of Clara Schreiner on September 27, 2006 beginning at 9:30 a.m. at the offices of

Connolly, Bove, Lodge & Hutz LLP, 1007 North Orange Street, Wilmington, Delaware 19891.

The deposition will be before a notary public, or other authorized person to administer oaths, will be

recorded stenographically and/or by video tape, will include the use of interactive real time

transcription (e.g., Live Notes), and will continue from day to day until completed.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

James G. Gilliland, Jr.
Susan M. Spaeth
Anne M. Rogaski
TOWNSEND AND TOWNSEND AND
CREW LLP
379 Lytton Avenue
Palo Alto, California 94301
(650) 326-2400

Dated: September 7, 2006

749259

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    Email:  provner@potteranderson.com

*Attorneys for Defendant*
*Baxter International Inc. and*
*Defendant/Counterclaimant*
*Baxter Healthcare Corporation*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on September 7, 2006, the within

document was filed with the Clerk of the Court using CM/ECF which will send notification of

such filing(s) to the following; that the document was served on the following counsel as

indicated; and that the document is available for viewing and downloading from CM/ECF.

## BY HAND DELIVERY AND E-MAIL

Jeffrey B. Bove, Esq.
Mary W. Bourke, Esq.
Mark E. Freeman, Esq
Jaclyn Mason, Esq.
Donna Hallowell
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE  19899-2207
jbove@cblh.com, mbourke@cblh.com
mfreeman@cblh.com, jmason@cblh.com
dhallowell@cblh.com

I hereby certify that on September 7, 2006 I have sent by E-mail and Federal

Express the foregoing documents to the following non-registered participants:

Bradford J. Badke, Esq.
Gabrielle Ciuffreda, Esq.
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY  10020-1105
bradford.badke@ropesgray.com
gabrielle.ciuffreda@ropesgray.com

/s/ Philip A. Rovner
Philip A. Rovner  (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com