IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | C.A. No. 05-349 GMS |
| ) | |
| BAXTER INTERNATIONAL INC., et al., ) | |
| ) | |
| Defendants ) | |
| ) | |
| _____) | |
| ) | |
| BAXTER HEALTHCARE CORP., ) | |
| ) | |
| Counterclaimant ) | |
| ) | |
| v. ) | |
| ) | |
| TALECRIS BIOTHERAPEUTICS, INC. ) | |
| and BAYER HEALTHCARE LLC, ) | |
| ) | |
| Counterdefendants ) | |
| ) | |
| _____) | |

## ORDER

WHEREAS, on September 7, 2006, the court held a teleconference regarding discovery disputes, including issues related to an assertion of privilege and logistics for a proposed plant inspection;

WHEREAS, having heard and considered the parties' arguments on the assertion of privilege and the withholding of documents relating to experiments correlating anticomplement activity to solvent/detergent treatment, the court finds that work product immunity as to the experiments and its subject matter has been waived due to the admitted production of related documents;

WHEREAS, the court thus finds an assertion of privilege as to such waived subject matter to be improper; and

WHEREAS, the court finds that additional time for discovery is warranted due to the logistical issues concerning the plant inspection;

IT IS HEREBY ORDERED that:

1. Plaintiff shall be entitled to discovery on the waived subject matter relating to experiments correlating anticomplement activity to solvent/detergent treatment.

2. The deadline for discovery shall be extended to November 15, 2006.

Dated: September 8, 2006

UNITED STATES DISTRICT JUDGE

FILED

SEP 8 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE