### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BAXTER INTERNATIONAL INC., and )<br>BAXTER HEALTHCARE CORPORATION, )<br>)<br>Defendants. )<br>) | C.A. No. 05-349-GMS<br><br>**Jury Trial Demanded** |
| BAXTER HEALTHCARE CORPORATION, )<br>)<br>Counterclaimant, )<br>)<br>v. )<br>)<br>TALECRIS BIOTHERAPEUTICS, INC., and )<br>BAYER HEALTHCARE LLC, )<br>)<br>Counterdefendants. )<br>) | |

### PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF WOLFGANG TESCHNER

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that beginning on September 28, 2006 at 3:00 p.m., at the Hotel Intercontinential Wien, Johannesgasse 28, Vienna 1037, Austria, counsel for Plaintiffs Talecris Biotherapeutics, Inc. and Bayer Healthcare LLC will take, pursuant to Federal Rules of Civil Procedure 28 and 30, the deposition upon oral examination of Wolfgang Teschner.

The deposition will be taken before an officer authorized to administer oaths and will continue from hour to hour and day to day until completed. You are invited to attend and cross-examine.

2

Please be advised that this deposition may be recorded by videotape in addition to stenographic recording, which will include the use of LiveNote real time transcription.

Date: September 12, 2006

CONNOLLY BOVE LODGE & HUTZ LLP

    */s/ Jeffrey B. Bove*
Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
Mark E. Freeman (#4257)
Jaclyn M. Mason (#4737)
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
(302) 658-9141
*Attorneys for Talecris Biotherapeutics, Inc.
and Bayer Healthcare LLC*

—

Bradford J. Badke
Gabrielle Ciuffreda
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020-1105
(212) 596-9000

*Attorneys for Bayer Healthcare LLC*

## CERTIFICATE OF SERVICE

I, JEFFREY B. BOVE, do hereby certify that I caused a true copy of the foregoing document, **PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF WOLFGANG TESCHNER**, to be served upon the below listed in the manner indicated on September 12, 2006.

**Via Hand Delivery and E-Mail**
Philip A. Rovner, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE  19899
(302) 984-6140

**Via Federal Express and E-Mail**
Susan Spaeth, Esquire
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA 94301-1431
(415) 576-0200

By: ____*/s/ Jeffrey B. Bove*____
       Jeffrey B. Bove (# 998)

486945