

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
302 984-6140 Direct Phone
302 658-1192 Fax

September 5, 2006

**BY HAND DELIVERY**

CONFIDENTIAL – FILED UNDER SEAL

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
U.S. Courthouse
844 N. King Street
Wilmington, DE 19801

**PUBLIC VERSION**

Re:   Talecris Biotherapeutics, Inc. v. Baxter International Inc. and Baxter
      Healthcare Corporation, D. Del., C.A. No. 05-349-GMS

Dear Judge Sleet:

       In response to the letter-brief submitted by Plaintiffs in support of their motion to
disqualify Townsend and Townsend and Crew from continuing to represent Defendants Baxter
International, Inc. and Baxter Healthcare Corporation ("Baxter") in the above-referenced action,
I respectfully submit the attached answering letter-brief from James G. Gilliland, Jr. on Baxter's
behalf.

       Should Your Honor have any questions, counsel is available at the Court's
convenience.

                                           Respectfully,

                                           /s/ Philip A. Rovner

                                           Philip A. Rovner
                                           provner@potteranderson.com

PAR/mes/749869
Enc.
cc: Jeffrey B. Bove (by E-mail and hand delivery)
    Bradford J. Badke (by E-mail and Federal Express)