# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC. and BAYER HEALTHCARE LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BAXTER INTERNATIONAL INC. and BAXTER HEALTHCARE CORPORATION, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 05-349-GMS <br><br> JURY TRIAL DEMANDED |
| BAXTER HEALTHCARE CORPORATION, <br><br> Counterclaimant, <br><br> v. <br><br> TALECRIS BIOTHERAPEUTICS, INC. and BAYER HEALTHCARE LLC, <br><br> Counterdefendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF DEPOSITIONS OF BAYER CORPORATION, GAUTAM MITRA, RALPH ROUSELL, GRACE TSAY AND PAUL K. NG**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Baxter International Inc. and Defendant/Counterclaimant Baxter Healthcare Corporation (collectively "Baxter"), by and through their attorneys of record, will take the depositions of the following at the dates, times and location specified:

| | | |
|---|---|---|
| Bayer Corporation | 9:00 a.m., September 15, 2006 | Powers Garrison & Hughes, 600 Warner Center, 332 5th Avenue Pittsburgh, PA 15222, (412) 263-2088 |
| Gautam Mitra | 9:00 a.m., September 18, 2006 | Whittman Reporting, 15200 Shady Grove Road, Suite 350 Rockville, MD 20850, (301) 279-7599 |

| | | |
|---|---|---|
| Ralph Rousell | 9:00 a.m., September 20, 2006 | Klein Bury/U.S. Legal Support, 888 S.E. Third Avenue, Suite 201, Ft. Lauderdale, FL 33316 (954) 463-2933 |
| Grace Tsay | 9:00 a.m., September 22, 2006 | Townsend and Townsend and Crew, LLP, Two Embarcadero Center, 8th Fl. San Francisco, CA 94111 (415) 576-0200 |
| Paul K. Ng | 9:00 a.m., September 25, 2006 | Townsend and Townsend and Crew, LLP, Two Embarcadero Center, 8th Fl. San Francisco, CA 94111 (415) 576-0200 |

The deposition will be before a notary public, or other authorized person to administer oaths, will be recorded stenographically and/or by video tape, will include the use of interactive real time transcription (e.g., Live Notes), and will continue from day to day until completed.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

James G. Gilliland, Jr.
Susan M. Spaeth
Anne M. Rogaski
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Avenue
Palo Alto, California 94301
(650) 326-2400

Dated: August 23, 2006

747359

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    Email: provner@potteranderson.com

*Attorneys for Defendant*
*Baxter International Inc. and*
*Defendant/Counterclaimant*
*Baxter Healthcare Corporation*

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

<u>CERTIFICATE OF SERVICE</u>

I, Philip A. Rovner, hereby certify that on August 23, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

<u>BY HAND DELIVERY AND E-MAIL</u>

Jeffrey B. Bove, Esq.
Mary W. Bourke, Esq.
Mark E. Freeman, Esq.
Jaclyn Mason, Esq.
Donna Hallowell
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
jbove@cblh.com
mbourke@cblh.com
mfreeman@cblh.com
jmason@cblh.com
dhallowell@cblh.com

<u>BY FEDERAL EXPRESS AND E-MAIL</u>

Bradford J. Badke, Esq.
Gabrielle Ciuffreda, Esq.
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020-1105
bradford.badke@ropesgray.com
gabrielle.ciuffreda@ropesgray.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com