# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., AND BAYER HEALTHCARE LLC, | ) ) ) | |
| PLAINTIFFS, | ) ) ) | |
| V. | ) ) | C.A. NO. 05-349-GMS |
| BAXTER INTERNATIONAL INC., AND BAXTER HEALTHCARE CORPORATION, | ) ) ) ) | JURY TRIAL DEMANDED |
| DEFENDANTS. | ) ) ) | |
| BAXTER HEALTHCARE CORPORATION, | ) ) | |
| Counterclaimant, | ) ) ) | |
| v. | ) ) | |
| TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC, | ) ) ) ) | |
| Counterdefendants. | ) ) | |

**PLAINTIFFS MOTION TO DISQUALIFY TOWNSEND AND
TOWNSEND AND CREW LLP FROM REPRESENTING DEFENDANTS
BAXTER INTERNATIONAL INC. AND BAXTER HEALTHCARE CORPORATION**

Plaintiffs hereby move this Court for an Order disqualifying the law firm of Townsend and Townsed and Crew LLP from representing Defendants Baxter International Inc. and Baxter Healthcare Corporation in the above-captioned case based on the Rules of Professional Conduct, Rule 1.9. This motion is supported by Plaintiffs' Opening Brief In Support Of Its Motion to Disqualify filed contemporaneously herewith.

Date: August 25, 2006

CONNOLLY BOVE LODGE & HUTZ LLP

Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
Mark E. Freeman (#4257)
Jaclyn M. Mason (#4737)
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
(302) 658-9141
*Attorneys for Talecris Biotherapeutics, Inc.
and Bayer Healthcare LLC*

Bradford J. Badke
Gabrielle Ciuffreda
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020-1105
(212) 596-9000

*Attorneys for Bayer Healthcare LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., AND BAYER HEALTHCARE LLC, | ) ) ) | |
| PLAINTIFFS, | ) ) ) | |
| V. | ) ) | C.A. NO. 05-349-GMS |
| BAXTER INTERNATIONAL INC., AND BAXTER HEALTHCARE CORPORATION, | ) ) ) ) | JURY TRIAL DEMANDED |
| DEFENDANTS. | ) ) ) | |
| BAXTER HEALTHCARE CORPORATION, | ) ) | |
| Counterclaimant, | ) ) ) | |
| v. | ) ) | |
| TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC, | ) ) ) ) | |
| Counterdefendants. | ) ) | |

ORDER

And now, this _____ day of _____, 2006, upon consideration of Plaintiffs' Motion to Disqualify and the briefs submitted in connection therewith,

It is hereby ORDERED that Plaintiffs' Motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

3

## CERTIFICATE OF SERVICE

I hereby certify that on _____ a true and correct copy of the foregoing document was caused to be served on the attorneys of record at the following addresses as indicated:

**VIA Electronic Notification and First Class Mail**

4