# EXHIBIT 7

Westlaw

12277416182                                                                                      Page 1

12277416182

CORPORATE RECORDS & BUSINESS REGISTRATIONS

| | |
|---|---|
| This Record Last Updated: | 07/31/2006 |
| Database Last Updated: | 08-23-2006 |
| Update Frequency: | MONTHLY |
| Current Date: | 08/24/2006 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

**COMPANY INFORMATION**

| | |
|---|---|
| Name: | BAYER CORPORATION |
| Address: | 100 BAYER ROAD |
| | PITTSBURGH, PA 15205-9741 |
| D&B DUNS: | 06-496-0248 |

**NAME INFORMATION**

| | |
|---|---|
| Former Name: | MILES INC. |

**FILING INFORMATION**

| | |
|---|---|
| Identification Number: | 198603-197 |
| Filing Date: | 03/06/1986 |
| State of Incorporation: | INDIANA |
| Date Incorporated: | 03/06/1986 |
| Status: | ACTIVE |
| Corporation Type: | PROFIT |
| Business Type: | CORPORATION |
| Address Type: | MAILING |
| Where Filed: | SECRETARY OF STATE/CORPORATIONS DIVISION |
| | 200 W WASHINGTON ST |
| | INDIANAPOLIS, IN 46204 |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | CORPORATION SERVICE COMPANY |
| Address: | 251 E. OHIO STREET;SUITE 500 |
| | INDIANAPOLIS, IN |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**PRINCIPAL INFORMATION**

| | |
|---|---|
| Name: | DR ATTILA MOLNAR |
| Title: | PRESIDENT |
| Address: | 100 BAYER ROAD |
| | PITTSBURGH, PA   15205-9741 |

| | |
|---|---|
| Name: | GEORGE J LYKOS |
| Title: | SECRETARY |
| Address: | 100 BAYER ROAD |
| | PITTSBURGH, PA   15205-9741 |

| | |
|---|---|
| Name: | PAUL F. WRIGHT |
| Title: | VICE PRESIDENT |
| Address: | 100 BAYER ROAD |
| | PITTSBURGH, PA   15205-9741 |

| | |
|---|---|
| Name: | TRACY E. SPAGNOL |
| Title: | TREASURER |
| Address: | 100 BAYER ROAD |
| | PITTSBURGH, PA   15205-9741 |

**AMENDMENT INFORMATION**

Amendments:
07/31/2006 AGENT DATA AMENDED    NOTICE OF CHANGE OF REGISTERED OFFICE OR REGISTERED AGENT
02/27/2006 MISCELLANEOUS    2006 BUSINESS ENTITY REPORT FILED.  LOCATOR NUMBER- 060227WWW
07/05/2005 MISCELLANEOUS    ARTICLES OF MERGER
01/01/2005 MISCELLANEOUS    ARTICLES OF MERGER
07/02/2004 AGENT DATA AMENDED    NOTICE OF CHANGE OF REGISTERED OFFICE OR REGISTERED AGENT
03/02/2004 MISCELLANEOUS    2004 BUSINESS ENTITY REPORT FILED.  LOCATOR NUMBER- 0403150605020
04/23/2003 MISCELLANEOUS    ARTICLES OF MERGER
10/01/2002 MISCELLANEOUS    ARTICLES OF MERGER
03/26/2002 MISCELLANEOUS    BUSINESS ENTITY REPORT
10/02/2001 MISCELLANEOUS    ARTICLES OF MERGER
10/01/2001 MISCELLANEOUS    ARTICLES OF MERGER
09/04/2000 AGENT DATA AMENDED    NOTICE OF CHANGE OF REGISTERED OFFICE OR REGISTERED AGENT
05/23/2000 MISCELLANEOUS    BUSINESS ENTITY REPORT
08/18/1999 MISCELLANEOUS    ARTICLES OF MERGER
04/01/1999 MISCELLANEOUS    ARTICLES OF MERGER

©   2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

```
              03/12/1999 MISCELLANEOUS   MISCELLANEOUS
              04/01/1995 MISCELLANEOUS   ARTICLES OF MERGER
              01/19/1994 MISCELLANEOUS   ARTICLES OF AMENDMENT
              09/01/1993 MISCELLANEOUS   ARTICLES OF AMENDMENT
              06/03/1993 MISCELLANEOUS   ARTICLES OF MERGER
              12/31/1992 MISCELLANEOUS   ARTICLES OF MERGER
              01/15/1992 MISCELLANEOUS   ARTICLES OF MERGER
              12/31/1991 MISCELLANEOUS   ARTICLES OF MERGER
              10/01/1991 MISCELLANEOUS   ARTICLES OF MERGER
              03/06/1986 MISCELLANEOUS   ARTICLES OF INCORPORATION
```

                    **ADDITIONAL DETAIL INFORMATION**

Additional Details:          FILING ACT:  INDIANA BUSINESS CORPORATION LAW


         Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
            to order copies of documents related to this or other matters.
                         Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE
OFFICIAL RECORD.  CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT

              © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.