# EXHIBIT 8

```
 1  Robert Pringle
    Thelen, Marrin, Johnson & Bridges
 2  Two Embarcadero Center
    San Francisco, California 94111
 3  (415) 392-6320

 4  Howard L. Bernstein
    Louis Gubinsky
 5  Mark Boland
    Scott Daniels
 6  Sughrue, Mion, Zinn, Macpeak & Seas
    2100 Pennsylvania Avenue, N.W.
 7  Washington, D.C. 20037
    (202) 293-7060
 8
    Attorneys for Defendant
 9  Alpha Therapeutic Corporation
```

FILED
1992 JUL 21 PM 2:58
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NO. DIST. OF CA.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES INC. | ) Civil Action No. |
| Plaintiff, | ) 92 1975 VRW |
| v. | ) ANSWER, AFFIRMATIVE DEFENSES, |
| GREEN CROSS CORPORATION, and | ) AND COUNTERCLAIM OF ALPHA |
| ALPHA THERAPEUTIC CORPORATION, | ) THERAPEUTIC CORPORATION TO THE |
| | ) AMENDED COMPLAINT FOR PATENT |
| | ) INFRINGEMENT |
| Defendant. | ) |

Alpha Therapeutic Corporation ("Alpha"), answers the Amended Complaint of Miles Inc. ("Miles") in like-numbered paragraphs as follows:

////
////
////
////
////
////

1

ALPHA'S ANSWER TO AMENDED COMPLAINT

## The Parties

1. Alpha is without sufficient information to admit or deny the allegations of Paragraph 1 of the Amended Complaint and therefore denies the allegations.

2. Alpha admits that Green Cross Corporation ("Green Cross") is a Japanese Corporation. Alpha has insufficient information to admit or deny the other allegation of Paragraph 2 of the Amended Complaint and therefore denies those allegations.

3A. Alpha admits that it is a California corporation having its principal place of business at 5555 Valley Boulevard, Los Angeles, California. Alpha denies the other allegations set forth in the first Paragraph 3 of the Amended Complaint, except states that Green Cross owns capital stock of Alpha.

## Jurisdiction

3B. With respect to the allegations of the second Paragraph 3 of the Amended Complaint, Alpha admits that United States District Courts have jurisdiction of civil actions arising under an Act of Congress relating to allegations of patent infringement. Alpha denies having committed any act of infringement.

## Claim for Relief

4. Alpha admits that U.S. Patent No. 4,396,608 ("the '608 patent") issued on August 2, 1983. Alpha denies that the '608 patent was duly and legally issued. With respect to all other allegations in Paragraph 4 of the Amended Complaint, Alpha does not

////
////

2

ALPHA'S ANSWER TO AMENDED COMPLAINT

1 have sufficient knowledge to admit or deny those allegations and therefore denies the same.

5. Alpha admits that U.S. Patent No. 4,499,073 ("the '073 patent") issued on February 12, 1985. Alpha denies that the '703 patent was duly and legally issued. With respect to all other allegations in Paragraph 5 of the Amended Complaint, Alpha does not have sufficient knowledge to admit or deny those allegations and therefore denies the same.

6. Alpha denies each and every allegation set forth in Paragraph 6 of the Amended Complaint.

7. Alpha is without sufficient information to admit or deny the allegations in Paragraph 7 of the Amended Complaint and therefore denies the allegations.

8. Alpha denies each and every allegation set forth in Paragraph 8 of the Amended Complaint.

9. Alpha denies each and every allegation set forth in Paragraph 9 of the Amended Complaint.

### Alpha's Affirmative Defenses

Further answering the Amended Complaint, and as affirmative defenses to the matters set forth therein, Alpha alleges as follows.

10. The Complaint fails to state facts sufficient to constitute a claim upon which relief may be granted.

11. The '608 patent is invalid and unenforceable because it fails to meet the conditions and requirements for patentability specified in Title 35 of the United States Code.

////
////

3

ALPHA'S ANSWER TO AMENDED COMPLAINT

1  12. Alpha has not infringed, induced infringement or contributed to infringement of the '608 patent.

3  13. The '073 patent is invalid and unenforceable because it fails to meet the conditions and requirements for patentability specified in Title 35 of the United States Code.

6  14. Alpha has not infringed, induced infringement or contributed to infringement of the '073 patent.

8  15. By reasons of positions taken during the prosecution of the applications which resulted in the '608 and '703 patents, plaintiff is estopped from contending that Alpha infringes the '608 and '073 patents.

## Alpha's Counterclaim

Further responding to the Amended Complaint, and as a counterclaim to the matters set forth therein Alpha alleges as follows.

