EXHIBIT 10
REDACTED IN FULL