# EXHIBIT 12

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

--oOo--

TALECRIS BIOTHERAPEUTICS, )
INC., and BAYER HEALTHCARE, )
LLC, )
    Plaintiff, )
) C.A. Case No.
vs. ) 05-349-GMS
)
BAXTER INTERNATIONAL, INC., )
and BAXTER HEALTHCARE )
CORPORATION, )
    _____Defendant._____)
BAXTER HEALTHCARE CORPORATION)
    Counterclaimant, )
)
vs. )
)
TALECRIS BIOTHERAPEUTICS, )
INC., and BAYER HEALTHCARE, )
LLC, )
    Counterdefendants. )
Pages 1 through 190, inclusive.

**CERTIFIED COPY**

**CONFIDENTIAL**

DEPOSITION OF JAMES GIBLIN

HIGHLY CONFIDENTIAL, UNDER PROTECTIVE ORDER

Tuesday, August 1, 2006

REPORTED BY:  MARYANN H. VALENOTI, RPR, CSR #11266

**U.S. LEGAL**
*Support*
Certified Shorthand Reporters
180 Montgomery Street, Suite 2180
San Francisco, CA 94104
888-575-3376 • Fax 888-963-3376
www.uslegalsupport.com

| | | |
|---|---|---|
| 1 | Coordinating Committee was at Miles in 1994? | 12:12:15 |
| 2 | A.  It lists a group of people that apparently | 12:12:31 |
| 3 | formed this committee.  I don't recognize most of | 12:12:34 |
| 4 | the names.  Some of them I do. | 12:12:37 |
| 5 | Q.  Do you see a B. Alonso listed as the first | 12:12:41 |
| 6 | person in the to IgCC list of people? | 12:12:45 |
| 7 | A.  Yeah, this looks like an alphabetical | 12:12:54 |
| 8 | listing. | 12:12:56 |
| 9 | Q.  Do you believe that's the same Bill Alonso | 12:12:57 |
| 10 | who is the inventor on the '191 patent? | 12:12:59 |
| 11 | A.  It's likely, yes. | 12:13:03 |
| 12 | Q.  Are there any other Alonsos in which you | 12:13:04 |
| 13 | knew about at Miles in 1994 in Clayton? | 12:13:10 |
| 14 | A.  No. | 12:13:15 |
| 15 | Q.  Do you know what the purpose of the | 12:13:15 |
| 16 | Immunoglobulin Coordinating Committee was in 1994? | 12:13:17 |
| 17 | A.  I don't know specifically, but typically | 12:13:26 |
| 18 | these committees would be formed to discuss product | 12:13:30 |
| 19 | improvement, solve problems that might be | 12:13:32 |
| 20 | associated with products.  You would typically | 12:13:39 |
| 21 | convene a committee task force and they would meet | 12:13:41 |
| 22 | as long as it was necessary to resolve certain | 12:13:46 |
| 23 | issues relating to certain products. | 12:13:49 |
| 24 | MS. SPAETH:  I'd like to mark as Baxter | 12:14:13 |
| 25 | Exhibit 20, a multipage document again on Miles | 12:14:16 |

90

| | | |
|---|---|---|
| 1 | letterhead, this time dated February 12, 1992, | 12:14:20 |
| 2 | subject, PMT Project Status Report, and it bears | 12:14:25 |
| 3 | Production Numbers TAL 038427 through TAL 038443. | 12:14:29 |
| 4 | (Whereupon, Exhibit 20 was marked for | 12:14:37 |
| 5 | identification.) | 12:14:37 |
| 6 | BY MS. SPAETH: | 12:14:37 |
| 7 | Q. There is a tag in the upper left-hand | 12:14:55 |
| 8 | corner that looks like a routing list that includes | 12:14:56 |
| 9 | Bill Alonso and Susan Trukawinski and then there | 12:15:02 |
| 10 | is -- this memo says it's from D. Hammond. Do you | 12:15:07 |
| 11 | believe that is the same Mr. Hammond or Dr. Hammond | 12:15:11 |
| 12 | you were referring to earlier? | 12:15:14 |
| 13 | A. That's correct. | 12:15:16 |
| 14 | Q. And it says it's to B. Morris. Who is B. | 12:15:17 |
| 15 | Morris? | 12:15:20 |
| 16 | A. He was the Plant Manager of the Clayton | 12:15:21 |
| 17 | plant at some point in the early '90s, I guess. | 12:15:24 |
| 18 | Q. And do you see how it says cc and then an | 12:15:30 |
| 19 | acronym PCC? | 12:15:33 |
| 20 | A. Yes. | 12:15:37 |
| 21 | Q. And then underneath that acronym it lists | 12:15:37 |
| 22 | a lot of other people? | 12:15:40 |
| 23 | A. Yes. | 12:15:42 |
| 24 | Q. Do you know what the acronym PCC stands | 12:15:42 |
| 25 | for or stood for at the time? | 12:15:45 |

