# EXHIBIT 13

ORIGINAL

1  TOWNSEND and TOWNSEND
   ALBERT J. HILLMAN
2  GUY W. CHAMBERS
   MINAKSI BHATT
3  One Market Plaza
   Steuart Street Tower
4  20th Floor
   San Francisco, CA 94105
5  Telephone (415) 543-9600

6  Attorneys for Plaintiff
   MILES INC.
7

FILED

Aug 25  4 08 PM '92

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

17λ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MILES INC.,

    Plaintiff,

v.

GREEN CROSS CORPORATION, a Japanese Corporation, and ALPHA THERAPEUTIC CORP., a California corporation,

    Defendants.

CIVIL ACTION NO.
C 92 1975 VRW

CERTIFICATION OF COUNSEL
UNDER FRCP 11

Albert J. Hillman certifies as follows:

1. I am an attorney at law and represent the following party in this litigation: Miles Inc.

2. I have met with the party identified in the preceding paragraph, provided a copy of the order setting scheduling conference and the following information:

    a. Available alternative means of resolving the dispute herein, including arbitration, mediation and private judging services;

    b. Possible outcomes of this litigation, including prospects for recovery of, or exposure to, damages, attorney fees,

CERTIFICATION OF COUNSEL UNDER FRCP 11

-1-

CERTIFICATION OF COUNSEL UNDER FRCP 11 -2-

1  litigation costs and prejudgment interest;

2      c. Probable costs of the proceedings herein,
3  including estimated hourly charges, the terms and conditions of any
4  attorney's contingent fee interest in the litigation, expert
5  witness fees and all other expenses; and

6      d. Background, experience and qualifications of
7  each attorney, including myself, working for the party to perform
8  the work necessary for the conduct of this litigation.

9      3. I agree to sign each substantive submission filed
10 herein on behalf of the party identified in paragraph 1 in
11 accordance with FRCP 11.

12 Dated:   August 25, 1992            Respectfully submitted,

13                                     TOWNSEND AND TOWNSEND

14
15 By _____
                                        ALBERT J. HILLMAN

16                                     Attorneys for Plaintiff
17                                     MILES INC.

18 \MB\12797-2\Certof.Cou

PROOF OF SERVICE BY COURIER AND REGULAR MAIL

I am a citizen of the United States and am employed in the City and County of San Francisco, State of California; am over the age of eighteen years; and am not a party to the above-entitled case. My business address is One Market Plaza, Steuart Street Tower, 20th Floor, San Francisco, California 94105.

On August 25, 1992, I served the attached CERTIFICATION OF COUNSEL UNDER FRCP 11 on the parties in said action, by depositing a true copy thereof in the United States First-Class mail at San Francisco, California, enclosed in a sealed envelope, with the postage thereon fully prepaid, addressed as follows:

>    Howard L. Bernstein
>    SUGHRUE, MION, ZINN,
>      MACPEAK & SEAS
>    Suite 800
>    2100 Pennsylvania Avenue, N.W.
>    Washington, D.C. 20037-3202

and by having the same hand-delivered to:

>    Robert B. Pringle
>    THELEN MARRIN JOHNSON & BRIDGES
>    Suite 2200
>    Two Embarcadero Center
>    San Francisco, CA 94111-3995

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 25, 1992 at San Francisco, California.

*Julie Taylor Clough*
_____
Julie Taylor Clough