# EXHIBIT 15
# REDACTED IN FULL

Case 1:05-cv-00349-GMS    Document 116-3    Filed 09/13/2006    Page 1 of 1