# EXHIBIT 16
# REDACTED IN FULL