# EXHIBIT 18
# REDACTED IN FULL