# EXHIBIT 23
# REDACTED IN FULL