# EXHIBIT 24
# REDACTED IN FULL