# EXHIBIT 25
# REDACTED IN FULL