# EXHIBIT 26
# REDACTED IN FULL