# EXHIBIT 27
# REDACTED IN FULL