# EXHIBIT 28
# REDACTED IN FULL