# EXHIBIT 29
# REDACTED IN FULL