# EXHIBIT 30
# REDACTED IN FULL