IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BAXTER INTERNATIONAL INC., and ) <br> BAXTER HEALTHCARE CORPORATION, ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> BAXTER HEALTHCARE CORPORATION ) <br> ) <br> Counterclaimant, ) <br> ) <br> v. ) <br> ) <br> TALECRIS BIOTHERAPEUTICS, INC., and ) <br> BAYER HEALTHCARE LLC., ) <br> ) <br> Counterdefendants. ) <br> ) | C.A. No. 05-349-GMS <br><br> **Jury Trial Demanded** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of **GAUTAM MITRA'S OBJECTIONS AND RESPONSES TO BAXTER'S SUBPOENA and BAYER CORPORATION'S OBJECTIONS AND RESPONSES TO BAXTER'S SUBPOENA** were caused to be served on September 6, 2006; **RALPH H. ROUSELL'S OBJECTIONS AND RESPONSES TO BAXTER'S SUBPOENA** were caused to be served on September 8, 2006 upon the following counsel of record in the manner indicated:

| **Via Hand Delivery and E-Mail** | **Via E-Mail** |
|---|---|
| Philip A. Rovner, Esquire | Susan Spaeth, Esquire |
| Potter Anderson & Corroon LLP | Townsend and Townsend and Crew LLP |
| Hercules Plaza | 379 Lytton Avenue |
| P. O. Box 951 | Palo Alto, CA 94301-1431 |
| Wilmington, DE 19899 | (415) 576-0200 |
| (302) 984-6140 | smspaeth@townsend.com |
| provner@potteranderson.com | |

487432

Date: September 13, 2006

                                                                                           By:   */s/ Jeffrey B. Bove*
                                                                                                Jeffrey B. Bove (#998)
                                                                                                CONNOLLY BOVE LODGE & HUTZ LLP
                                                                                                The Nemours Building
                                                                                                1007 North Orange Street
                                                                                                Wilmington, DE  19801
                                                                                                Telephone: (302) 658-9141
                                                                                                jbove@cblh.com

487432                                   2

## CERTIFICATE OF SERVICE

I, hereby certify on this 13th day of September, 2006 I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6140<br>provner@potteranderson.com | Susan Spaeth, Esquire<br>Townsend and Townsend and Crew LLP<br>379 Lytton Avenue<br>Palo Alto, CA 94301-1431<br>(415) 576-0200<br>smspaeth@townsend.com |
|---|---|

                                      /s/ Jeffrey B. Bove
                                    **Jeffrey B. Bove (#998)**
                                    **Mary W. Bourke (#2356)**
                                    **Mark E. Freeman (#4257)**
                                    **Jaclyn M. Mason (#4737)**
                                    CONNOLLY BOVE LODGE & HUTZ LLP
                                    The Nemours Building
                                    1007 North Orange Street
                                    Wilmington, DE 19801
                                    Telephone: (302) 658-9141
                                    jbove@cblh.com

Bradford J. Badke
Gabrielle Ciuffreda
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020-1105
(212) 596-9000
*Attorneys for Bayer
Healthcare LLC*

*Attorneys for Talecris Biotherapeutics, Inc.
and Bayer Healthcare LLC*