IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC. and ~~BAYER HEALTHCARE LLC,~~ <br><br> Plaintiffs, <br><br> v. <br><br> BAXTER INTERNATIONAL INC. and BAXTER HEALTHCARE CORPORATION, <br><br> Defendants. <br><br>――――――――――――――――― <br><br> BAXTER HEALTHCARE CORPORATION, <br><br> Counterclaimant, <br><br> v. <br><br> TALECRIS BIOTHERAPEUTICS, INC. and BAYER HEALTHCARE LLC, <br><br> Counterdefendants. | C. A. No. 05-349-GMS <br><br> JURY TRIAL DEMANDED |

### AMENDED NOTICE OF DEPOSITION OF DAVID HAMMOND

PLEASE TAKE NOTICE that, pursuant to Rule 30(b) of the Federal Rules of Civil Procedure, Defendant Baxter International Inc. and Defendant/Counterclaimant Baxter Healthcare Corporation (collectively "Baxter"), by and through their attorneys of record, will take the deposition of David Hammond at 9:30 a.m. on September 18, 2006, at Connolly Bove Lodge & Hutz LLP, 1007 North Orange Street, Wilmington, DE 19899-2207.

The deposition will be before a notary public, or other authorized person to administer oaths, will be recorded stenographically and/or by video tape, will include the use of interactive real time transcription (e.g., Live Notes), and will continue from day to day until completed.

                                        POTTER ANDERSON & CORROON LLP

| OF COUNSEL: | |
|---|---|
| | By: /s/ Philip A. Rovner |
| James G. Gilliland, Jr. | Philip A. Rovner (#3215) |
| Susan M. Spaeth | Hercules Plaza |
| Anne M. Rogaski | P.O. Box 951 |
| TOWNSEND AND TOWNSEND AND CREW LLP | Wilmington, Delaware 19899-0951 |
| 379 Lytton Avenue | (302) 984-6000 |
| Palo Alto, California 94301 | Email: provner@potteranderson.com |
| (650) 326-2400 | |
| | *Attorneys for Defendant* |
| Dated: September 13, 2006 | *Baxter International Inc. and* |
| | *Defendant/Counterclaimant* |
| 750129 | *Baxter Healthcare Corporation* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on September 13, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Jeffrey B. Bove, Esq.
Mary W. Bourke, Esq.
Mark E. Freeman, Esq.
Jaclyn Mason, Esq.
Donna Hallowell
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
jbove@cblh.com, mbourke@cblh.com
mfreeman@cblh.com, jmason@cblh.com
dhallowell@cblh.com

I hereby certify that on September 13, 2006 I have sent by E-mail and Federal Express the foregoing documents to the following non-registered participants:

Bradford J. Badke, Esq.
Gabrielle Ciuffreda, Esq.
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020-1105
bradford.badke@ropesgray.com
gabrielle.ciuffreda@ropesgray.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com