IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC. and BAYER HEALTHCARE LLC, </br></br> Plaintiffs, </br></br> v. </br></br> BAXTER INTERNATIONAL INC. and BAXTER HEALTHCARE CORPORATION, </br></br> Defendants. | ) ) ) ) ) ) C. A. No. 05-349-GMS ) ) JURY TRIAL DEMANDED ) ) ) ) ) ) ) |
| BAXTER HEALTHCARE CORPORATION, </br></br> Counterclaimant, </br></br> v. </br></br> TALECRIS BIOTHERAPEUTICS, INC. and BAYER HEALTHCARE LLC, </br></br> Counterdefendants. | ) ) ) ) ) ) ) ) ) ) ) |

### NOTICE OF DEPOSITION OF LEA ANN FRANKS

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Baxter International Inc. and Defendant/Counterclaimant Baxter Healthcare Corporation (collectively "Baxter"), by and through their attorneys of record, will take the deposition of Lea Ann Franks on September 26, 2006 beginning at 9:30 a.m. at the offices of Office Suites Plus, 3737 Glenwood Ave., Suite 100, Raleigh, North Carolina. The deposition will be before a notary public, or other authorized person to administer oaths, will be recorded stenographically and/or by video tape, will include the use of interactive real time transcription (e.g., Live Notes), and will continue from day to day until completed.

2

                        POTTER ANDERSON & CORROON LLP

OF COUNSEL:

James G. Gilliland, Jr.
Susan M. Spaeth
Anne M. Rogaski
TOWNSEND AND TOWNSEND AND
CREW LLP
379 Lytton Avenue
Palo Alto, California 94301
(650) 326-2400

Dated: September 15, 2006

750611

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    Email: provner@potteranderson.com

*Attorneys for Defendant*
*Baxter International Inc. and*
*Defendant/Counterclaimant*
*Baxter Healthcare Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

   I, Philip A. Rovner, hereby certify that on September 15, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

   Jeffrey B. Bove, Esq.
   Mary W. Bourke, Esq.
   Mark E. Freeman, Esq.
   Jaclyn Mason, Esq.
   Donna Hallowell
   Connolly Bove Lodge & Hutz LLP
   1007 N. Orange Street
   P. O. Box 2207
   Wilmington, DE 19899-2207
   jbove@cblh.com, mbourke@cblh.com
   mfreeman@cblh.com, jmason@cblh.com
   dhallowell@cblh.com

   I hereby certify that on September 15, 2006 I have sent by E-mail and Federal Express the foregoing documents to the following non-registered participants:

   Bradford J. Badke, Esq.
   Gabrielle Ciuffreda, Esq.
   Ropes & Gray LLP
   1251 Avenue of the Americas
   New York, NY 10020-1105
   bradford.badke@ropesgray.com
   gabrielle.ciuffreda@ropesgray.com

          /s/ Philip A. Rovner
          Philip A. Rovner (#3215)
          Potter Anderson & Corroon LLP
          Hercules Plaza
          P. O. Box 951
          Wilmington, DE 19899
          (302) 984-6000
          provner@potteranderson.com