IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-349-GMS |
| BAXTER INTERNATIONAL INC., and BAXTER HEALTHCARE CORPORATION, | ) ) ) | **Jury Trial Demanded** |
| Defendants. | ) ) ) | |
| BAXTER HEALTHCARE CORPORATION, | ) ) | |
| Counterclaimant, | ) ) | |
| v. | ) ) | |
| TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC, | ) ) ) | |
| Counterdefendants. | ) ) ) | |

**PLAINTIFFS' RE-NOTICE OF DEPOSITION OF DR. BRIAN ALEXANDER CROWE**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that beginning on September 28, 2006 at 9:30 a.m., at the Vienna Marriott Hotel, Parkring 12a, Vienna 1010 Austria, counsel for Plaintiffs Talecris Biotherapeutics, Inc. and Bayer Healthcare LLC will take, pursuant to Federal Rules of Civil Procedure 28 and 30, the deposition upon oral examination of Dr. Brian Alexander Crowe.

The deposition will be taken before an officer authorized to administer oaths and will continue from hour to hour and day to day until completed.  You are invited to attend and cross-examine.

Please be advised that this deposition may be recorded by videotape in addition to stenographic recording.

Date: September 19, 2006

CONNOLLY BOVE LODGE & HUTZ LLP

   */s/ Jeffrey B. Bove*
Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
Mark E. Freeman (#4257)
Jaclyn M. Mason (#4737)
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
(302) 658-9141
*Attorneys for Talecris Biotherapeutics, Inc.
and Bayer Healthcare LLC*

Bradford J. Badke
Gabrielle Ciuffreda
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020-1105
(212) 596-9000

*Attorneys for Bayer Healthcare LLC*

## CERTIFICATE OF SERVICE

I, hereby certify on this 19st day of September, 2006 I electronically filed the foregoing **PLAINTIFFS' RE-NOTICE OF DEPOSITION OF BRIAN CROWE** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6140<br>provner@potteranderson.com | Susan Spaeth, Esquire<br>Townsend and Townsend and Crew LLP<br>379 Lytton Avenue<br>Palo Alto, CA 94301-1431<br>(415) 576-0200<br>smspaeth@townsend.com |
|---|---|

                                                           /s/ Jeffrey B. Bove
                                                           **Jeffrey B. Bove (#998)**
                                                           **Mary W. Bourke (#2356)**
                                                           **Mark E. Freeman (#4257)**
                                                           **Jaclyn M. Mason (#4737)**
                                                           CONNOLLY BOVE LODGE & HUTZ LLP
                                                           The Nemours Building
                                                           1007 North Orange Street
                                                           Wilmington, DE 19801
                                                           Telephone: (302) 658-9141
                                                           jbove@cblh.com

Bradford J. Badke
Gabrielle Ciuffreda
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020-1105
(212) 596-9000
*Attorneys for Bayer*
*Healthcare LLC*


*Attorneys for Talecris Biotherapeutics, Inc.*
*and Bayer Healthcare LLC*


488486