**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC,** )<br><br>)<br><br>) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **C.A. No. 05-349-GMS** |
| ) | |
| **BAXTER INTERNATIONAL INC., and BAXTER HEALTHCARE CORPORATION,** )<br>) | **Jury Trial Demanded** |
| ) | |
| **Defendants.** ) | |
| ) | |
| **BAXTER HEALTHCARE CORPORATION,** ) | |
| ) | |
| **Counterclaimant,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC,** )<br>) | |
| ) | |
| **Counterdefendants.** ) | |
| ) | |

**PLAINTIFFS' RE-NOTICE OF DEPOSITION OF PO-SHING WAH**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that beginning on October 5, 2006 at 2:00 p.m., at the Hyatt Westlake Plaza in Thousand Oaks, 880 S. Westlake Blvd., Westlake Village, California 91361, counsel for Plaintiffs Talecris Biotherapeutics, Inc. and Bayer Healthcare LLC will take, pursuant to Federal Rules of Civil Procedure 28 and 30, the deposition upon oral examination of Po-Shing Wah.

The deposition will be taken before an officer authorized to administer oaths and will continue from hour to hour and day to day until completed.  You are invited to attend and cross-examine.

Please be advised that this deposition may be recorded by videotape in addition to stenographic recording, which will include the use of LiveNote real time transcription.

Date: September 19, 2006

CONNOLLY BOVE LODGE & HUTZ LLP

   _/s/ Jeffrey B. Bove_____
Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
Mark E. Freeman (#4257)
Jaclyn M. Mason (#4737)
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
(302) 658-9141
*Attorneys for Talecris Biotherapeutics, Inc.*
*and Bayer Healthcare LLC*

Bradford J. Badke
Gabrielle Ciuffreda
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020-1105
(212) 596-9000

*Attorneys for Bayer Healthcare LLC*

## <u>CERTIFICATE OF SERVICE</u>

I, hereby certify on this 19[st] day of September, 2006 I electronically filed the foregoing **PLAINTIFFS' RE-NOTICE OF DEPOSITION OF PO-SHING WAH** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6140<br>provner@potteranderson.com | Susan Spaeth, Esquire<br>Townsend and Townsend and Crew LLP<br>379 Lytton Avenue<br>Palo Alto, CA 94301-1431<br>(415) 576-0200<br>smspaeth@townsend.com |

    */s/ Jeffrey B. Bove*

**Jeffrey B. Bove (#998)**
**Mary W. Bourke (#2356)**
**Mark E. Freeman (#4257)**
**Jaclyn M. Mason (#4737)**
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141
jbove@cblh.com

Bradford J. Badke
Gabrielle Ciuffreda
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020-1105
(212) 596-9000
*Attorneys for Bayer*
*Healthcare LLC*

*Attorneys for Talecris Biotherapeutics, Inc.*
*and Bayer Healthcare LLC*
488495