**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

Mary W. Bourke
Partner

TEL (302) 888-6305
FAX: (302) 656-9072
PERSONAL FAX (302) 255-4305
EMAIL mbourke@cblh.com
REPLY TO Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

September 19, 2006

**VIA ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

RE:   **Talecris Biotherapeutics, Inc. & Bayer Healthcare LLC v. Baxter International, Inc. and Baxter Healthcare Corp., C.A. No. 05-349-GMS**

Dear Judge Sleet:

In anticipation of the discovery teleconference scheduled for Thursday, September 21, 2006, the parties submit the following items that they wish to present:

Plaintiffs' Issues

On September 7, 2006, the Court conducted a discovery teleconference with the parties and on September 8, 2006, the Court issued an Order finding subject matter waiver of privilege as it relates to anticomplementary activity and solvent/detergent treatment and related experiments. Depositions were conducted in Belgium from September 13 to 18, 2006 and a dispute arose over the scope of the Court's order and a similar subject matter waiver related to another issue, specifically ionic strength. Accordingly, counsel for Plaintiffs have requested a discovery teleconference with the Court.

Defendants' Issues

Issues relating to the scheduling of depositions.

Respectfully submitted,

*Jaclyn Mason (#4737)*
*on behalf of Mary Bourke*

JBB/dch                                            Mary W. Bourke (#2356)

The Honorable Gregory M. Sleet
September 19, 2006
Page 2


cc:  Philip A. Rovner, Esquire (via e-filing & e-mail)
     Susan Spaeth, Esquire (via e-mail)
     Bradford J. Badke, Esquire (via e-mail)

488572