## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TALECRIS BIOTHERAPEUTICS, INC. and<br>BAYER HEALTHCARE LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | C. A. No. 05-349-GMS |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| BAXTER INTERNATIONAL INC. and<br>BAXTER HEALTHCARE CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |
| | | |
| BAXTER HEALTHCARE CORPORATION, | ) | |
| | ) | |
| Counterclaimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TALECRIS BIOTHERAPEUTICS, INC. and<br>BAYER HEALTHCARE LLC, | ) | |
| | ) | |
| Counterdefendants. | ) | |

### NOTICE OF DEPOSITION OF MARGARET WINDLEY SAVAGE

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure,

Defendant Baxter International Inc. and Defendant/Counterclaimant Baxter Healthcare Corporation

(collectively "Baxter"), by and through their attorneys of record, will take the deposition of

Margaret Windley Savage on October 5, 2006 beginning at 9:30 a.m. at the offices of Office Suites

Plus, 3737 Glenwood Ave., Suite 100, Raleigh, North Carolina. The deposition will be before a

notary public, or other authorized person to administer oaths, will be recorded stenographically

andor by video tape, will include the use of interactive real time transcription (e.g., Live Notes), and

will continue from day to day until completed.

2

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

James G. Gilliland, Jr.
Priya Sreenivasan
Susan M. Spaeth
Anne M. Rogaski
TOWNSEND AND TOWNSEND AND
CREW LLP
379 Lytton Avenue
Palo Alto, California  94301
(650) 326-2400

Dated:  September 25, 2006

752391

By: /s/ Philip A. Rovner
     Philip A. Rovner (#3215)
     Hercules Plaza
     P.O. Box 951
     Wilmington, Delaware 19899-0951
     (302) 984-6000
     Email:  provner@potteranderson.com

*Attorneys for Defendant*
*Baxter International Inc. and*
*Defendant/Counterclaimant*
*Baxter Healthcare Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

       I, Philip A. Rovner, hereby certify that on September 25, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Jeffrey B. Bove, Esq.
Mary W. Bourke, Esq.
Mark E. Freeman, Esq.
Jaclyn Mason, Esq.
Donna Hallowell
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
jbove@cblh.com, mbourke@cblh.com
mfreeman@cblh.com, jmason@cblh.com
dhallowell@cblh.com

       I hereby certify that on September 25, 2006 I have sent by E-mail and Federal Express the foregoing documents to the following non-registered participants:

Bradford J. Badke, Esq.
Gabrielle Ciuffreda, Esq.
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020-1105
bradford.badke@ropesgray.com
gabrielle.ciuffreda@ropesgray.com

              /s/ Philip A. Rovner
              Philip A. Rovner (#3215)
              Potter Anderson & Corroon LLP
              Hercules Plaza
              P. O. Box 951
              Wilmington, DE 19899
              (302) 984-6000
              provner@potteranderson.com