**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

TALECRIS BIOTHERAPEUTICS, INC. and
BAYER HEALTHCARE LLC,

        Plaintiffs,

        v.

BAXTER INTERNATIONAL INC. and
BAXTER HEALTHCARE CORPORATION,

        Defendants.

_____

BAXTER HEALTHCARE CORPORATION,

        Counterclaimant,

        v.

TALECRIS BIOTHERAPEUTICS, INC. and
BAYER HEALTHCARE LLC,

        Counterdefendants.

) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )

C.A. No. 05-349-GMS

JURY TRIAL DEMANDED

## <u>AMENDED NOTICE OF DEPOSITION OF TOM RAINS</u>

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure,

Defendant Baxter International Inc. and Defendant/Counterclaimant Baxter Healthcare Corporation

(collectively "Baxter"), by and through their attorneys of record, will take the deposition of Tom

Rains, on October 5, 2006 beginning at 9:30 a.m. at Embassy Suites Hotel, Raleigh-Durham-

Research Triangle East, 201 Harrison Oaks Boulevard, Smith Room, Cary, North Carolina 27513.

(919) 677-1840 The deposition will be before a notary public, or other authorized person to

administer oaths, will be recorded stenographically and/or by video tape, will include the use of

interactive real time transcription (e.g., Live Notes), and will continue from day to day until

completed.

                                        POTTER ANDERSON & CORROON LLP

OF COUNSEL:

                                        By:   /s/ Philip A. Rovner
James G. Gilliland, Jr.                       Philip A. Rovner (#3215)
Susan M. Spaeth                               POTTER ANDERSON & CORROON LLP
Anne M. Rogaski                               Hercules Plaza
TOWNSEND AND TOWNSEND AND                     P.O. Box 951
CREW LLP                                      Wilmington, Delaware 19899-0951
379 Lytton Avenue                             (302) 984-6000
Palo Alto, California  94301                  Email:  provner@potteranderson.com
(650) 326-2400

                                        *Attorneys for Defendant*
Dated:  October 4, 2006                 *Baxter International Inc. and*
                                        *Defendant/Counterclaimant*
753943                                  *Baxter Healthcare Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on October 4, 2006, the within document

was filed with the Clerk of the Court using CM/ECF which will send notification of such

filing(s) to the following; that the document was served on the following counsel as indicated;

and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Jeffrey B. Bove, Esq.
Mary W. Bourke, Esq.
Mark E. Freeman, Esq.
Jaclyn Mason, Esq.
Donna Hallowell
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE  19899-2207
jbove@cblh.com, mbourke@cblh.com
mfreeman@cblh.com, jmason@cblh.com
dhallowell@cblh.com

I hereby certify that on October 4, 2006 I have sent by E-mail and Federal

Express the foregoing documents to the following non-registered participants:

Bradford J. Badke, Esq.
Gabrielle Ciuffreda, Esq.
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY  10020-1105
bradford.badke@ropesgray.com
gabrielle.ciuffreda@ropesgray.com

/s/ Philip A. Rovner
Philip A. Rovner  (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com