**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **TALECRIS BIOTHERAPEUTICS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **C.A. No. 05-349-GMS** |
| **BAXTER INTERNATIONAL INC., and** ) | |
| **BAXTER HEALTHCARE CORPORATION,** ) | <u>**Jury Trial Demanded**</u> |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |
| **BAXTER HEALTHCARE CORPORATION** ) | |
| ) | |
| **Counterclaimant,** ) | |
| ) | |
| v. ) | |
| ) | |
| **TALECRIS BIOTHERAPEUTICS, INC., and** ) | |
| **BAYER HEALTHCARE LLC.,** ) | |
| ) | |
| **Counterdefendants.** ) | |
| ) | |

<u>**NOTICE OF SERVICE**</u>

PLEASE TAKE NOTICE that on September 29, 2006 true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

1) **TALECRIS BIOTHERAPEUTICS, INC. AND BAYER HEALTHCARE LLC'S RESPONSES TO DEFENDANTS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 99-127);**

2) **PLAINTIFFS' OBJECTIONS AND RESPONSES TO DEFENDANTS' SECOND SET OF INTERROGATORIES (NOS. 12-45); and**

3) **TALECRIS BIOTHERAPEUICS, INC. AND BAYER HEALTHCARE LLC'S RESPONSES TO DEFENDANTS' FIRST REQUEST FOR ADMISSIONS (NOS 1-124)**

| **Via Hand Delivery and E-Mail** | **Via Federal Express and E-Mail** |
|---|---|
| Philip A. Rovner, Esquire | Susan Spaeth, Esquire |
| Potter Anderson & Corroon LLP | Townsend and Townsend and Crew LLP |
| Hercules Plaza | 379 Lytton Avenue |
| P. O. Box 951 | Palo Alto, CA 94301-1431 |
| Wilmington, DE  19899 | (415) 576-0200 |
| (302) 984-6140 | smspaeth@townsend.com |
| provner@potteranderson.com | |

Date: October 9, 2006

By:   /s/ Jeffrey B. Bove
    Jeffrey B. Bove (#998)
    CONNOLLY BOVE LODGE & HUTZ LLP
    The Nemours Building
    1007 North Orange Street
    Wilmington, DE  19801
    Telephone: (302) 658-9141
    jbove@cblh.com

## CERTIFICATE OF SERVICE

I, hereby certify on this 9th day of October, 2006 I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, DE  19899<br>(302) 984-6140<br>provner@potteranderson.com | Susan Spaeth, Esquire<br>Townsend and Townsend and Crew LLP<br>379 Lytton Avenue<br>Palo Alto, CA 94301-1431<br>(415) 576-0200<br>smspaeth@townsend.com |

    */s/ Jeffrey B. Bove*

**Jeffrey B. Bove (#998)**
**Mary W. Bourke (#2356)**
**Mark E. Freeman (#4257)**
**Jaclyn M. Mason (#4737)**
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
Telephone: (302) 658-9141
jbove@cblh.com

Bradford J. Badke
Gabrielle Ciuffreda
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020-1105
(212) 596-9000
*Attorneys for Bayer*
*Healthcare LLC*

*Attorneys for Talecris Biotherapeutics, Inc.*
*and Bayer Healthcare LLC*