# PATENT APPLICATION FEE DETERMINATION RECORD
### Effective October 1, 1994

**Application or Docket Number**

532211

## CLAIMS AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE | FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | 365.00 | OR | | 730.00 |
| TOTAL CLAIMS | 24 minus 20 = | * 4 | x$11= | | OR | x$22= | 88 |
| INDEPENDENT CLAIMS | 2 minus 3 = | 0 | x38= | | OR | x76= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +120= | | OR | +240= | |
| | | | TOTAL | | | TOTAL | 818 |

\* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

### AMENDMENT A

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus | *** | = | x38= | | OR | x76= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +120= | | OR | +240= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT B

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus | *** | = | x38= | | OR | x76= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +120= | | OR | +240= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT C

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus | *** | = | x38= | | OR | x76= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +120= | | OR | +240= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
Rev. 10/94)

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

# PACE DATA ENTRY CODING SHEET

Form PTO 1130
(REV 2/94)

**U.S. DEPARTMENT OF COMMERCE**
Patent and Trademark Office

| 1ST EXAMINER | |
| --- | --- |
| 2ND EXAMINER | |
| DATE 11-3-96 | |

08/532,211

| APPLICATION NUMBER | | | | | | | |

| TOTAL CLAIMS | INDEPENDENT CLAIMS | TYPE APPL. | SMALL ENTITY? | FILING DATE | | | FILING FEE | FOREIGN LICENSE | SPECIAL HANDLING | GROUP ART UNIT | ATTORNEY DOCKET NUMBER | CLASS | SHEETS OF DRAWING |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | MONTH | DAY | YEAR | | | | | | | |
| 0 2 4 | 0 0 2 | 1 | 0 | 0 9 | 2 2 | 9 5 | 0 8 1 8 | Y | 0 | 1 8 0 6 | M S B - 7 1 2 3 2 | 4 2 4 | 0 0 1 |

## CONTINUITY DATA

| PARENT APPLICATION SERIAL NUMBER | | | | | | | PCT APPLICATION SERIAL NUMBER | | | | | | | PARENT PATENT NUMBER | | | | | PARENT FILING DATE | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | | | | | | | | | | MONTH | DAY | YEAR |

| CONT STATUS CODE | CODE |
| --- | --- |

P C T /
P C T /
P C T /
P C T /
P C T /

## PCT/FOREIGN APPLICATION DATA

| FOREIGN PRIORITY CLAIMED | COUNTRY CODE | PCT/FOREIGN APPLICATION SERIAL NUMBER | FOREIGN FILING DATE |
| --- | --- | --- | --- |
| | | | MONTH  DAY  YEAR |

4.U.S.G.P.O.: 1994 - 384-021

TITLE OF INVENTION

ATTORNEY REGISTRATION NUMBERS

CORRESPONDENCE NAME AND ADDRESS

APPLICANT/INVENTOR DATA

AUTHORITY CODE

FAMILY NAME

GIVEN NAME

NAME SUFFIX

CITY

STATE/CNTRY CODE

AUTHORITY CODE

FAMILY NAME

GIVEN NAME

NAME SUFFIX

CITY

STATE/CNTRY CODE

MORE

PAGE 153

# Buffers for pH and Metal Ion Control

D. D. Perrin
John Curtin School of Medical Research
Australian National University
Canberra

Boyd Dempsey
Department of Military Chemistry
Royal Military College
Duntroon

WITH COMPLIMENTS OF:



Research Organics, Inc.
4353 East 49th Street, Cleveland, Ohio 44125
800-321-0570/216-883-8025

London · New York
*CHAPMAN AND HALL*



First published in 1974
by Chapman and Hall Ltd
11 New Fetter Lane, London EC4P 4EE
Published in the USA by
Chapman and Hall
29 West 35th Street, New York NY 10001
First issued as a Science Paperback 1979
Reprinted 1979, 1983 twice, 1987

© 1974 D.D. Perrin and Boyd Dempsey

Printed in Great Britain by
J. W. Arrowsmith Ltd, Bristol

ISBN 0 412 21890 9

This paperback edition is
sold subject to the condition that it
shall not, by way of trade or otherwise, be
lent, re-sold, hired out, or otherwise circulated
without the publisher's prior consent in any form of
binding or cover other than that in which it is
published and without a similar condition
including this condition being imposed
on the subsequent purchaser

All rights reserved. No part of
this book may be reprinted, or reproduced
or utilized in any form or by any electronic,
mechanical or other means, now known or hereafter
invented, including photocopying and recording,
or in any information storage or retrieval
system, without permission in writing
from the publisher

## 6 · Buffers for pH and Metal Ion Control

effectiveness is expressed quantitatively by their *buffer capacity* (see below).

Many organic, and some inorganic, acids and bases have $pK_a$ values between 2 and 12 so that, in principle, by partially neutralizing their solutions they could be used as buffers. Neglecting, for the moment, the effect of ionic strength, solutions of such an acid and its conjugate base in concentration ratios of 1:10 to 10:1 would furnish a series of buffers covering a pH range of $pK_a \pm 1$.

A solution of a weak acid, or its salt with a strong base, *alone*, is a poor buffer. This is also true of a weak base, or its salt with a mineral acid. In all these cases, the concentration ratio of acid and conjugate base differs markedly from unity so that the addition of strong acid or alkali leads to a rapid initial change in pH. However, the salt of a weak acid and a weak base, for example ammonium acetate, acts as a buffer, alone, because hydrolysis results in measurable amounts of the free acid and the free base in the solution.

### 2.2 Activity effects

The ionic strength, $I$, of a solution is given by the summation

$$I = \tfrac{1}{2}\sum(c_i z_i^2) \qquad (2.9)$$

where $c_i$ is the concentration of each type of ion (in moles l⁻¹) and $z$ is its charge.* Thus, for 0.15 M NaCl, $I = \tfrac{1}{2}(0.15 \times 1^2 + 0.15 \times 1^2) = 0.15$, and for 0.1M $K_2SO_4$, $I = \tfrac{1}{2}(0.2 \times 1^2 + 0.1 \times 2^2) = 0.3$. For solutions outside the pH range 4–10 the contributions of hydrogen and hydroxyl ions must also be included.

The activity of an ion, $a_i$, is related to its concentration,

$$a_i = c_i f_i \qquad (2.10)$$

*The *molar* scale, moles litre⁻¹ is designated by M to distinguish it from the *molal* scale, m, which is the number of moles dissolved in 1 kg of solvent. The two scales are very similar for dilute aqueous solutions, but are quite different for solutions in mixed solvents.

## The Theory of Buffer Action · 7

In dilute solutions, the activity coefficient, $f_i$, is given by the Debye-Hückel equation, an approximate form of which is (Davies, 1938)

$$-\log f_i \approx A z^2 I^{1/2}/(1 + I^{1/2}) - 0.1 z^2 I \qquad (2.11)$$

where $A$ is a constant which depends on the temperature, being 0.507 at 20°C, 0.512 at 25°C and 0.524 at 38°C.

This equation enables the pH of a buffer solution to be calculated from the thermodynamic $pK_a$ of the buffer acid or base, and the concentrations of the buffer species:

$$pH = pK_a + \log [H_{n-1}A^{(x+1)-}]/[H_nA^{x-}] - (2x + 1)A\,I^{1/2}/(1 + I^{1/2}) + 0.1(2x + 1)I \qquad (2.12)$$

$$pH = pK_a + \log [H_nB^{x+}]/[H_{n+1}B^{(x+1)+}] + (2x + 1)A\,I^{1/2}/(1 + I^{1/2}) - 0.1(2x + 1)I \qquad (2.13)$$

*Example.* What is the ionic strength of a pH 7.2 buffer comprising 36 ml 0.2M $Na_2HPO_4$ and 14 ml 0.2M $NaH_2PO_4$ in a final volume of 100 ml?

