IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC. and BAYER HEALTHCARE LLC, | ) ) ) |
| Plaintiffs, | ) ) ) C. A. No. 05-349-GMS |
| v. | ) ) JURY TRIAL DEMANDED |
| BAXTER INTERNATIONAL INC. and BAXTER HEALTHCARE CORPORATION, | ) ) **PUBLIC VERSION** ) |
| Defendants. | ) ) ) |
| BAXTER HEALTHCARE CORPORATION, | ) ) |
| Counterclaimant, | ) ) |
| v. | ) ) |
| TALECRIS BIOTHERAPEUTICS, INC. and BAYER HEALTHCARE LLC, | ) ) ) |
| Counterdefendants. | ) |

DECLARATION OF ANNE M. ROGASKI IN SUPPORT OF DEFENDANT
BAXTER INTERNATIONAL INC. AND DEFENDANT/COUNTERCLAIMANT
BAXTER HEALTHCARE CORPORATION'S CLAIM CONSTRUCTION BRIEF

VOLUME 1 – TABS 1-20

OF COUNSEL:

James G. Gilliland, Jr.
Susan M. Spaeth
Anne M. Rogaski
TOWNSEND and TOWNSEND and CREW LLP
379 Lytton Avenue
Palo Alto, CA 94301
(650) 326-2400

Dated: October 27, 2006
Public Version: November 3, 2006

Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
E-mail: provner@potteranderson.com

*Attorneys for Defendant Baxter International Inc. and Defendant/Counterclaimant Baxter Healthcare Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC. and BAYER HEALTHCARE LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BAXTER INTERNATIONAL INC. and BAXTER HEALTHCARE CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 05-349-GMS <br><br> JURY TRIAL DEMANDED <br><br> PUBLIC VERSION |
| BAXTER HEALTHCARE CORPORATION, <br><br> Counterclaimant, <br><br> v. <br><br> TALECRIS BIOTHERAPEUTICS, INC. and BAYER HEALTHCARE LLC, <br><br> Counterdefendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

**DECLARATION OF ANNE M. ROGASKI IN SUPPORT OF DEFENDANT BAXTER INTERNATIONAL INC. AND DEFENDANT/COUNTERCLAIMANT BAXTER HEALTHCARE CORPORATION'S CLAIM CONSTRUCTION BRIEF**

I, Anne M. Rogaski, declare:

1. I am a partner at the law firm of Townsend and Townsend and Crew LLP and one of the counsel of record for Defendant Baxter International Inc. and Defendant/Counterclaimant Baxter Healthcare Corporation (collectively "Baxter"). I make this declaration of my personal knowledge.

2. Attached hereto as Exhibit 1 is a Glossary of Terms to assist the court in understanding the terms used in the technical background portion of Defendants' Opening Claim Construction Brief.

3. A true and correct copy of the patent-in-suit, U.S. Patent Number 6,686,191 (Alonso), is attached hereto as Exhibit 2.

4. A true and correct copy of Rousell and McCue "Antibody Purification from Plasma," in BLOOD SEPARATION AND PLASMA FRACTIONATION (Ed., J.R. Harris, 1991) is attached hereto as Exhibit 3.

5. A true and correct copy of U.S. Patent Number 5,256,771 (Tsay) is attached hereto as Exhibit 4.

6. A true and correct copy of a historical timeline from the New York Blood Center website, http://live.nybloodcenter.org/files/Media/32/mediumFilename/NYBC_Decades.pdf., is attached hereto as Exhibit 5.

7. A true and correct copy of U.S. Patent Number 4,540,573 (Neurath) is attached hereto as Exhibit 6.

8. REDACTED

9. A true and correct copy of Horowitz *et al.*, "Inactivation of viruses in labile blood derivatives," *Transfusion* 25(6):516-522 (1985) is attached hereto as Exhibit 8.

10. A true and correct copy of Mitra *et al.*, "Elimination of infectious retroviruses during preparation of immunoglobulins," *Transfusion*, 26(4):394-397 (1986) is attached hereto as Exhibit 9.

