IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC. and BAYER HEALTHCARE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BAXTER INTERNATIONAL INC. and BAXTER HEALTHCARE CORPORATION,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>) C. A. No. 05-349-GMS<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| BAXTER HEALTHCARE CORPORATION,<br><br>Counterclaimant,<br><br>v.<br><br>TALECRIS BIOTHERAPEUTICS, INC. and BAYER HEALTHCARE LLC,<br><br>Counterdefendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on November 8, 2006, true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

BAXTER INTERNATIONAL INC. AND BAXTER HEALTHCARE CORPORATION'S SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES (NOS. 1-5)

BAXTER INTERNATIONAL INC. AND BAXTER HEALTHCARE CORPORATION'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES (NOS. 9-13)

2

| **BY HAND DELIVERY & E-MAIL** | **BY FEDERAL EXPRESS & E-MAIL** |
|---|---|
| Jeffrey B. Bove, Esq. | Bradford J. Badke, Esq. |
| Mary W. Bourke, Esq. | Gabrielle Ciuffreda, Esq. |
| Mark E. Freeman, Esq. | Ropes & Gray LLP |
| Jaclyn M. Mason, Esq. | 1251 Avenue of the Americas |
| Donna Hallowell | New York, NY  10020-1105 |
| Connolly Bove Lodge & Hutz LLP | bradford.badke@ropesgray.com |
| 1007 N. Orange Street | gabrielle.ciuffreda@ropesgray.com |
| P.O. Box 2207 | |
| Wilmington, DE  19899-2207 | |
| jbove@cblh.com | |
| mbourke@cblh.com | |
| mfreeman@cblh.com | |
| jmason@cblh.com | |
| dhallowell@cblh.conm | |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

James G. Gilliland, Jr.
Susan M. Spaeth
Anne M. Rogaski
TOWNSEND and TOWNSEND and CREW LLP
379 Lytton Avenue
Palo Alto, CA 94301
(650) 326-2400

Dated:  November 8, 2006
761033

By:  /s/ Philip A. Rovner
   Philip A. Rovner (#3215)
   Hercules Plaza
   P.O. Box 951
   Wilmington, DE  19899-0951
   (302) 984-6000
   E-mail: provner@potteranderson.com

*Attorneys for Defendant*
*Baxter International Inc. and*
*Defendant/Counterclaimant*
*Baxter Healthcare Corporation*

- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

      I, Philip A. Rovner, hereby certify that on November 8, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

    Jeffrey B. Bove, Esq.
    Mary W. Bourke, Esq.
    Mark E. Freeman, Esq.
    Jaclyn Mason, Esq.
    Donna Hallowell
    Connolly Bove Lodge & Hutz LLP
    1007 N. Orange Street
    P. O. Box 2207
    Wilmington, DE 19899-2207
    jbove@cblh.com, mbourke@cblh.com
    mfreeman@cblh.com, jmason@cblh.com
    dhallowell@cblh.com

      I hereby certify that on November 8, 2006 I have sent by E-mail and Federal Express the foregoing documents to the following non-registered participants:

    Bradford J. Badke, Esq.
    Gabrielle Ciuffreda, Esq.
    Ropes & Gray LLP
    1251 Avenue of the Americas
    New York, NY 10020-1105
    bradford.badke@ropesgray.com
    gabrielle.ciuffreda@ropesgray.com

                        /s/ Philip A. Rovner
                        Philip A. Rovner (#3215)
                        Potter Anderson & Corroon LLP
                        Hercules Plaza
                        P. O. Box 951
                        Wilmington, DE 19899
                        (302) 984-6000
                        provner@potteranderson.com