IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TALECRIS BIOTHERAPEUTICS, INC.,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**BAXTER INTERNATIONAL INC., and**<br>**BAXTER HEALTHCARE CORPORATION,**<br><br>    **Defendants.**<br><br>**BAXTER HEALTHCARE CORPORATION**<br><br>    **Counterclaimant,**<br><br>    v.<br><br>**TALECRIS BIOTHERAPEUTICS, INC., and**<br>**BAYER HEALTHCARE LLC.,**<br><br>    **Counterdefendants.** | C.A. No. 05-349-GMS<br><br>**Jury Trial Demanded** |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 9, 2006 true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

1) **TALECRIS BIOTHERAPEUTICS, INC. AND BAYER HEALTHCARE LLC'S SUPPLEMENTAL RESPONSES TO DEFENDANTS' FIRST REQUEST FOR ADMISSIONS (NOS. 14, 34, 121, 123);**

2) **PLAINTIFFS' SECOND SUPPLEMENTAL RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORY NOS. 5-10; and**

3) **PLAINTIFFS' SUPPLEMENTAL RESPONSES TO DEFENDANTS' SECOND SET OF INTERROGATORIES (NOS. 12-21; 36-40; 44).**

499010

| **Via Hand Delivery and E-Mail**      | **Via E-Mail**                         |
| Philip A. Rovner, Esquire             | Susan Spaeth, Esquire                  |
| Potter Anderson & Corroon LLP         | Townsend and Townsend and Crew LLP     |
| Hercules Plaza                        | 379 Lytton Avenue                      |
| P. O. Box 951                         | Palo Alto, CA 94301-1431               |
| Wilmington, DE 19899                  | (415) 576-0200                         |
| (302) 984-6140                        | smspaeth@townsend.com                  |
| provner@potteranderson.com            |                                        |

Date: November 9, 2006

                                By:  */s/ Jeffrey B. Bove*
                                  Jeffrey B. Bove (#998)
                                  CONNOLLY BOVE LODGE & HUTZ LLP
                                  The Nemours Building
                                  1007 North Orange Street
                                  Wilmington, DE 19801
                                  Telephone: (302) 658-9141
                                  jbove@cblh.com

## CERTIFICATE OF SERVICE

I, hereby certify on this 9th day of November, 2006 I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6140<br>provner@potteranderson.com | Susan Spaeth, Esquire<br>Townsend and Townsend and Crew LLP<br>379 Lytton Avenue<br>Palo Alto, CA 94301-1431<br>(415) 576-0200<br>smspaeth@townsend.com |

                                                                                /s/ Jeffrey B. Bove
                                                          **Jeffrey B. Bove (#998)**
                                                          **Mary W. Bourke (#2356)**
                                                          **Mark E. Freeman (#4257)**
                                                          **Jaclyn M. Mason (#4737)**
                                                          CONNOLLY BOVE LODGE & HUTZ LLP
                                                          The Nemours Building
                                                          1007 North Orange Street
                                                          Wilmington, DE 19801
                                                          Telephone: (302) 658-9141
                                                          jbove@cblh.com

Bradford J. Badke
Gabrielle Ciuffreda
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020-1105
(212) 596-9000
*Attorneys for Bayer*
*Healthcare LLC*


*Attorneys for Talecris Biotherapeutics, Inc.*
*and Bayer Healthcare LLC*

499010                                  3