IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC. and<br>BAYER HEALTHCARE LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>BAXTER INTERNATIONAL INC. and<br>BAXTER HEALTHCARE CORPORATION,<br><br>        Defendants.<br>_____<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>        Counterclaimant,<br><br>        v.<br><br>TALECRIS BIOTHERAPEUTICS, INC. and<br>BAYER HEALTHCARE LLC,<br><br>        Counterdefendants. | )<br>)<br>)<br>)<br>)<br>)   C. A. No. 05-349-GMS<br>)<br>)<br>)   JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by and between the undersigned counsel, subject to the approval of the Court, that the time within which Defendant Baxter International Inc. and Defendant/Counterclaimant Baxter Healthcare Corporation ("Baxter") shall file its reply brief in support of its Motion for Leave to File Amended Answer and Counterclaim (D.I. 165) is extended through and including Monday, November 27, 2006. Because the current due date, Friday, November 24, 2006, falls on the day after the Thanksgiving Holiday, counsel for Baxter seeks one (1) additional day to serve and file its reply brief.

| CONNOLLY BOVE LODGE & HUTZ LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Jeffrey B. Bove<br>Jeffrey B. Bove (#998)<br>Mary W. Bourke (#2356)<br>Mark E. Freeman (#4257)<br>Jaclyn M. Mason (#4737)<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE  19801<br>(302) 658-9141<br>jbove@cblh.com<br>mbourke@cblh.com<br>mfreeman@cblh.com<br>jmason@cblh.com | By: /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, Delaware 19801<br>(302) 984-6000<br>provner@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Baxter International Inc. and*<br>*Defendant/Counterclaimant*<br>*Baxter Healthcare Corporation* |

*Attorneys for Plaintiff and*
*Counterdefendants*

**SO ORDERED** this _____ day of _____, 2006.

_____
United States District Court Judge