# EXHIBIT B
# FULLY REDACTED