# EXHIBIT C
# FULLY REDACTED