**THIS DOCUMENT WAS FILED UNDER SEAL**

Case 1:05-cv-00349-GMS    Document 184    Filed 12/04/2006    Page 1 of 1