# EXHIBIT 2

TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

San Francisco, California
Tel 415 576-0200

Walnut Creek, California
Tel 925 472-5000

San Diego, California
Tel 858 350-6100

Denver, Colorado
Tel 303 571-4000

Seattle, Washington
Tel 206 467-9600

**Palo Alto**

379 Lytton Avenue
Palo Alto
California 94301
Tel 650 326-2400
Fax 650 326-2422

psreenivasan@townsend.com

August 18, 2006

*VIA EMAIL AND FEDEX*

Jaclyn M. Mason
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19891-2207

   Re: *Talecris Biotherapeutics, Inc., et al. v. Baxter International Inc., et al.*
     U.S.D.C., Dist. of Delaware, Action No. 05-349-GMS
     <u>Our Reference No. 018652-004000</u>

Dear Jaclyn:

  Pursuant to Paragraph 12 of the Protective Order, we hereby return two CDs containing the following ranges of documents that Talecris alleges were inadvertently produced: TAL 040302-040315; TAL 040318-040344; TAL 040379-040385 and TAL 040101-040107. The first CD is labeled TAL 004 with the date June 16, 2006. The second CD is labeled TAL 004 with the date July 24, 2006. We will also destroy any extra copies, summaries of, and notes relating to these documents. By returning these documents, Baxter does not admit that these documents are privileged and does not waive its right to seek permission from the court to use these documents at a later date. Additionally, pursuant to Judge Sleet's statements at the August 17, 2006 hearing, Talecris should not destroy these documents.

     Very truly yours,

     *Priya Sreenivasan*

     Priya Sreenivasan

PS:llt
Enclosures

cc: Philip A. Rovner, Potter Anderson & Corroon LLP (via email w/o enclosure)
   Jim Badke, Ropes & Gray LLP (via email w/o enclosure)
60832315 v1