# EXHIBIT 3



**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles CA 90071
TEL (213) 787 2500
FAX (213) 687 0498

WEB www.cblh.com

Jaclyn Mason
Associate

TEL (302) 888-6433
FAX (302) 255-4275
EMAIL jmason@cblh.com
REPLY TO Wilmington Office

August 30, 2006

**VIA EMAIL**
Priya Sreenivasan, Esquire
Townsend and Townsend and Crew LLP
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111

Re:   *Talecris Biotherapeutics, et al. v. Baxter Int'l, Inc., et al.*
      Civil Action No. 05-349-GMS (D. Del.)

Dear Priya:

Further to your August 18, 2006 letter, please confirm that any extra copies, summaries of, and notes relating to TAL40302-40315; TAL40318-40344; TAL40379-40385 and TAL 40101-40107 have been destroyed, and provide the date of such destruction, as ordered by the Court on August 17, 2006.

Sincerely,

Jaclyn M. Mason

cc:   Philip Rovner, Esquire (via email)
      Jim Badke, Esquire (via email)
      485088