# EXHIBIT 4

**TOWNSEND
and
TOWNSEND
and
CREW**
LLP

Palo Alto, California
Tel 650 326-2400

Walnut Creek, California
Tel 925 472-5000

San Diego, California
Tel 858 350-6100

Denver, Colorado
Tel 303 571-4000

Seattle, Washington
Tel 206 467-9600

San Francisco

Two Embarcadero Center
Eighth Floor
San Francisco
California 94111
Tel 415 576-0200
Fax 415 576-0300

psreenivasan@townsend.com

August 31, 2006

*VIA EMAIL*

Jeffrey B. Bove
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19891-2207

Re: *Talecris Biotherapeutics, Inc., et al. v. Baxter International Inc., et al.*
U.S.D.C., Dist. of Delaware, Action No. 05-349-GMS
Our Reference No. 018652-004000

Dear Jaclyn,

As my August 18, 2006 letter promised, we have destroyed extra copies, summaries of, and notes relating to the following ranges of documents that Talecris alleges were inadvertently produced: TAL 040302-040315; TAL 040318-040344; TAL 040379-040385; TAL 040101-040107. We destroyed these documents on or about August 18, 2006. As my August 18, 2006 letter also stated, Baxter does not admit that these documents are privileged and does not waive its right to seek permission from the Court to use these documents at a later date.

Very truly yours,

Priya Sreenivasan

PS/AMR:lt

cc: Philip A. Rovner, Potter Anderson & Corroon LLP (via e-mail)
Jim Badke, Ropes & Gray LLP (via e-mail)

60837442 v1