# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

TALECRIS BIOTHERAPEUTICS, INC.,          :
                                          :
          Plaintiff,                      :
                                          :
     v.                                   :     Civil Action No. 05-349-GMS
                                          :
BAXTER INTERNATIONAL INC., and            :
BAXTER HEALTHCARE CORPORATION,            :
                                          :
          Defendant.                      :
                                          :
BAXTER HEALTHCARE CORPORATION,            :
                                          :
          Counterclaimant,                :
                                          :
     v.                                   :
                                          :
TALECRIS BIOTHERAPEUTICS, INC.            :
and BAYER HEALTHCARE LLC,                 :
                                          :
          Counterdefendants.              :

## <u>ORDER</u>

At Wilmington this **6th** day of **December, 2006,**

IT IS ORDERED that a teleconference has been scheduled to be held on

**Wednesday, February 14, 2007 at 11:30 a.m** with Judge Thynge to discuss the status of

the case and the tentative mediation date.  **Plaintiff's counsel shall initiate the**

**teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE