IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BAXTER INTERNATIONAL INC., and BAXTER HEALTHCARE CORPORATION, <br><br> Defendants. <br><br> BAXTER HEALTHCARE CORPORATION <br><br> Counterclaimant, <br><br> v. <br><br> TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC, <br><br> Counterclaim Defendants. | C.A. No. 05-349-GMS <br><br> **Jury Trial Demanded** <br><br><br><br><br> REDACTED VERSION DI 184 |

## PLAINTIFFS' MOTION TO STRIKE PORTIONS OF DEFENDANTS' REPLY BRIEF AND FOR SANCTIONS OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE A SURREPLY

Bradford J. Badke, Esquire
Gabrielle Ciuffreda, Esquire
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020-1105

*Of Counsel for Counterclaim Defendant
Bayer Healthcare LLC*

Dated: December 4, 2006

Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
Mark E. Freeman (#4257)
Jaclyn M. Mason (#4737)
Christopher E. Jeffers (*pro hac vice*)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for the Plaintiffs and
Counterclaim Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 05-349-GMS |
| BAXTER INTERNATIONAL INC., and BAXTER HEALTHCARE CORPORATION, | ) ) ) ) | **Jury Trial Demanded** |
| Defendants. | ) ) ) | |
| BAXTER HEALTHCARE CORPORATION | ) ) | **REDACTED VERSION DI 184** |
| Counterclaimant, | ) ) ) | |
| v. | ) ) | |
| TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC, | ) ) ) ) | |
| Counterclaim Defendants. | ) ) | |

**PLAINTIFFS' MOTION TO STRIKE PORTIONS OF DEFENDANTS' REPLY BRIEF AND FOR SANCTIONS OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE A SURREPLY**

Plaintiffs and Counterclaim Defendants Talecris Biotherapeutics, Inc. and Bayer Healthcare LLC (collectively, "Plaintiffs") submit this motion to strike portions of the reply brief (Docket Item ["D.I."] 182) filed by Defendants Baxter International Inc. and Baxter Healthcare Corporation (collectively, "Defendants") in support of their motion for leave to file an Amended Answer and Counterclaim, and for sanctions, or, in the alternative, for leave to file a surreply, pursuant to D. Del. LR. 7.1.3(b)(2), as set forth

fully in Plaintiffs' Opening Brief submitted concurrently herewith. The certification of counsel required by D. Del. LR. 7.1.1 is attached.

A copy of Plaintiffs' proposed Surreply is attached hereto as Exhibit A. A proposed form of Order and an alternate proposed form of Order are attached hereto as Exhibit B.

WHEREFORE, Plaintiffs respectfully request that the Court grant their motion and enter an Order in accord with those attached hereto as Exhibit B.

Respectfully submitted,

/s/ Jeffrey B. Bove

| | |
|---|---|
| Bradford J. Badke, Esquire | Jeffrey B. Bove (#998) |
| Gabrielle Ciuffreda, Esquire | Mary W. Bourke (#2356) |
| ROPES & GRAY LLP | Mark E. Freeman (#4257) |
| 1251 Avenue of the Americas | Jaclyn M. Mason (#4737) |
| New York, NY 10020-1105 | Christopher E. Jeffers (pro hac vice) |
| | CONNOLLY BOVE LODGE & HUTZ LLP |
| *Of Counsel for Counterclaim Defendant* | 1007 North Orange Street |
| *Bayer Healthcare LLC* | P.O. Box 2207 |
| | Wilmington, DE 19899-2207 |
| | (302) 658-9141 |
| Redacted Version: December 11, 2006 | |
| Dated: December 4, 2006 | *Attorneys for the Plaintiffs and Counterclaim Defendants* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., and<br>BAYER HEALTHCARE LLC, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | C.A. No. 05-349-GMS |
| BAXTER INTERNATIONAL INC., and<br>BAXTER HEALTHCARE CORPORATION, | )<br>)<br>) | **Jury Trial Demanded** |
| Defendants. | )<br>)<br>) | |
| BAXTER HEALTHCARE CORPORATION | )<br>) | REDACTED VERSION |
| Counterclaimant, | )<br>) | |
| v. | )<br>) | |
| TALECRIS BIOTHERAPEUTICS, INC., and<br>BAYER HEALTHCARE LLC, | )<br>)<br>) | |
| Counterclaim Defendants. | )<br>) | |

**CERTIFICATION OF COUNSEL UNDER LOCAL RULE 7.1.1**

On December 4, 2006, counsel for Plaintiffs contacted counsel for Defendants and asked if they would oppose this Motion. Defendants' counsel would not consent, and indicated that they would oppose the Motion.

/s/ *Jaclyn M. Mason*
Jaclyn M. Mason (#4737)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for the Plaintiffs and*
*Counterclaim Defendants*

## CERTIFICATE OF SERVICE

I, Jeffrey B. Bove, hereby certify that on December 11, 2006, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Philip A. Rovner, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
provner@potteranderson.com

**BY FEDEX AND E-MAIL**

Susan M. Spaeth, Esquire
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA 94301
smspaeth@townsend.com

/s/ *Jeffrey B. Bove*
Jeffrey B. Bove (#998)
Connolly Bove Lodge and Hutz LLP
1007 N. Orange Street
Wilmington, DE 19899
(302) 658-9141
jbove@cblh.com