# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-349-GMS |
| BAXTER INTERNATIONAL INC., and BAXTER HEALTHCARE CORPORATION, | ) ) ) | <u>Jury Trial Demanded</u> |
| Defendants. | ) ) ) | |
| BAXTER HEALTHCARE CORPORATION | ) ) | |
| Counterclaimant, | ) ) | |
| v. | ) ) | |
| TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC, | ) ) ) | |
| Counterclaim Defendants. | ) ) | |

[PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion to Strike Portions of Defendants' Reply Brief and for sanctions, or, in the alternative, for Leave to File a Surreply, it is hereby ORDERED that Plaintiffs' Motion to Strike is GRANTED. Section II (pages 1-3) and Section III of Defendants' Reply Brief (D.I. 182) are hereby STRICKEN from the record. It is further ORDERED that Defendants' Motion for Leave (D.I. 165) is DENIED. Plaintiffs' Motion for Leave to File a Surreply is denied as MOOT.

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BAXTER INTERNATIONAL INC., and BAXTER HEALTHCARE CORPORATION,<br><br>Defendants.<br><br>BAXTER HEALTHCARE CORPORATION<br><br>Counterclaimant,<br><br>v.<br><br>TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC,<br><br>Counterclaim Defendants. | C.A. No. 05-349-GMS<br><br>**Jury Trial Demanded** |

**[ALTERNATIVE PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Strike Portions of Defendants' Reply Brief, or, in the alternative, for Leave to File a Surreply, it is hereby ORDERED that Plaintiffs' Motion for Leave to File a Surreply is GRANTED. Plaintiffs' Surreply is deemed filed and served as of the date of this Order. Plaintiffs' Motion to Strike is denied as MOOT.

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge