

**Potter
Anderson
& Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Philip A. Rovner
Partner
provner@potteranderson.com
302  984-6140  Direct Phone
302  658-1192  Fax

December 22, 2006

**BY E-FILE**

Dr. Peter T. Dalleo
Clerk
U.S. District Court for the District of Delaware
U.S. Courthouse
844 N. King Street
Wilmington, DE 19801

     Re: Talecris Biotherapeutics, Inc. v. Baxter International Inc. and Baxter
       <u>Healthcare Corporation, D. Del., C.A. No. 05-349-GMS</u>

Dear Dr. Dalleo:

   We represent Baxter International Inc. and Baxter Healthcare Corporation
("Baxter") in the above-referenced matter.  On November 1, 2006, in connection with its motion
for leave to file amended answer and counterclaim (D.I. 165), Baxter submitted the Declaration
of Brian T. Clarke (the "Clarke Declaration") (D.I. 167).  It recently came to our attention that
two exhibits, referenced in paragraphs 12 and 13 of the Clarke Declaration, were misidentified.
As a result, we have filed and served a corrected version of the Clarke Declaration and included
therein corrected copies of Exhibits 9 and 10 (identified in paragraphs 12 and 13 of the Clarke
Declaration).  The two changes are listed below:

    Paragraph 12 is revised to read:

    12. A true and correct copy of TAL018558 is attached hereto as Exhibit 9.

    Paragraph 13 is revised to read:

    13. A true and correct copy of TAL018537-TAL018564 is attached hereto as
Exhibit 10.

Dr. Peter T. Dalleo
December 22, 2006
Page 2

Respectfully,

/s/ Philip A. Rovner

Philip A. Rovner
provner@potteranderson.com

PAR/mes/769223
Enc.
cc:  Jeffrey B. Bove (by E-mail and hand delivery)
     Bradford J. Badke (by E-mail and Federal Express)