IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 05-349-GMS |
| BAXTER INTERNATIONAL INC., and BAXTER HEALTHCARE CORPORATION, | ) ) ) ) | <u>Jury Trial Demanded</u> |
| Defendants. | ) ) ) | |
| BAXTER HEALTHCARE CORPORATION, | ) ) | REDACTED VERSION DI 194 |
| Counterclaimant, | ) ) ) | |
| v. | ) ) | |
| TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC, | ) ) ) ) | |
| Counterdefendants. | ) ) | |

<u>PLAINTIFFS' REPLY BRIEF IN SUPPORT OF THEIR MOTION TO STRIKE AND FOR SANCTIONS, OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE A SURREPLY</u>

Bradford J. Badke
Gabrielle Ciuffreda
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020-1105
(212) 596-9000
*Attorneys for Bayer Healthcare LLC*

Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
Mark E. Freeman (#4257)
Jaclyn M. Mason (#4737)
Christopher E. Jeffers (*pro hac vice*)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141
*Attorneys for Talecris Biotherapeutics, Inc. and Bayer Healthcare LLC*

The essential arguments raised by Baxter in its Opposition Brief (D.I. 193) confirm that Plaintiffs' motion to strike and for sanctions (D.I. 184) should be granted and Baxter's motion for leave to amend (D.I. 165) should be denied.

### REDACTED

However, in the transcript attached to Baxter's brief, it told this Court the exact opposite, viz: that it already had the test data and that it knew at least as early as August 17, 2006, where that data was located. (*Id.*, Ex. 1 at 8.) These statements prove that Baxter's position is inconsistent, and that its delay argument is but a slim excuse for its untimely motion for leave to amend – if Baxter had the data in August why did it need more time to discover the data as it argues in its motion?

### REDACTED

; and (2) Baxter's argument using the document in support of its motion for leave to amend is itself destroyed by the fact that it already possessed all of the data and knew the location thereof as of the August 17, 2006 hearing. Thus, Baxter's motion should be denied on both grounds.

Finally, Baxter concedes that it did not address the "good cause" standard in its opening brief, waiting until its reply brief. This violates the Local Rules of this Court. And because "good cause" is a threshold requirement to avoid deadlines in a Scheduling Order, Baxter admittedly failed to satisfy the requisites for its belated motion for leave to amend.

In conclusion, Plaintiffs' motion to strike and for sanctions should be granted and Baxter's motion for leave to amend should be denied.

512309

Redacted Version: December 27, 2006

Date: December 20, 2006                    Respectfully submitted,


/s/ Jeffrey B. Bove
Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
Mark E. Freeman (#4257)
Jaclyn M. Mason (#4737)
Christopher E. Jeffers (pro hac vice)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
Wilmington, DE  19801
(302) 658-9141
*Attorneys for Talecris Biotherapeutics, Inc.
and Bayer Healthcare LLC*

Bradford J. Badke
Gabrielle Ciuffreda
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020-1105
(212) 596-9000
*Attorneys for Bayer Healthcare LLC*

## CERTIFICATE OF SERVICE

I, Jeffrey B. Bove, hereby certify on this 27th day of December, 2006 I electronically filed the foregoing **Plaintiffs' Reply Brief in Support of Their Motion to Strike and for Sanctions, or, in the Alternative, for Leave to File a Surreply**, with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6140<br>provner@potteranderson.com | Susan Spaeth, Esquire<br>Townsend and Townsend and Crew LLP<br>379 Lytton Avenue<br>Palo Alto, CA 94301-1431<br>(415) 576-0200<br>smspaeth@townsend.com |

I also hereby certify that a true copy of the foregoing document was served upon the following in the manner indicated on December 27, 2006.

| **Via Hand Delivery and E-Mail** | **Via Federal Express and E-Mail** |
|---|---|
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6140<br>provner@potteranderson.com | Susan Spaeth, Esquire<br>Townsend and Townsend and Crew LLP<br>379 Lytton Avenue<br>Palo Alto, CA 94301-1431<br>(415) 576-0200<br>smspaeth@townsend.com |

                                                    /s/ Jeffrey B. Bove
                                                    Jeffrey B. Bove (#998)
                                                    jbove@cblh.com

512309