IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC. and BAYER HEALTHCARE LLC, | ) ) ) |
| Plaintiffs, | ) ) C. A. No. 05-349-GMS |
| v. | ) ) JURY TRIAL DEMANDED |
| BAXTER INTERNATIONAL INC. and BAXTER HEALTHCARE CORPORATION, | ) ) ) |
| Defendants. | ) ) ) |
| BAXTER HEALTHCARE CORPORATION, | ) ) |
| Counterclaimant, | ) ) |
| v. | ) ) |
| TALECRIS BIOTHERAPEUTICS, INC. and BAYER HEALTHCARE LLC, | ) ) ) |
| Counterdefendants. | ) |

## STIPULATION AND ORDER OF AUTHENTICITY OF DOCUMENTS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, that the documents produced by the parties in the above-captioned action are authentic pursuant to Federal Rule of Evidence 901, subject to the right of any party to introduce evidence to the contrary.

It is further stipulated and agreed that the following documents produced by third parties in the above-captioned action are authentic pursuant to Federal Rule of Evidence 901, subject to the right of any party to introduce evidence to the contrary: BAY0001 - BAY0152; NY000001 - NY012918; RR000001 - RR000110; RR000312 - RR000537 and TH000001 - TH000056.

All other objections to admissibility of these documents are expressly maintained.

Dated: December 29, 2006         CONNOLLY BOVE LODGE & HUTZ LLP

                                 By: /s/ Jeffrey B. Bove
                                     Jeffrey B. Bove (#998)
                                     Mary W. Bourke (# 2356)
                                     Mark E. Freeman (#4257)
                                     Jaclyn M. Mason (#4737)
                                     1007 N. Orange Street
                                     P.O. Box 2207
                                     Wilmington, DE  19899
                                     302-658-9141
                                     jbove@cblh.com

                                 *Attorneys for Plaintiff and Counterdefendants*

Dated: December 29, 2006         POTTER ANDERSON & CORROON LLP

                                 By: /s/ Philip A. Rovner
                                     Philip A. Rovner (#3215)
                                     Hercules Plaza
                                     P.O. Box 951
                                     Wilmington, DE 19801
                                     302-984-6000
                                     provner@potteranderson.com

                                 *Attorneys for Defendants and Counterclaimant*

SO ORDERED this _____ day of _____, 2006

                                 _____
                                 United States District Judge