IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TALECRIS BIOTHERAPEUTICS, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 05-349-GMS |
| **BAXTER INTERNATIONAL INC.,** and ) | |
| **BAXTER HEALTHCARE CORPORATION,** ) | **Jury Trial Demanded** |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| **BAXTER HEALTHCARE CORPORATION** ) | |
| ) | |
| Counterclaimant, ) | |
| ) | |
| v. ) | |
| ) | |
| **TALECRIS BIOTHERAPEUTICS, INC.,** and ) | |
| **BAYER HEALTHCARE LLC.,** ) | |
| ) | |
| Counterdefendants. ) | |
| ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 10, 2007 true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

1) **EXPERT REPORT OF CHRISTOPHER J. BOKHART;**

2) **EXPERT REPORT OF ERWIN W. GELFAND, M.D. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a);**

3) **EXPERT REPORT OF JEFFREY V. RAVETCH, M.D., Ph.D. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a);**

4) **EXPERT REPORT OF MICHAEL C. CARROLL, Ph.D. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a); and**

5) **DECLARATION OF CHRISTOPHER E. JEFFERS, Ph.D.**

514980

| **E-Mail & Via Hand Delivery** | **Via E-Mail & Federal Express** |
|---|---|
| Philip A. Rovner, Esquire | Susan Spaeth, Esquire |
| Potter Anderson & Corroon LLP | Townsend and Townsend and Crew LLP |
| Hercules Plaza | 379 Lytton Avenue |
| P. O. Box 951 | Palo Alto, CA 94301-1431 |
| Wilmington, DE 19899 | (415) 576-0200 |
| (302) 984-6140 | smspaeth@townsend.com |
| provner@potteranderson.com | |

Date: January 11, 2007

                                      By:  */s/ Jeffrey B. Bove*
                                          Jeffrey B. Bove (#998)
                                          CONNOLLY BOVE LODGE & HUTZ LLP
                                          The Nemours Building
                                          1007 North Orange Street
                                          Wilmington, DE 19801
                                          Telephone: (302) 658-9141
                                          jbove@cblh.com

## CERTIFICATE OF SERVICE

I, hereby certify on this 11th day of January, 2007 I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6140<br>provner@potteranderson.com | Susan Spaeth, Esquire<br>Townsend and Townsend and Crew LLP<br>379 Lytton Avenue<br>Palo Alto, CA 94301-1431<br>(415) 576-0200<br>smspaeth@townsend.com |
|---|---|

                                        /s/ Jeffrey B. Bove
                                        **Jeffrey B. Bove (#998)**
                                        **Mary W. Bourke (#2356)**
                                        **Mark E. Freeman (#4257)**
                                        **Jaclyn M. Mason (#4737)**
                                        CONNOLLY BOVE LODGE & HUTZ LLP
                                        The Nemours Building
                                        1007 North Orange Street
                                        Wilmington, DE 19801
                                        Telephone: (302) 658-9141
                                        jbove@cblh.com

Bradford J. Badke
Gabrielle Ciuffreda
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020-1105
(212) 596-9000
*Attorneys for Bayer*
*Healthcare LLC*

*Attorneys for Talecris Biotherapeutics, Inc.*
*and Bayer Healthcare LLC*

514980                                                3