IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-349-GMS |
| BAXTER INTERNATIONAL INC., and BAXTER HEALTHCARE CORPORATION, | ) ) ) | **Jury Trial Demanded** |
| Defendants. | ) ) ) | |
| BAXTER HEALTHCARE CORPORATION | ) ) | |
| Counterclaimant, | ) ) | |
| v. | ) ) | |
| TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC., | ) ) ) | |
| Counterdefendants. | ) ) | |

### NOTICE OF CHANGE OF ADDRESS

Please be advised of the relocation of the New York office of Ropes & Gray LLP and of Bradford J. Badke and Gabrielle Ciuffreda, who have been admitted *pro hac vice* in this case as counsel for plaintiff Bayer Healthcare LLC. Effective January 22, 2007, the new street address for Ropes & Gray LLP will be:

>Ropes & Gray LLP
>1211 Avenue of the Americas
>New York, NY 10036-8704

Current telephone and e-mail and mail contact information for Mr. Badke and Ms. Ciuffreda will not change.

Dated: January 23, 2007                                 Respectfully submitted,

                                                        By:  /s/ Jeffrey B. Bove
                                                            Jeffrey B. Bove (#998)
                                                            CONNOLLY BOVE LODGE & HUTZ
                                                            LLP The Nemours Building
                                                            1007 North Orange Street
                                                            Wilmington, DE  19801
                                                            Telephone: (302) 658-9141
                                                            jbove@cblh.com

Bradford J. Badke
Gabrielle Ciuffreda
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020-1105
(212) 596-9000
*Attorneys for Bayer*
*Healthcare LLC*

*Attorneys for Talecris Biotherapeutics, Inc.*
*and Bayer Healthcare LLC*