IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TALECRIS BIOTHERAPEUTICS, INC.,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **BAXTER INTERNATIONAL INC.,** and ) <br> **BAXTER HEALTHCARE CORPORATION,** ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> **BAXTER HEALTHCARE CORPORATION** ) <br> ) <br> Counterclaimant, ) <br> ) <br> v. ) <br> ) <br> **TALECRIS BIOTHERAPEUTICS, INC.,** and ) <br> **BAYER HEALTHCARE LLC.,** ) <br> ) <br> Counterdefendants. ) <br> ) | C.A. No. 05-349-GMS <br><br> **Jury Trial Demanded** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 31, 2007 true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

1) **REBUTTAL EXPERT REPORT OF CHRISTOPHER J. BOKHART;**

2) **EXPERT REPORT OF ERWIN W. GELFAND, M.D. IN REBUTTAL OF THE EXPERT REPORT OF THOMAS KINDT, PH.D. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a);**

3) **EXPERT REPORT OF JEFFREY V. RAVETCH, M.D., Ph.D. IN REBUTTAL OF THE EXPERT REPORT OF THOMAS KINDT, PH.D. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a); and**

4) **EXPERT REPORT OF PINYA COHEN, Ph.D. IN REBUTTAL OF THE EXPERT REPORT OF THOMAS KINDT, PH.D. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a).**

519375

| **E-Mail & Via Hand Delivery** | **Via E-Mail & Federal Express** |
|---|---|
| Philip A. Rovner, Esquire | Susan Spaeth, Esquire |
| Potter Anderson & Corroon LLP | Townsend and Townsend and Crew LLP |
| Hercules Plaza | 379 Lytton Avenue |
| P. O. Box 951 | Palo Alto, CA 94301-1431 |
| Wilmington, DE 19899 | (415) 576-0200 |
| (302) 984-6140 | smspaeth@townsend.com |
| provner@potteranderson.com | |

Date: February 1, 2007

By: __/s/ Jeffrey B. Bove_____
    Jeffrey B. Bove (#998)
    CONNOLLY BOVE LODGE & HUTZ LLP
    The Nemours Building
    1007 North Orange Street
    Wilmington, DE 19801
    Telephone: (302) 658-9141
    jbove@cblh.com

## CERTIFICATE OF SERVICE

I, hereby certify on this 1st day of February, 2007 I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, DE  19899<br>(302) 984-6140<br>provner@potteranderson.com | Susan Spaeth, Esquire<br>Townsend and Townsend and Crew LLP<br>379 Lytton Avenue<br>Palo Alto, CA 94301-1431<br>(415) 576-0200<br>smspaeth@townsend.com |

                                                                                             /s/ Jeffrey B. Bove

**Jeffrey B. Bove (#998)**
**Mary W. Bourke (#2356)**
**Mark E. Freeman (#4257)**
**Jaclyn M. Mason (#4737)**
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
Telephone: (302) 658-9141
jbove@cblh.com

Bradford J. Badke
Gabrielle Ciuffreda
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020-1105
(212) 596-9000
*Attorneys for Bayer*
*Healthcare LLC*

*Attorneys for Talecris Biotherapeutics, Inc.*
*and Bayer Healthcare LLC*