IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-349-GMS |
| BAXTER INTERNATIONAL INC., and BAXTER HEALTHCARE CORPORATION, | : | |
| Defendant. | : | |
| BAXTER HEALTHCARE CORPORATION, | : | |
| Counterclaimant, | : | |
| v. | : | |
| TALECRIS BIOTHERAPEUTICS, INC. and BAYER HEALTHCARE LLC, | : | |
| Counterdefendants. | : | |

## ORDER

At Wilmington this **1st** day of **February, 2007,**

IT IS ORDERED that the teleconference scheduled to be held on Wednesday, February 14, 2007 at 11:30 a.m with Judge Thynge to discuss the status of the case and the tentative mediation date has been rescheduled to **Wednesday, February 21, 2007 at 11:30 a.m. Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE