**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | C.A. No. 05-349-GMS |
| | ) | |
| **BAXTER INTERNATIONAL INC., and BAXTER HEALTHCARE CORPORATION,** | ) | <u>Jury Trial Demanded</u> |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| **BAXTER HEALTHCARE CORPORATION,** | ) | |
| | ) | |
| **Counterclaimant,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC,** | ) | |
| | ) | |
| **Counterdefendants.** | ) | |
| | ) | |

<u>**PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF R. BRUCE DEN UYL**</u>

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that beginning on February 27, 2007 at 9:30 a.m., at the law firm of Townsend & Townsend & Crew LLP, Two Embarcadero Center, Eighth Floor, San Francisco, CA 94111, counsel for Plaintiffs Talecris Biotherapeutics, Inc. and Bayer Healthcare LLC will take, pursuant to Federal Rules of Civil Procedure 26(b)(4)(A) and 30, the deposition upon oral examination of R. Bruce Den Uyl.

The deposition will be taken before an officer authorized to administer oaths and will continue from hour to hour and day to day until completed. You are invited to attend and cross-examine.

Please be advised that this deposition may be recorded by videotape in addition to stenographic recording, which will include the use of LiveNote real time transcription.

Seven days prior to the deposition date noticed herein, Defendants will provide to Plaintiffs a letter and/or produce documents as agreed by the parties in Section 3.F of the February 2, 2007 letter from Jeffrey B. Bove to Megan Chung.

Date: February 2, 2007

CONNOLLY BOVE LODGE & HUTZ LLP

_/s/ Jeffrey B. Bove_
Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
Mark E. Freeman (#4257)
Jaclyn M. Mason (#4737)
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
(302) 658-9141
*Attorneys for Talecris Biotherapeutics, Inc. and Bayer Healthcare LLC*

Bradford J. Badke
Gabrielle Ciuffreda
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020-1105
(212) 596-9000

*Attorneys for Bayer Healthcare LLC*

## CERTIFICATE OF SERVICE

I, hereby certify on this 2nd day of February, 2007 I electronically filed the foregoing **PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF R. BRUCE DEN UYL** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| **VIA EMAIL** | **VIA EMAIL** |
|---|---|
| Philip A. Rovner, Esquire | Susan Spaeth, Esquire |
| Potter Anderson & Corroon LLP | Townsend and Townsend and Crew LLP |
| Hercules Plaza | 379 Lytton Avenue |
| P. O. Box 951 | Palo Alto, CA 94301-1431 |
| Wilmington, DE 19899 | (415) 576-0200 |
| (302) 984-6140 | smspaeth@townsend.com |
| provner@potteranderson.com | |

　　　　　　　　　　　　__/s/ Jeffrey B. Bove_____
　　　　　　　　　　　　**Jeffrey B. Bove (#998)**
　　　　　　　　　　　　CONNOLLY BOVE LODGE & HUTZ LLP
　　　　　　　　　　　　The Nemours Building
　　　　　　　　　　　　1007 North Orange Street
　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　Telephone: (302) 658-9141
　　　　　　　　　　　　jbove@cblh.com

519521