16. This counterclaim is asserted against plaintiff/counterdefendant by defendant/counterplaintiff, Alpha, and arises under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202 and under 28 U.S.C. § 1338(a). There is a justiciable controversy concerning the validity, enforceability and infringement of U.S. Patent Nos. 4,396,608 and 4,499,073 as set forth in the Amended Complaint and in the Answer to which this Counterclaim is appended.

17. On August 2, 1983, U.S. Patent No. 4,396,608 was issued.

18. On February 12, 1985, U.S. Patent No. 4,499,073 was issued.

////

////

4

19. Plaintiff claims to be the present owner of all right, title and interest in and to U.S. Patent Nos. 4,396,608 and 4,499,073, including the right to sue and recover damages for infringement.

20. Plaintiff has asserted that products manufactured, used or sold by Alpha in the United States are an infringement of U.S. Patent Nos. 4,396,608 and 4,499,073.

21. On information and belief, U.S. Patent Nos. 4,396,608 and 4,499,073 are invalid and void under the provisions of Title 35 U.S.C. and are unenforceable, as set forth in the Affirmative Defenses of the Answer to which this Counterclaim is appended, all which are incorporated herein by reference.

22. Defendant has not infringed nor is it infringing U.S. Patent Nos. 4,396,608 and 4,499,073.

23. Therefore, there exists an actual controversy between the parties as to the validity and infringement of U.S. Patent Nos. 4,396,608 and 4,499,073 with respect to which defendant, Alpha, requests a declaratory judgment in its favor.

WHEREFORE, defendant Alpha Therapeutic Corporation prays for judgment:

A. Dismissing the Amended Complaint with prejudice;

B. Adjudging that U.S. Patent No. 4,396,608 and every claim therein, is invalid and unenforceable;

C. Adjudging that U.S. Patent No. 4,499,073 and every claim therein, is invalid and unenforceable;

////

////

5

ALPHA'S ANSWER TO AMENDED COMPLAINT

1  D. Adjudging that defendant Alpha Therapeutic Corporation has not infringed, induced infringement, or contributed to the infringement of any claim of U.S. Patent No. 4,396,608.

E. Adjudging that defendant Alpha Therapeutic Corporation has not infringed, induced infringement, or contributed to the infringement of any claim of U.S. Patent No. 4,499,073.

F. Enjoining Miles Inc., its officers, agents, servants, employees and attorneys, and those in active concert or participation with them, from making any threats, charges or assertions relating to any alleged infringement of U.S. Patent No. 4,396,608 or U.S. Patent No. 4,499,073, and from instituting any action for infringement of either of said patents against defendant Alpha Therapeutics Corporation or anyone in privity with them, including their agents, customers or suppliers; and

G. Granting to defendant Alpha Therapeutic Corporation such other and further relief as may be deemed proper, including all costs and disbursements associated with this action, together with reasonable attorney fees.

ALPHA THERAPEUTIC CORPORATION


By: *[signature]*
Robert Pringle
THELEN, MARRIN, JOHNSON
& BRIDGES
Two Embarcadero Center
San Francisco, California 94111
(415) 392-6320

6

ALPHA'S ANSWER TO AMENDED COMPLAINT

```
 1                                    SUGHRUE, MION, ZINN,
                                        MACPEAK & SEAS
 2                                    Howard L. Bernstein
                                      Louis Gubinsky
 3                                    Mark Boland
                                      Scott Daniels
 4                                    2100 Pennsylvania Avenue, N.W.
                                      Washington, D.C. 20037
 5                                    (202) 293-7060

 6                                    Attorneys for Defendant
                                      Alpha Therapeutic Corporation
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                   7
   ALPHA'S ANSWER TO AMENDED COMPLAINT
```

CERTIFICATE OF SERVICE

We hereby certify that copies of ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS OF ALPHA THERAPEUTIC CORPORATION TO THE AMENDED COMPLAINT FOR PATENT INFRINGEMENT were served this 21st day of July, 1992, by first class mail, postage prepaid, upon:

Albert J. Hillman, Esq.
TOWNSEND & TOWNSEND
Steuart Street Tower
One Market Plaza
San Francisco, California  94105

ALPHA THERAPEUTIC CORPORATION

By: Robert Pringle
   THELEN, MARRIN, JOHNSON
      & BRIDGES
   Two Embarcadero Center
   San Francisco, California 94111
   (415) 392-6320


SUGHRUE, MION, ZINN,
   MACPEAK & SEAS
Howard L. Bernstein
Louis Gubinsky
Mark Boland
Scott Daniels
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
(202) 293-7060

Attorneys for Defendant
Alpha Therapeutic Corporation

8

ALPHA'S ANSWER TO AMENDED COMPLAINT