91

under a Protective Order. 14:30:00
MS. SPAETH: I'd like to mark for the 14:30:07
record two exhibits, which may indeed be a single 14:30:09
document, I cannot tell from the document 14:30:12
production. The first I'd like to mark as Baxter 14:30:15
Exhibit 24, two-page document bearing Production 14:30:20
Numbers TAL 038915 through TAL 038916. That will 14:30:24
be Baxter Exhibit 24. 14:30:31
(Whereupon, Exhibit 24 was marked for 14:30:34
identification.) 14:30:34
MS. SPAETH: And as Baxter Exhibit 25, I'd 14:30:35
like to mark the document bearing Production 14:30:38
Numbers TAL 038917 and TAL -- through TAL 038934. 14:30:40
(Whereupon, Exhibit 25 was marked for 14:30:50
identification.) 14:30:50
MS. SPAETH: I have a question for counsel 14:31:24
from their document production, can you tell if 14:31:25
these were together as a single report? It appears 14:31:29
that it might be, even though the separate page has 14:31:33
an interim date given the subject line says, of 14:31:36
Baxter Exhibit 24 -- let me identify it for you and 14:31:44
then I'll ask the question. Baxter Exhibit 24 is a 14:31:47
two-page document dated August 3, 1993, that bears 14:31:51
the subject line PMT Project Status Report 14:31:56
May/June 1993. It is a two-page document. Then 14:31:59

|   |   |   |
|---|---|---|
| 1 | what we've marked as Baxter Exhibit 25 has as its | 14:32:07 |
| 2 | top line PMT Status Report May/June 1993. | 14:32:11 |
| 3 | Is it your understanding -- I'm now asking | 14:32:17 |
| 4 | counsel, is it your understanding that this report | 14:32:20 |
| 5 | is actually the attachment to the August 3, 1993, | 14:32:23 |
| 6 | memo? | 14:32:27 |
| 7 | MR. BOVE: And my answer is I simply don't | 14:32:28 |
| 8 | know. They were produced as they were found in the | 14:32:32 |
| 9 | ordinary course of business. | 14:32:35 |
| 10 | MS. SPAETH: Yes, but they weren't | 14:32:36 |
| 11 | stapled. Because of the electronic documents, it's | 14:32:39 |
| 12 | not like the old-fashioned production where you | 14:32:43 |
| 13 | would staple them together, I would ask you to | 14:32:46 |
| 14 | please clarify because this is not the only one | 14:32:48 |
| 15 | type of this document. We have to have an | 14:32:51 |
| 16 | understanding or else we'll have twice as many | 14:32:53 |
| 17 | exhibit numbers. | 14:32:57 |
| 18 | MR. BOVE: We will check on that for you. | 14:32:58 |
| 19 | BY MS. SPAETH: | 14:32:59 |
| 20 | Q. Mr. Giblin, would you please turn to Page | 14:33:00 |
| 21 | TAL 038920 of Baxter Exhibit 25. | 14:33:05 |
| 22 | A. Okay, 920. | 14:33:22 |
| 23 | Q. Do you see how there is reflected on this | 14:33:29 |
| 24 | page information that says it is a summary of 100 | 14:33:32 |
| 25 | CH50 values from IGIV's produced by variations of | 14:33:36 |

129

| | | |
|---|---|---|
| 1 | A. I don't know. | 14:49:06 |
| 2 | Q. Did you ever discuss with Mr. Alonso if | 14:49:10 |
| 3 | the idea that elevated ACA levels were always | 14:49:17 |
| 4 | detected at sterile bulk stage? | 14:49:22 |
| 5 | MR. BOVE: I'm going to have to instruct | 14:49:24 |
| 6 | the witness not to answer that. That's a very | 14:49:26 |
| 7 | specific request for communication between the | 14:49:28 |
| 8 | lawyer and the inventor. | 14:49:32 |
| 9 | BY MS. SPAETH: | 14:49:33 |
| 10 | Q. Mr. Giblin, did you request to see or did | 14:49:37 |
| 11 | you somehow see all of the experimental data done | 14:49:41 |
| 12 | between 1993 and the filing date of this patent in | 14:49:45 |
| 13 | September 1995 to see for yourself if this | 14:49:49 |
| 14 | statement that elevated ACA levels were always | 14:49:53 |
| 15 | detected at the sterile bulk stage was true? | 14:49:56 |
| 16 | A. I would have no question to doubt it. | 14:50:04 |
| 17 | MS. SPAETH: Let's take a break for a | 14:50:31 |
| 18 | minute. | 14:50:32 |
| 19 | MR. BOVE: Okay. | 14:50:33 |
| 20 | THE VIDEOGRAPHER: The time is 2:50 and we | 14:50:34 |
| 21 | are off the record. | 14:50:35 |
| 22 | (Whereupon, a recess is taken.) | 14:50:40 |
| 23 | (Whereupon, Exhibit 26 was marked for | 14:57:46 |
| 24 | identification.) | 14:57:46 |
| 25 | THE VIDEOGRAPHER: Time is 2:57 and we are | 14:57:47 |

140