The concentration of $HPO_4^{2-}$ is 0.072M
The concentration of $H_2PO_4^{-}$ is 0.028M
The concentration of $Na^+$ is $2 \times 0.072 + 0.028 = 0.172M$

$$I = \tfrac{1}{2}(2^2[HPO_4^{2-}] + 1^2[H_2PO_4^{-}] + 1^2[Na^+])$$
$$= \tfrac{1}{2}(0.288 + 0.028 + 0.172) = 0.244$$

### 2.3 Effect of dilution

From the relations 2.12 and 2.13, the pH value of a buffer will change with its dilution, because of changes in the ionic strength. Table 2.2 shows the magnitude of the effect of diluting an equimolar solution of a $HA/A^-$ buffer (total molar concentration stated) with an equal volume of water. The quantity $\Delta pH_{1/2}$ is defined as the increase in pH of a solution when it is diluted in this way. Dilution of acidic buffers increases the pH; with bases there is a decrease. Conversely, the addition of an 'inert' salt such as NaCl



*THIRD EDITION*

# QUANTITATIVE
# ANALYTICAL CHEMISTRY

**James S.** ▓▓▓▓
*Iowa State University*

**George H. Schenk**
*Wayne State University*

ALLYN AND BACON, INC.
BOSTON · LONDON · SYDNEY · TORONTO

© COPYRIGHT 1974 BY ALLYN AND BACON, INC.
© COPYRIGHT 1969 BY ALLYN AND BACON, INC.
© COPYRIGHT 1966 BY ALLYN AND BACON, INC.
470 ATLANTIC AVENUE, BOSTON

ALL RIGHTS RESERVED

No part of the material protected by this copyright notice may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying, recording, or by any informational storage and retrieval system, without written permission from the copyright owner.

LIBRARY OF CONGRESS CATALOG CARD NUMBER: 73–87542

ISBN: 0-205-04203-1



Sixth printing . . . December, 1976

PRINTED IN THE UNITED STATES OF AMERICA

The number of moles equals the number of grams divided by the formula weight:

$$\text{Moles of urea } (H_2NCONH_2) = \frac{\text{grams}}{\text{mol wt}} = \frac{\text{grams}}{60.06}$$

$$\text{Moles of sulfate } (SO_4{}^{2-}) = \frac{\text{grams}}{\text{ionic wt}} = \frac{\text{grams}}{96.06}$$

$$\text{Moles of silver } (Ag) = \frac{\text{grams}}{\text{atomic wt}} = \frac{\text{grams}}{107.87}$$

Concentration of solutions. Any one of several different methods can be used to express the concentration of solutions. The systems commonly used are listed in Table 1-1.

In analytical chemistry the molar and normal systems are the most frequently employed. Some chemists use the formal system extensively. Analytical calculations with these systems are discussed in detail later in the book.

It is important to distinguish between the *analytical* concentration and the *equilibrium* concentration of a solution.

TABLE 1-1. *Systems for Expressing Concentrations of Solutions*

| Name of system | Symbol | Definition |
|---|---|---|
| Molar | $M$ | $\dfrac{\text{moles of solute}}{\text{liters of solution}}$ |
| Molal | $m$ | $\dfrac{\text{moles of solute}}{\text{kilograms of solvent}}$ |
| Formal | $F$ | $\dfrac{\text{gram–formula-weights of solute}}{\text{liters of solution}}$ |
| Mole fraction | $N$ | $\dfrac{\text{moles of solute}}{\text{moles of solvent} + \text{moles of solute}}$ |
| Normal | $N$ | $\dfrac{\text{equivalents of solute}}{\text{liters of solution}}$ |
| Grams per volume | – | $\dfrac{\text{grams of solute}}{\text{liters of solution}}$ |
| Weight per cent | wt % | $\dfrac{100 \times \text{grams of solute}}{\text{grams of solvent} + \text{grams of solute}}$ |
| Volume per cent | vol % | $\dfrac{100 \times \text{liters of solute}}{\text{liters of solution}}$ |
| Parts per million | ppm | $\dfrac{\text{milligrams of solute}}{\text{kilograms of solution}}$ or $\dfrac{\text{milligrams}}{\text{liter}}$ |

hydronium ion, but is conveniently written $H^+$ and referred to as the hydrogen ion.

Solutes may be roughly classified according to their ability to ionize and conduct an electric current: nonelectrolytes, such as sugar and urea, weak electrolytes, such as weakly ionized acids and bases, and strong electrolytes, such as HCl or KCl, which are highly or completely ionized in aqueous solution (potassium chloride is known to be completely ionized in the solid state).

Except in very dilute solution the effective concentration of ions in solution (determined by the lowering of the freezing point of water, by electrical conductivity, or by other means) is usually less than the actual concentration of ions known to be present. The term *activity* is used to denote the active or effective concentration of an ion or molecule in solution. Activity may be related to molar concentration through the use of an *activity coefficient*; in the equation

$$a_i = f_i [ i ]$$

$a_i$ is the activity of an ion, $f_i$ is the activity coefficient of that ion, and $[ i ]$ is the molar concentration of the ion. In very dilute solution $f_i$ approaches 1; that is, $a_i \approx [ i ]$. As the concentration of a species increases, the activity coefficient becomes smaller and the values of $a_i$ and $[ i ]$ become more divergent. The activity coefficient of an ion of charge greater than 1 is smaller at any given concentration than that of an ion whose charge is unity. Activity coefficients of nonionic substances are approximately 1 except in very concentrated solutions.

Differences between concentration and activity arise because of ionic interaction. In a solution of an electrolyte both positively charged and negatively charged ions are moving about. Ions of like charge will repel each other, but ions of unlike charge will attract each other. Attraction and repulsion are not as strong in water as in solvents having lower dielectric constants, but they do exist. Most of the time the space around a positive ion will have an excess negative charge, and the space around a negative ion will, on the average, have an excess positive charge. Thus the motion of the average ion (either plus or minus) is impeded to some extent, and it is not as active as an entirely free ion. As the solution becomes more dilute, the ions in solution are farther apart and have less effect on one another.

From the laws of electrical attraction and repulsion and from the Boltzmann distribution law, which describes the tendency of thermal agitation to counteract electrostatic effects, Debye and Hückel have derived an equation that enables activity coefficients to be calculated theoretically. According to Debye and Hückel, the activity coefficient of any ion depends on the *ionic strength* of the solution. The ionic strength of a solution is *not* equivalent to the total ionic concentration, but is defined by the equation

$$\mu = \tfrac{1}{2} \sum [ i ] Z_i^2$$



CHAP. 1

is the hydro-

ity to ionize
d urea, weak
electrolytes,
i in aqueous
l in the solid

n of ions in
of water, by
e actual con-
sed to denote
in solution.
of an *activity*

n, and [ $i$ ] is
pproaches 1;
s, the activity
e more diver-
l is smaller at
iity. Activity
t in very con-

ause of ionic
charged and
will repel each
ion and repul-
tric constants,
e ion will have
n will, on the
he average ion
as active as an
ns in solution

rom the Boltz-
al agitation to
d an equation
According to
s on the *ionic*
t equivalent to

where $\mu$ is the ionic strength, [ $i$ ] is the molar concentration of an ion, and $Z_i$ is the charge (+ or −) of that ion.

Example.   Calculate the ionic strength of a $0.1M$ KCl solution.   [ $K^+$ ] = 0.1, and [ $Cl^-$ ] = 0.1; then

$$\mu = \tfrac{1}{2}(0.1 + 0.1) = 0.1$$

Example.   Calculate the ionic strength of a $0.1M$ $Na_2SO_4$ solution.   [ $Na^+$ ] = 0.2, and [ $SO_4^{2-}$ ] = 0.1; then

$$\mu = \tfrac{1}{2} [\, 0.2 + 0.1(4) \,] = 0.3$$

In calculations of the ionic strength of a solution, the contribution of weakly ionized substances, such as weak acids, may be ignored.