11. A true and correct copy of Louie *et al.*, "Inactivation of Hepatitis C Virus in Low pH Intravenous Immunoglobulin," *Biologicals* 22:13-19 (1994) is attached hereto as Exhibit 10.

12. A true and correct copy of U.S. Patent Number 4,762,714 (Mitra) is attached hereto as Exhibit 11.

13. A true and correct copy of Barandun *et al.*, "Intravenous Administration of Human γ-Globulin," *Vox Sang.* 7:157-174 (1962) is attached hereto as Exhibit 12.

14. A true and correct copy of Prince *et al.*, "Failure of a human immunodeficiency virus (HIV) immune globulin to protect chimpanzees against experimental challenge with HIV," *Proc. Nat'l. Acad. Sci. USA* 85:6944-6948 (Sept. 1988) is attached hereto as Exhibit 13.

15. A true and correct copy of Ng *et al.*, "Process-Scale Purification of Immunoglobulin M Concentrate," *Vox Sang.* 65:81-86 (1993) is attached hereto as Exhibit 14.

16. A true and correct copy of Eriksson *et al.*, "Virus validation of plasma-derived products produced by Pharmacia, with particular reference to immunoglobulins," *Blood Coagulation and Fibrinolysis* 5(3):S37-S44 is attached hereto as Exhibit 15.

17. A true and correct copy of EP 0 525 502 A1 (Gehringer) is attached hereto as Exhibit 16.

18. A true and correct copy of an Octagam product brochure, dated Feburary 1995, is attached hereto as Exhibit 17.

19. A true and correct copy of U.S. Patent Number 5,410,025 (Möller) is attached hereto as Exhibit 18.

20. A true and correct copy of Miekka and Gozze, "Anticomplementary Activity of Human Immunoglobulin G," *Vox Sang.* 29:101-123 (1975) is attached hereto as Exhibit 19.

3

21. A true and correct copy of Chapter 14 in Janis Kuby, IMMUNOLOGY (W.H. Freeman and Company, 1997) is attached hereto as Exhibit 20.

22. A true and correct copy of Chapter 4 in Kabat and Mayer, EXPERIMENTAL IMMUNOCHEMISTRY (Charles Thomas, 1971) is attached hereto as Exhibit 21.

23. A true and correct copy of Törnä et al., "Microtiter plate assay for measuring the anticomplementary activity of immunoglobulins," *J. of Immunological Methods* 164:101-107 (1993) is attached hereto as Exhibit 22.

24. A true and correct copy of Rousell et al., "Anitcomplementary Activity and the Safety of Intravenous Immunoglobulin," *Clin. Therapeutics* 11(1):143-150 (1989) is attached hereto as Exhibit 23.



25. REDACTED

26. REDACTED

27. A true and correct copy of the patent application submitted by Bayer AG to the European Patent Office (BXTR067923-BXTR067945) is attached hereto as Exhibit 26.

28. A true and correct copy of an amended set of claims submitted by Bayer AG to the European Patent Office on February 21, 2002 (BXTR067992-BXTR067994) is attached hereto as Exhibit 27.

29. REDACTED

4



30.

31.

32.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 24th day of October, 2006 at Palo Alto, California.

_____
Anne M. Rogaski

60899410 v1

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on November 3, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Jeffrey B. Bove, Esq.
Mary W. Bourke, Esq.
Mark E. Freeman, Esq.
Jaclyn Mason, Esq.
Donna Hallowell
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE  19899-2207
jbove@cblh.com, mbourke@cblh.com
mfreeman@cblh.com, jmason@cblh.com
dhallowell@cblh.com

I hereby certify that on November 3, 2006 I have sent by E-mail and Federal Express the foregoing documents to the following non-registered participants:

Bradford J. Badke, Esq.
Gabrielle Ciuffreda, Esq.
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY  10020-1105
bradford.badke@ropesgray.com
gabrielle.ciuffreda@ropesgray.com

/s/ Philip A. Rovner
Philip A. Rovner  (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com