The Debye-Hückel equation, which relates the activity coefficient of an ion to the ionic strength of the solution, is

$$-\log f_i = 0.5 Z_i^2 \sqrt{\mu}$$

where $f_i$ is the activity coefficient of an ion, $Z_i$ is the charge (+ or −) of that ion, and $\mu$ is the ionic strength of the solution.  This equation is useful for an estimation of activity coefficients in a solution of any given ionic strength. The activity coefficients in Table 1-2 have been calculated from a form of the Debye-Hückel equation that takes ionic size into account.

TABLE 1-2.   *Individual Ion Activity Coefficients as a Function of Ionic Strength*[a]

| Ion | Ion size parameter | Activity coefficient | | | | |
|---|---|---|---|---|---|---|
| | | $\mu = 0.002$ | $\mu = 0.01$ | $\mu = 0.02$ | $\mu = 0.1$ | $\mu = 0.2$ |
| $H^+$ | 9 | 0.967 | 0.933 | 0.914 | 0.86 | 0.83 |
| $Li^+$ | 6 | 0.965 | 0.929 | 0.907 | 0.835 | 0.80 |
| $Na^+$, $IO_3^-$, $HSO_4^-$ | 4 | 0.964 | 0.927 | 0.901 | 0.815 | 0.77 |
| $OH^-$, $F^-$, $ClO_4^-$ | 3.5 | 0.964 | 0.926 | 0.900 | 0.81 | 0.76 |
| $K^+$, $Cl^-$, $Br^-$, $I^-$ | 3 | 0.964 | 0.925 | 0.899 | 0.805 | 0.755 |
| $NH_4^+$, $Ag^+$ | 2.5 | 0.964 | 0.924 | 0.898 | 0.80 | 0.75 |
| $Mg^{2+}$, $Be^{2+}$ | 8 | 0.872 | 0.755 | 0.69 | 0.52 | 0.45 |
| $Ca^{2+}$, $Cu^{2+}$, $Zn^{2+}$, $Mn^{2+}$, $Ni^{2+}$, $Co^{2+}$ | 6 | 0.870 | 0.749 | 0.675 | 0.485 | 0.405 |
| $Ba^{2+}$, $Cd^{2+}$ | 5 | 0.868 | 0.744 | 0.67 | 0.465 | 0.38 |
| $Pb^{2+}$ | 4.5 | 0.867 | 0.742 | 0.665 | 0.455 | 0.37 |
| $SO_4^{2-}$, $HPO_4^{2-}$ | 4 | 0.867 | 0.740 | 0.660 | 0.445 | 0.355 |
| $Al^{3+}$, $Fe^{3+}$, $Cr^{3+}$ | 9 | 0.738 | 0.54 | 0.445 | 0.245 | 0.18 |
| $PO_4^{3-}$ | 4 | 0.725 | 0.505 | 0.395 | 0.16 | 0.095 |
| $Th^{4+}$, $Zr^{4+}$, $Ce^{4+}$ | 11 | 0.588 | 0.35 | 0.255 | 0.10 | 0.065 |

[a] From J. Kielland, *J. Am. Chem. Soc.*, 59, 1675 (1937).

NOV. 15 '96  03:08PM  R PMT DEPT (919)550-4280                   P.2

# BIOCHEMICAL CALCULATIONS

How to Solve Mathematical Problems in General Biochemistry

*Second Edition*

## IRWIN H. SEGEL

Department of Biochemistry and Biophysics
University of California
Davis, California

JOHN WILEY & SONS, New York • Chichester • Brisbane • Toronto

NOV 15 '96 03:08PM ҅ R PMT DEPT (919)550-4280                    P.3

Copyright © 1968, 1976, by John Wiley & Sons, Inc.

All rights reserved.   Published simultaneously in Canada.

Reproduction or translation of any part of this work beyond that permitted by Sections 107 or 108 of the 1976 United States Copyright Act without the permission of the copyright owner is unlawful. Requests for permission or further information should be addressed to the Permissions Department, John Wiley & Sons, Inc.

Library of Congress Cataloging in Publication Data

Segel, Irwin H          1935–
    Biochemical calculations.

    Includes index.
    1.    Biological chemistry--Problems, exercises, etc.    I.    Title.
QD415.3.S4    1975        574.1'92'0151        75-23140
ISBN   0-471-77421-9

Printed in the United States of America

10 9 8

PAGE 163

$$\text{Ionic Strength } \left(\frac{\Gamma}{2}\right) = 1/2 \sum M_i Z_i^2 \qquad (12)$$

where $M_i$ = the molarity of the ion

$Z_i$ = the net charge of the ion (regardless of sign)

$\Sigma$ = a symbol meaning "the sum of"

Ionic strength measures the concentration of charges in solution. As the ionic strength of a solution increases, the activity coefficient of an ion decreases. The relationship between the ionic strength and the molarity of a solution of ionizable salt depends on the number of ions produced and their net charge, as summarized below.

| | Salt | Ionic Strength |
|---|---|---|
| Type | Example | |
| 1:1 | KCl, NaBr | $M$ |
| 2:1 | CaCl₂, Na₂HPO₄ | $3 \times M$ |
| 2:2 | MgSO₄ | $4 \times M$ |
| 3:1 | FeCl₃, Na₃PO₄ | $.6 \times M$ |
| 2:3 | Fe₂(SO₄)₃ | $15 \times M$ |

"Type" refers to the net charge on the ions. Thus MgSO₄, which yields $Mg^{2+}$ and $SO_4^{2-}$, is called a 2:2 salt. Na₂HPO₄, which yields $HPO_4^{2-}$ and $Na^+$ ions, is called a 2:1 salt.

Only the *net* charge on an ion is used in calculating ionic strength. Thus, un-ionized compounds (e.g., un-ionized acetic acid) or species carrying an equal number of positive and negative charges (e.g., a neutral amino acid) do not contribute toward the ionic strength of a solution.

**· Problem 1-3**

Calculate the ionic strength of a 0.02 $M$ solution of Fe₂(SO₄)₃.

**Solution**

$$\frac{\Gamma}{2} = \tfrac{1}{2} \sum M_i Z_i^2 = \tfrac{1}{2}[M_{Fe^{3+}} \cdot Z_{Fe^{3+}}^2 + M_{SO_4^{2-}} \cdot Z_{SO_4^{2-}}^2]$$

The 0.02 $M$ Fe₂(SO₄)₃ yields 0.04 $M$ $Fe^{3+}$ and 0.06 $M$ $SO_4^{2-}$.

$$\frac{\Gamma}{2} = \frac{(0.04)(3)^2 + (0.06)(-2)^2}{2} = \frac{(0.04)(9) + (0.06)(4)}{2}$$

$$= \frac{(0.36) + (0.24)}{2} = \frac{0.60}{2}$$

$$\boxed{\frac{\Gamma}{2} = 0.30}$$ NO UNITS

.16%

160 mg %

0 ml of a 0.002 $M$

ils the number of

solution)

tion required

6 ml

to 1.5 liters.



*THIRD EDITION*

# QUANTITATIVE ANALYTICAL CHEMISTRY

**James S. Fritz**
*Iowa State University*

**George H. Schenk**
*Wayne State University*

# ALLYN AND BACON, INC.
## BOSTON · LONDON · SYDNEY · TORONTO

© COPYRIGHT 1974 BY ALLYN AND BACON, INC.
© COPYRIGHT 1969 BY ALLYN AND BACON, INC.
© COPYRIGHT 1966 BY ALLYN AND BACON, INC.
470 ATLANTIC AVENUE, BOSTON

ALL RIGHTS RESERVED

No part of the material protected by this copyright notice may be
reproduced or utilized in any form or by any means, electronic or
mechanical, including photocopying, recording, or by any infor-
mational storage and retrieval system, without written permission
from the copyright owner.

LIBRARY OF CONGRESS CATALOG CARD NUMBER:  73–87542

ISBN: 0–205–04203–1



*Sixth printing . . . December, 1976*

PRINTED IN THE UNITED STATES OF AMERICA

**PAGE 166**

The number of moles equals the number of grams divided by the formula weight:

$$\text{Moles of urea (H}_2\text{NCONH}_2) = \frac{\text{grams}}{\text{mol wt}} = \frac{\text{grams}}{60.06}$$

$$\text{Moles of sulfate (SO}_4{}^{2-}) = \frac{\text{grams}}{\text{ionic wt}} = \frac{\text{grams}}{96.06}$$

$$\text{Moles of silver (Ag)} = \frac{\text{grams}}{\text{atomic wt}} = \frac{\text{grams}}{107.87}$$

**Concentration of solutions.** Any one of several different methods can be used to express the concentration of solutions. The systems commonly used are listed in Table 1-1.

In analytical chemistry the molar and normal systems are the most frequently employed. Some chemists use the formal system extensively. Analytical calculations with these systems are discussed in detail later in the book.

It is important to distinguish between the *analytical* concentration and the *equilibrium* concentration of a solution.

TABLE 1-1.  *Systems for Expressing Concentrations of Solutions*

| Name of system | Symbol | Definition |
| --- | --- | --- |
| Molar | $M$ | $\dfrac{\text{moles of solute}}{\text{liters of solution}}$ |
| Molal | $m$ | $\dfrac{\text{moles of solute}}{\text{kilograms of solvent}}$ |
| Formal | $F$ | $\dfrac{\text{gram-formula-weights of solute}}{\text{liters of solution}}$ |
| Mole fraction | $\mathcal{N}$ | $\dfrac{\text{moles of solute}}{\text{moles of solvent + moles of solute}}$ |
| Normal | $N$ | $\dfrac{\text{equivalents of solute}}{\text{liters of solution}}$ |
| Grams per volume | — | $\dfrac{\text{grams of solute}}{\text{liters of solution}}$ |
| Weight per cent | wt % | $\dfrac{100 \times \text{grams of solute}}{\text{grams of solvent + grams of solute}}$ |
| Volume per cent | vol % | $\dfrac{100 \times \text{liters of solute}}{\text{liters of solution}}$ |
| Parts per million | ppm | $\dfrac{\text{milligrams of solute}}{\text{kilograms of solution}}$ or $\dfrac{\text{milligrams}}{\text{liter}}$ |



*THIRD EDITION*

# QUANTITATIVE ANALYTICAL CHEMISTRY

**James S. Fritz**
*Iowa State University*

**George H. Schenk**
*Wayne State University*

# ALLYN AND BACON, INC.
## BOSTON · LONDON · SYDNEY · TORONTO

© COPYRIGHT 1974 BY ALLYN AND BACON, INC.
© COPYRIGHT 1969 BY ALLYN AND BACON, INC.
© COPYRIGHT 1966 BY ALLYN AND BACON, INC.
470 ATLANTIC AVENUE, BOSTON.

ALL RIGHTS RESERVED

*No part of the material protected by this copyright notice may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying, recording, or by any informational storage and retrieval system, without written permission from the copyright owner.*

LIBRARY OF CONGRESS CATALOG CARD NUMBER:  73–87542

ISBN: 0–205–04203–1



*Sixth printing . . . December, 1976*

PRINTED IN THE UNITED STATES OF AMERICA

PAGE 169



The number of moles equals the number of grams divided by the formula weight:

$$\text{Moles of urea (H}_2\text{NCONH}_2) = \frac{\text{grams}}{\text{mol wt}} = \frac{\text{grams}}{60.06}$$

$$\text{Moles of sulfate (SO}_4{}^{2-}) = \frac{\text{grams}}{\text{ionic wt}} = \frac{\text{grams}}{96.06}$$

$$\text{Moles of silver (Ag)} = \frac{\text{grams}}{\text{atomic wt}} = \frac{\text{grams}}{107.87}$$

**Concentration of solutions.** Any one of several different methods can be used to express the concentration of solutions. The systems commonly used are listed in Table 1-1.

In analytical chemistry the molar and normal systems are the most frequently employed. Some chemists use the formal system extensively. Analytical calculations with these systems are discussed in detail later in the book.

It is important to distinguish between the *analytical* concentration and the *equilibrium* concentration of a solution.

TABLE 1-1.   *Systems for Expressing Concentrations of Solutions*

| Name of system | Symbol | Definition |
|---|---|---|
| Molar | $M$ | $\dfrac{\text{moles of solute}}{\text{liters of solution}}$ |
| Molal | $m$ | $\dfrac{\text{moles of solute}}{\text{kilograms of solvent}}$ |
| Formal | $F$ | $\dfrac{\text{gram–formula-weights of solute}}{\text{liters of solution}}$ |
| Mole fraction | $\mathscr{N}$ | $\dfrac{\text{moles of solute}}{\text{moles of solvent} + \text{moles of solute}}$ |
| Normal | $N$ | $\dfrac{\text{equivalents of solute}}{\text{liters of solution}}$ |
| Grams per volume | – | $\dfrac{\text{grams of solute}}{\text{liters of solution}}$ |
| Weight per cent | wt % | $\dfrac{100 \times \text{grams of solute}}{\text{grams of solvent} + \text{grams of solute}}$ |
| Volume per cent | vol % | $\dfrac{100 \times \text{liters of solute}}{\text{liters of solution}}$ |
| Parts per million | ppm | $\dfrac{\text{milligrams of solute}}{\text{kilograms of solution}}$ or $\dfrac{\text{milligrams}}{\text{liter}}$ |



Clinical Immunology and Immunopathology
Volume 34, Number 2, February 1985

## CONTENTS

T. Kotani, M. Maeda, S. Ohtaki, S. Kobayashi, and H. Okuyama. Analyses of the Specificity of Mouse Monoclonal Antibodies to Syngeneic and Allogeneic Thyroglobulins . . . . .

Anthony L. Cunningham, Ian R. Mackay, Ian H. Frazer, Christina Brown, John S. Pedersen, Ban-Hock Toh, Brian D. Tait, and Frank M. Clarke. Antibody to G-Actin in Different Categories of Alcoholic Liver Disease: Quantification by an ELISA and Significance for Alcoholic Cirrhosis . . . . . . . . . . 158

S. R. Per, J. L. Abruzzo, and R. Heimer. Analysis of Immune Complexes by Two-Dimensional Gel Electrophoresis . . . . . . . . 165

Daniel B. Drachman, Robert N. Adams, Kevin McIntosh, and Alan Pestronk. Treatment of Experimental Myasthenia Gravis with Cyclosporin A . . . . . . . . . . . . . . . . . 174

Paul A. Frymoyer and Frederick R. Davey. Defective Autologous Mixed Lymphocyte Reactions in Patients with Renal Insufficiency—Evidence for Cellular and Serum Factors . . . . . . . . . 189

Paul R. Burnett and David Wray. Lytic Effects of Serum and Mononuclear Leukocytes on Oral Epithelial Cells in Recurrent Aphthous Stomatitis . . . . . . . . . . . . . . . . . . . . 197

Julie B. Sedgwick, Mary L. Berube, and Robert B. Zurier. Stimulus-Dependent Inhibition of Superoxide Generation by Prostaglandins . . . . . . . . . . . . . . . . . . . . 205

Stanley J. Naides, Doug Redelman, and Nathan J. Zvaifler. The Role of Xenoantigen in the Human Autologous Mixed Lymphocyte Reaction: Ability to Respond in the Absence of Exposure to Xenoantigen Depends on the Method of T-Cell Preparation . . . . . 216

Melvin Berger, Pnina Rosenkranz, and Carmen Y. Brown. Intravenous and Standard Immune Serum Globulin Preparations Interfere with Uptake of $^{125}I$-C3 onto Sensitized Erythrocytes and Inhibit Hemolytic Complement Activity . . . . . . . . . . . . . 227

Jane H. Morse, Joseph A. Carlino, Deborah Lazzarino, and Tze-Chiang Meng. Pregnancy-Associated Growth Factor. I. A Proliferative Agent which Expands Adult and Cord T4 Cells in Unfractionated Cultures . . . . . . . . . . . . . . . . . . 237

Gerhard J. Zlabinger, Josef W. Mannhalter, Rafi Ahmad, and Martha M. Eibl. Reduced Antigen-Induced Proliferation and Surface Ia Expression of Peripheral Blood T Cells following Tetanus Booster Immunization . . . . . . . . . . . . . . . . 254



CLINICAL IMMUNOLOGY AND IMMUNOPATHOLOGY 34, 227–236 (1985)

*. H. G., J.*

*ol. 60, 386,*

*iner, H., J.*

*s. 110, 449,*

*., Scand. J.*

*ediated and Press, New*

*7, 1979.*

*munol. 125,*

*. Exp. Med.*

# Intravenous and Standard Immune Serum Globulin Preparations Interfere with Uptake of 125I-C3 onto Sensitized Erythrocytes and Inhibit Hemolytic Complement Activity[1]

MELVIN BERGER,[2] PNINA ROSENKRANZ,[3] AND CARMEN Y. BROWN

*Allergy–Immunology Service, Walter Reed Army Medical Center, Washington, D.C. 20307*

Antibody-sensitized sheep erythrocytes were used as a model to determine the effects of therapeutic immune serum globulin (ISG) preparations on the ability of this particulate activator to fix C3 and initiate hemolysis. Both standard and intravenous forms of ISG inhibit uptake of 125I-C3, presumably by competing for the deposition of "nascent" C3b molecules onto the erythrocytes. Both forms of ISG also inhibit hemolytic activity of whole serum or purified complement components. The inhibition appears to be a specific property of IgG itself, since similar inhibition was not caused by equivalent concentrations of human serum albumin, and was not affected by the buffer in which the ISG was dissolved. Interference with C3 uptake onto antibody-sensitized platelets and/or inhibition of hemolytic complement activity could contribute to the efficacy of high dose intravenous ISG in idiopathic thrombocytopenic purpura.  © 1985 Academic Press, Inc.

## INTRODUCTION

Although it has only been three years since Imbach *et al.* (1) first reported the successful treatment of idiopathic thrombocytopenic purpura (ITP)[4] with high doses of intravenous immunoglobulin (IVIG), this form of therapy has come into widespread use. Despite a number of studies, however, the means by which high levels of IgG cause prolonged survival of sensitized platelets remains unknown (2, 3). Blockade of the Fc receptors in the reticuloendothelial system (RES) has been postulated to be a primary site of action of IVIG and prolongation of the clearance rate of sensitized erythrocytes has been reported (4–6). The mechanism by which monomeric IgG could inhibit phagocytosis of multivalent sensitized particles has not been clearly elucidated, however, and other possible explanations for the efficacy of IVIG are the subject of continuing investigation (2–6).

There are two primary routes by which the serum complement system can

[1] Supported by the Department of Clinical Investigation, Walter Reed Army Medical Center. The opinions and assertions contained herein are the privately held views of the authors and are not to be construed as official policies of the Department of the Army or of the Defense Department.

[2] To whom all correspondence should be addressed: Department of Pediatrics, Case Western Reserve University School of Medicine, Rainbow Babies and Childrens Hospital, 2101 Adelbert Road, Cleveland, Ohio 44106.

[3] Present address: Case Western Reserve University School of Medicine, Cleveland, Ohio 44106.

[4] Abbreviations: ISG, immune serum globulin; IVIG, immune serum globulin for intravenous infusion; E, sheep erythrocyte; EA, sheep erythrocyte sensitized with rabbit anti-forssman antibody; EAC14, EA bearing the first and fourth components of complement; ITP, idiopathic thrombocytopenic purpura; HSA, human serum albumin; RES, reticuloendothelial system; C3, the third component of complement, and C3b, its major cleavage fragment; PBS, phosphate-buffered saline, pH 7.4.

227

0090-1229/85 $1.50
Copyright © 1985 by Academic Press, Inc.
All rights of reproduction in any form reserved.



228                    BERGER, ROSENKRANZ, AND BROWN

participate in autoimmune destruction of formed elements of the blood that have become sensitized with antibody. Deposition of C3b onto particles allows them to interact with C3b receptors on RES macrophages and can enhance Fc mediated phagocytosis, while continued activation of the complement system beyond C3 may lead to formation of the membrane attack complex and cause intravascular lysis. The possibility of participation of these complement pathways in the destruction of platelets in ITP is suggested by observations that freshly obtained platelets from the circulation of patients with ITP bear increased amounts of C3 on their surface (7, 8) and that antibodies from ITP patients cause C3 fixation onto platelets in vitro (9, 10). In addition, recent studies have demonstrated that anti-platelet antibodies can activate complement by the classical pathway and lead to deposition of terminal components including C9 onto the platelet membranes (11).

When C3 is activated an internal thiolester becomes transiently exposed, enabling the "nascent" C3b to bind covalently to suitable acceptors with –OH or –NH$_2$ groups by a transacylation reaction (12, 13). A variety of recent studies suggest that IgG is a particularly good acceptor for C3b during complement activation by soluble immune complexes (14) as well as by bacteria (15), and it had previously been observed that addition of fluid phase IgG caused diminished binding of C3 to particles after in vitro activation by trypsin (16).

In the present studies we used antibody-sensitized sheep erythrocytes as a model system for classical pathway activation and attempted to determine whether the addition of excess fluid phase IgG would interfere with C3 deposition onto these particles and/or reduce their lysis by complement. The results clearly demonstrate that therapeutic preparations of IgG inhibit deposition of $^{125}$I-C3b onto the sensitized erythrocytes and diminish the hemolytic activity of serum or purified complement components. Similar inhibition of complement function in vivo could contribute to the therapeutic efficacy of high dose IVIG infusions in ITP.

## MATERIALS AND METHODS

*Immunoglobulin and albumin preparations.* Standard preparations of human immune serum globulin, USP (ISG) and 25% human serum albumin (HSA) were obtained from the hospital pharmacy. Immune serum globulin, 5% in 10% maltose for intravenous infusion (IVIG) was obtained from Cutter Biologicals as standard commercial lots of Gamimune stocked by the hospital pharmacy. Protein concentrations in dilutions of these materials were determined by the absorbance at 280 nm using the extinction coefficients ($E_{1cm}^{1\%}$) 5.3 for HSA and 14.3 for immunoglobulins (17).

*Complement components and cellular intermediates.* Functionally pure human complement components C1, C4, C2, C5, C6, and C7 and guinea pig C8 and C9 were purchased from Cordis Laboratories, Miami, Florida. Human C3 was purified from pooled plasma as previously described (18, 19) and retained the native specific hemolytic activity of C3 in unfractionated serum as determined by hemolytic assay (19, 20). C3 was labelled with $^{125}$I using "Iodobeads" (Pierce Chemical Co., Rockford, Ill.) and carrier free Na$^{125}$I (Amersham-Searle, Chicago, Ill.)

to a specific radioactivity o
$^{125}$I-C3 preparations were ce
to ensure the absence of ag
Rabbit anti-Forssman an
Bethesda, Maryland. Isoto
tonic dextrose—veronal buf
described (21). Sheep erythr
cases, C1 and C4 as previo
Serum was prepared by ;
nors to clot at room tempe
hr, followed by centrifugati
in C6 who was otherwise in
were stored at −70°C until
*Hemolytic assays.* E sens
C1 and C4 (EACT4) were i
to be tested for inhibitory
preparation, as well as a dil
of purified C3 (1–2 units)
units/ml) purified C2 and (
10$^8$ cells/ml. was used in a
2 ml of ice-cold phosphate
intact cells were pelleted
degree of hemolysis was o
the hemoglobin in the sup
developing reagent, but ir
with serum and inhibitor
amount of hemoglobin pre
rather than the other rea
molysis by whole serum, r
tubes compared to approp
purified C3 and developir
per cell determined as de
the average of duplicate o
$^{125}$I-C3 *uptake.* Reactio
ml, 0.025 ml of purified C
cient in C6 but otherwis
and 0.10 ml of a mixture
The input of $^{125}$I-C3 was
trometer before starting t
1 hr at 37°C then duplica
µl of 25% albumin in 40C
min at 10,000g in a micr
were cut off and counted
all reactants except C2 o
bound in these tubes wi
perimental tubes. Result



d that have
allows them
²c mediated
beyond C3
intravascular
s in the de-
ly obtained
ounts of C3
C3 fixation
strated that
athway and
atelet mem-

xposed, en-
ith –OH or
cent studies
plement ac-
), and it had
dir..iished

ocytes as a
determine
3 deposition
sults clearly
of ¹²⁵I-C3b
of serum or
fur..tion *in*
G infusions

is of human
(HSA) were
10% maltose
as standard
Protein con-
psorbance at
14.3 for im-

pure human
g C8 and C9
C3 was pu-
r.! the native
ained by he-
ierce Chem-
:hicago, Ill.)

to a specific radioactivity of 1 μCi/ug. Immediately before use in uptake studies
¹²⁵I-C3 preparations were centrifuged at 100,000g for 10 min in a Beckman Airfuge
to ensure the absence of aggregates.

Rabbit anti-Forssman antibodies were the kind gift of Thelma Gaither, NIH,
Bethesda, Maryland. Isotonic veronal buffered saline with 0.1% gelatin and iso-
tonic dextrose–veronal buffered saline with gelatin were sensitized with antibody and in some
cases, C1 and C4 as previously described (19, 21). Sheep erythrocytes (E) were sensitized with antibody and in some
cases, C1 and C4 as previously described (19, 21).

Serum was prepared by allowing freshly drawn blood from normal fasting do-
nors to clot at room temperature for 45 min and then on ice for an additional 1
hr, followed by centrifugation at 4°C. Serum from a patient genetically deficient
in C6 who was otherwise in good health was handled similarly. All serum samples
were stored at −70°C until use.

*Hemolytic assays.* E sensitized with antibody alone (EA) or with antibody and
C1 and C4 (EAC$\overline{14}$) were incubated for 1 hr at 37°C with a mixture of the protein
to be tested for inhibitory activity and/or the appropriate buffer for that protein
preparation, as well as a dilution of whole serum or a mixture of a limiting amount
of purified C3 (1–2 units) and a developing reagent consisting of excess (100
units/ml) purified C2 and C5-9. In most cases, 0.1 ml of EA or EAC $\overline{14}$ at 1.5 ×
10⁸ cells/ml was used in a total reaction volume of 0.5 ml. Following incubation, the
2 ml of ice-cold phosphate buffered saline was added to each tube, the remaining
intact cells were pelleted by centrifugation at 2500g for 5 min at 4°C and the
degree of hemolysis was determined by measuring the absorbance at 412 nm of
the hemoglobin in the supernatant. In all experiments, blanks without serum or
developing reagent, but including cells and inhibitor proteins, as well as tubes
with serum and inhibitor protein but no cells were run concurrently. The total
amount of hemoglobin present was determined in tubes containing distilled water
rather than the other reaction constituents. In the experiments measuring he-
molysis by whole serum, results are expressed as percentage lysis in experimental
tubes compared to appropriate controls. In experiments measuring hemolysis by
purified C3 and developing reagent, results are expressed as C3 hemolytic sites
per cell determined as described previously (20). In all cases, results shown are
the average of duplicate determinations.

*¹²⁵I-C3 uptake.* Reaction tubes contained 0.025 ml EA or EAC $\overline{14}$ at 3 × 10⁸/
ml, 0.025 ml of purified C2 or diluted serum from an individual genetically defi-
cient in C6 but otherwise well at the time serum was obtained, 0.10 ml ¹²⁵I-C3
and 0.10 ml of a mixture of inhibitor protein to be tested and appropriate buffer.
The input of ¹²⁵I-C3 was verified by counting each tube in a γ scintillation spec-
trometer before starting the reaction with C2 or serum. All tubes were incubated
1 hr at 37°C then duplicate 100-μl aliquots were withdrawn and layered over 250
μl of 25% albumin in 400-μl polypropylene centrifuge tubes. Tubes were spun 5
min at 10,000g in a microfuge, and the tips containing the pelleted erythrocytes
were cut off and counted to determine the amount of ¹²⁵I-C3 bound. Blanks with
all reactants except C2 or C6 deficient serum were run in parallel and the counts
bound in these tubes were considered background and subtracted from all ex-
perimental tubes. Results of the duplicate aliquots from each tube were averaged



230                    BERGER, ROSENKRANZ, AND BROWN

and corrected for the total reaction volume by multiplying by 2.5. All experimental tubes were run in duplicate with the results shown representing the average $^{125}$I-C3 binding compared to the appropriate controls.

## RESULTS

*Inhibition of hemolytic activity.* Based on the results of preliminary experiments, we selected dilutions of normal serum that would give appropriate amounts of lysis of sensitized erythrocytes and then determined the effect of adding various commercial preparations of human serum immune globulin on the degree of hemolysis observed. We also included human serum albumin as a control. For each protein preparation, an equivalent buffer control was also run concurrently. As can be seen in Fig 1, standard immune serum globulin for intramuscular injection (ISG) was very inhibitory even at a final concentration of 1 mg/ml. The intravenous immunoglobulin (IVIG) preparation also caused marked inhibition but required 17.5 mg/ml for 50% reduction of hemolysis. These effects are likely to be due to the immune globulin in the preparations per se, since the data have been normalized for comparison to the appropriate buffer for each commercial preparation, and human serum albumin caused no inhibition.

Hemolysis of EA is a complex process that may be inhibited at more than one stage. We therefore attempted to define further the site of inhibition by the immunoglobulin preparations by testing their ability to interfere with lysis of the preformed intermediate EAC $\overline{14}$ by limiting amounts of purified C3 in the presence of excess amounts of the remaining components, C2 and C5 through C9. As shown in Fig. 2, ISG and IVIG were markedly inhibitory with 50% reduction in the formation of C3 hemolytic sites requiring 5–6 mg/ml of either preparation.



FIG. 1. Hemolysis of EA by whole serum. Serum was used at 1:120 or 1:160 dilution. The control buffer for ISG was 0.3 *M* glycine, pH 6.8 which gave 79% hemolysis. The control for the IVIG was 10% maltose, 0.1 *M* glycine, pH 6.8 which gave 55% hemolysis and the control for HSA was normal saline, pH 7.0 which gave 22% hemolysis.

ISG INHIBITS



FIG. 2. Hemolysis of EAC $\overline{14}$ glycine, pH 6.8 which resulted i IVIG and gave Z = 0.324. 10% and gave Z = 1.12; and normal

To rule out pH or buffer ef PBS at pH 7.4. The dialy the nondialyzed IVIG wh even though the overall again, HSA was not inhi equivalent inhibition sugg increased inhibitory activ C1 activation.

*Inhibition of* $^{125}$I-C3 u sites on EAC $\overline{14}$ was inh gested that the immunog deposition of the "nasce highly purified $^{125}$I-C3 s directly. As shown in Fi onto EA. In this experi components so that lys hemolytic assays, HSA globulin preparations o we once again employec of C2, marked inhibitio in Fig. 4. Similar result 5. It is unlikely that the preparations since com and the nondialyzed IV the added immunoglob by the preformed conv

*Evidence that monor* that standard ISG prep



FIG. 2. Hemolysis of EAC $\overline{14}$ by C3 with purified components. The control for ISG was 0.3 $M$ glycine, pH 6.8 which resulted in $Z = 1.60$. PBS, pH 7.4 was used as a control for dialyzed (dial:) IVIG and gave $Z = 0.324$. 10% maltose, 0.1 $M$ glycine, pH 6.8 was the control for non-dial-IVIG and gave $Z = 1.12$; and normal saline, pH 7.0 was the control for HSA and gave $Z = 1.06$.

To rule out pH or buffer effects we also tested IVIG that had been dialyzed against PBS at pH 7.4. The dialyzed material caused inhibition that was comparable to the nondialyzed IVIG which is maintained in 10% maltose–0.1 $M$ glycine pH 6.8, even though the overall hemolytic system was much less active in PBS. Once again, HSA was not inhibitory. The fact that in this assay, IVIG and ISG gave equivalent inhibition suggests the possibility that in the previous experiment, the increased inhibitory activity of standard ISG may be partly due to inhibition of C1 activation.

*Inhibition of $^{125}I$-C3 uptake.* The observation that generation of C3 hemolytic sites on EAC $\overline{14}$ was inhibited by the immune serum globulin preparations suggested that the immunoglobulin might actually be competing with the surface for deposition of the "nascent" C3b molecules. To test this hypothesis, we employed highly purified $^{125}I$-C3 so that the uptake of this component could be measured directly. As shown in Fig. 3, both IVIG and ISG inhibited the uptake of $^{125}I$-C3 onto EA. In this experiment, C6-deficient serum was used as a source of early components so that lysis of the erythrocytes would not be possible. As in the hemolytic assays, HSA was not inhibitory. To rule out effects of the immuno-globulin preparations on the early activation steps of the complement cascade, we once again employed preformed EAC $\overline{14}$. With C6 deficient serum as a source of C2, marked inhibition was caused by ISG and IVIG but not by HSA, as shown in Fig. 4. Similar results were obtained with purified C2 itself, as shown in Fig. 5. It is unlikely that these effects result from the maltose or glycine in the protein preparations since comparable results were obtained with dialyzed IVIG in PBS and the nondialyzed IVIG in maltose–glycine. These results strongly suggest that the added immunoglobulin directly interferes with C3b binding after activation by the preformed convertase.

*Evidence that monomeric IgG is inhibitory.* Since earlier studies had indicated that standard ISG preparations contained aggregates that had anticomplementary



232                                    BERGER, ROSENKRANZ, AND BROWN                                ISG I



Fig. 3. Uptake of $^{125}$I-C3 onto EA with C6 deficient serum. The final serum concentration was 2.5% and the input of $^{125}$I-C3 was $1.5 \times 10^6$ cpm (1.5 μg)/tube. Control buffers were as in Fig. 2, and the specific uptake in the control tubes was 24,000–35,1000 cpm.

Fig. 5. Uptake of $^{125}$
Control buffers were as i

activity, we wished to determine whether the inhibition we observed in these studies was due to the presence of aggregates in the IVIG preparation. A 3-ml sample of IVIG was subjected to gel filtration on a calibrated column of Bio-Gel A5m (Biorad, Inc. Richmond, Calif.) and the fractions were tested for their ability to inhibit the hemolytic activity of whole serum. As can be seen from the elution profile in Fig. 6, there were no large aggregates in this IVIG preparation but the peak is somewhat asymmetric suggesting that there may be small amounts of dimers or oligomers. Inhibitory activity was found in fractions 80–85 which correspond to the elution position of isolated, monomeric IgG. In other experiments, we found that centrifugation of the IVIG at 110,000g for 30 min had no effect on its ability to inhibit hemolytic activity (data not shown), again suggesting that aggregates are not present and are not responsible for the observed effects.

In these studies v
determine the effec
ulin on the ability o
The results clearly
human immunoglob
binding of C3 to the
itself since similar i
alent concentration:
noglobulin was diss
In the past few y
the biochemistry of
ecule contains an ir



Fig. 4. Uptake of $^{125}$I-C3 onto EAC $\overline{14}$ with C6 deficient serum. Serum and $^{125}$I-C3 concentrations were the same as in Fig. 3. Control buffers were as in Fig. 2, and the specific uptake in the control tubes was 26,300–35,800 cpm.

Fig. 6. Inhibition of h
was used and 1.5-ml frac
and chemically purified
tration of each fraction t
22% lysis in the control

ISG INHIBITS C3 UPTAKE AND HEMOLYTIC ACTIVITY          233



Fig. 5. Uptake of $^{125}$I-C3 onto EAC $\overline{14}$ with C2. The input of $^{125}$I-C3 was $1.6 \times 10^6$ cpm/tube. Control buffers were as in Fig. 2 and the specific uptake in the control tubes was 75,850–84,700 cpm.

## DISCUSSION

In these studies we used antibody-sensitized sheep erythrocytes as a model to determine the effects of adding therapeutic preparations of immune serum globulin on the ability of this particulate activator to fix C3 and to initiate hemolysis. The results clearly demonstrate that both standard and intravenous forms of human immunoglobulin inhibit generation of hemolytic sites and interfere with binding of C3 to the particles. This inhibition appears to be a property of the IgG itself since similar inhibition was not caused by human serum albumin at equivalent concentrations and was not dependent on the buffer in which the immunoglobulin was dissolved.

In the past few years there has been a major advance in our understanding of the biochemistry of C3 activation with the demonstration that the intact C3 molecule contains an internal thiolester (12, 22). Following cleavage of the α chain

Fig. 6. Inhibition of hemolysis of EA by gel filtration fractions of IVIG. A $1.5 \times 100$-cm column was used and 1.5-ml fractions were collected. The void volume (Vo) was at fraction 39, as indicated, and chemically purified monomeric IgG eluted with a peak in fraction 84. The final protein concentration of each fraction tested was 1.2 mg/ml. A 1:160 dilution of normal serum was used which gave 22% lysis in the control tube with PBS alone.



234        BERGER, ROSENKRANZ, AND BROWN



of C3, this reactive group is exposed and can participate in a transacylation reaction yielding C3b covalently bound to an acyl acceptor on the activator (13). A series of studies by Law et al. first demonstrated that most of the C3b deposited on sheep erythrocytes was bound by ester linkages, presumably to surface carbohydrates (23, 24). More recently, it has been demonstrated that when complement is activated by soluble antigen–antibody complexes, C3b can become bound to antibody molecules by amide as well as ester linkages (14). Brown et al. have shown that classical pathway activation by anti-pneumoccal antibody also results in the formation of covalent C3b–antibody complexes some of which are amide linked (15). If a suitable acceptor is not readily available for reaction with the "nascent" C3b, the solvent water will hydrolyze the exposed thiolester and formation of fluid-phase C3b will result. Law et al. demonstrated that small molecules such as sugars and amino acids could preferentially compete with solvent water for reaction with fluid phase "nascent" C3b activated by trypsin (25). Similarly, Capel et al. had previously shown that a variety of substances including complex carbohydrates and immunoglobulin molecules could compete for binding of C3 activated by trypsin in the fluid phase and inhibit C3b deposition onto a particulate acceptor (16). In these studies we have demonstrated that excess fluid phase immunoglobulin can compete for C3 specifically activated by a particle bound classical pathway convertase. This observation extends the previous chemical studies which used the nonspecific activator trypsin, to a potentially physiologically relevant situation such as that found in autoimmune cytopenia. As we were initially motivated to carry out these studies by the reports of successful treatment of ITP with high dose IVIG, we conclude that interference with C3 deposition and hemolytic complement activity may contribute to the efficacy of this form of treatment. Competition by excessive levels of nonimmune IgG may also be responsible for the diminished binding of C3 to pneumococci recently reported in sera from patients with multiple myeloma (26).

Most previous studies on the interaction of therapeutic immunoglobulin preparations with the serum complement system have focused on direct activation of complement as an explanation for side effects of intravenous infusions, or with the ability of modified immunoglobulin molecules to activate the complement cascade (27–29). In those experiments serum has usually been incubated with the immunoglobulin preparation in its native or heat aggregated state for a fixed period of time then the remaining hemolytic activity or consumption of C3 is determined (28, 29). Our approach differs in that we have examined the effects of the immunoglobulin preparations on activation induced by an independent activating particle, EA or EAC $\overline{14}$. In the case of EA it is possible that some of the inhibition we observed is due to the interaction of C1 with the added immunoglobulin rather than the surface bound anti-erythrocyte antibody. This is suggested by the known interaction of fluid phase monomeric IgG with C1 (30, 31) and it has been demonstrated directly that excess monomeric IgG can inhibit complement-mediated lysis of tumor cells (32). It has also been shown that therapeutic ISG preparations can interfere with binding of $^{125}$I-labeled C1q to IgG immobilized on plastic surfaces (29). Inhibition of C1 binding or activation is unlikely to account for the inhibition of hemolytic activity toward EAC $\overline{14}$ or for

interference with C3 a
to the preformed $\overline{14}$
affinity for C1 than fl
its use in the C1 fi>
observed that a great
was required to inhi
inhibition of EA hem(
as Bing has demons
reduced and alkylate
(29). In contrast, how
employ EAC $\overline{14}$ sho
tions of IVIG and 1>
involved. We believe
these therapeutic im
fluid phase IgG for t
plexes. This mechan
trations achievable v
of IVIG in ITP.

1. Imbach, P., d'Apuzzo
   A., Schoni, M., and V
2. Imbach, P., and Jungi
3. Salama, A., Mueller-I
4. Fehr, J., Hofman, V.,
5. Bussel, J. B., Kimber
   N., Smithwick, E. M.
6. Kimberly, R. D., Saln
   132, 745, 1984.
7. Hauch, T. W., and Rc
8. Cines, D. B., and Sch
9. McMillan, R., and M:
10. Kayser, W., Mueller-F
    1981.
11. Tsubakio, T., McMill:
12. Pangburn, M. K., and
13. Hostetter, M. K., The
14. Gadd, K. J., and Reic
15. Brown, E. J., Berger,
    1978.
16. Capel, P. J. A., Groe
    1978.
17. Sober, H. A. (Ed.), "
    Chemical Rubber Co.
18. Hammer, C. H., Wirt
    3995, 1981.
19. Berger, M., Gaither,
20. Hammer, C. H., Shir
21. Gaither, T. A., and
    Methods" (J. B. Hen
22. Tack, B. F., Harrison
    Sci. USA 77, 5764, 1

interference with C3 activation by the convertase formed when excess C2 is added to the preformed $\overline{14}$ enzyme, since the EAC4 site is known to have a higher affinity for C1 than fluid phase complexes of EA (33) which is the basis for its use in the C1 fixation and transfer test and in assays of C1 activity. We observed that a great difference in concentration of IVIG relative to standard ISG was required to inhibit hemolysis of EA (Fig. 1). This also suggests that the inhibition of EA hemolysis might be dependent on interference with C1 activation, as Bing has demonstrated that the Cutter IVIG preparation, which has been reduced and alkylated, has a lower affinity for C1 than does the standard ISG (29). In contrast, however, the assays of C3 hemolytic activity and uptake which employ EAC $\overline{14}$ showed comparable degrees of inhibition at similar concentrations of IVIG and ISG, implying that a different mechanism of inhibition was involved. We believe that the mechanism of inhibition of C3 uptake by both of these therapeutic immunoglobulin preparations involves direct competition by fluid phase IgG for the nascent C3b with probable formation of IgG–C3b complexes. This mechanism may operate *in vivo* at the extremely high IgG concentrations achievable with intravenous therapy, and could contribute to the efficacy of IVIG in ITP.

## REFERENCES

1. Imbach, P., d'Apuzzo, V., Hirt, A., Rossi, E., Vest, M., Barandun, S., Baumgartner, C., Morel, A., Schoni, M., and Wagner, H. P., *Lancet* 1, 12, 1981.
2. Imbach, P., and Jungi, T. W., *Blut* 46, 117, 1983.
3. Salama, A., Mueller-Eckhardt, C., and Kiefer, V., *Lancet* 2, 193, 1983.
4. Fehr, J., Hofman, V., and Kappeler, H., *N. Eng. J. Med.* 306, 1254, 1982.
5. Bussel, J. B., Kimberly, R. D., Inman, R. D., Schulman, I., Cunningham-Rundles, C., Cheung, N., Smithwick, E. M., O'Malley, J., Barandun, S., and Hilgartner, M. W., *Blood* 62, 480, 1983.
6. Kimberly, R. D., Salmon, J. E., Bussel, J. B., Crow, M. K., and Hilgartner, M. W., *J. Immunol.* 132, 745, 1984.
7. Hauch, T. W., and Rosse, W. F., *Blood* 50, 1129, 1977.
8. Cines, D. B., and Schreiber, A. D., *N. Engl. J. Med.* 300, 106, 1979.
9. McMillan, R., and Martin, M., *Brit. J. Haematol.* 47, 251, 1981.
10. Kayser, W., Mueller-Eckbardt, C., Briddle, H., and Schmidt, R. E., *Amer. J. Haematol.* 11, 213, 1981.
11. Tsubakio, T., McMillan, R., Tani, P., and Curd, J., *Clin. Res.* 32, 500A, 1984.
12. Pangburn, M. K., and Mueller-Eberhard, H. F., *J. Exp. Med.* 152, 1102, 1980.
13. Hostetter, M. K., Thomas, M. L., Rosen, F. S., and Tack, B. F., *Nature (London)* 298, 72, 1982.
14. Gadd, K. J., and Reid, K. B. M., *Biochem. J.* 195, 471, 1981.
15. Brown, E. J., Berger, M., Joiner, K. A., and Frank, M. M., *Infect. Immun.* 42, 594, 1983.
16. Capel, P. J. A., Groeneboer, O., Grosveld, G., and Pondman, K. W., *J. Immunol.* 121, 2566, 1978.
17. Sober, H. A. (Ed.), "Handbook of Biochemistry, Selected Data for Molecular Biology," 2nd ed. Chemical Rubber Co., Cleveland, Ohio, 1970.
18. Hammer, C. H., Wirtz, G. H., Renfer, L., Gresham, H. D., and Tack, B. F., *J. Biol. Chem.* 256, 3995, 1981.
19. Berger, M., Gaither, T.G., Hammer, C.H., and Frank, M. M., *J. Immunol.* 127, 1329, 1981.
20. Hammer, C. H., Shin, M. L., Abramovitz, A. S., and Mayer, M. M., *J. Immunol* 119, 1, 1977.
21. Gaither, T. A., and Frank, M. M., *In* "Clinical Diagnosis and Management by Laboratory Methods" (J. B. Henry, Ed.). Saunders, Philadelphia, 1979.
22. Tack, B. F., Harrison, R. A., Janatova, J., Thomas, M. L., and Prahl, J. W., *Proc. Natl. Acad. Sci. USA* 77, 5764, 1980.

PAGE 180