IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC. and BAYER HEALTHCARE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BAXTER INTERNATIONAL INC. and BAXTER HEALTHCARE CORPORATION,<br><br>Defendants. | Civil Action No.: 05-349-GMS<br><br>Jury Trial Demanded |
| BAXTER HEALTHCARE CORPORATION,<br><br>Counterclaimant,<br><br>v.<br><br>TALECRIS BIOTHERAPEUTICS, INC. and BAYER HEALTHCARE LLC,<br><br>Counterdefendants. | |

### AMENDED NOTICE OF DEPOSITION OF JEFFREY V. RAVETCH, M.D., Ph.D.

PLEASE TAKE NOTICE that, pursuant to Rule 26(b)(4)(A) and Rule 30 of the Federal Rules of Civil Procedure, Defendant Baxter International Inc. and Defendant/Counterclaimant Baxter Healthcare Corporation (collectively "Baxter"), by and through their attorneys of record, will take the deposition of plaintiff-designated expert Jeffrey V. Ravetch, M.D., Ph.D. at the following date, time and location specified below:

| **Deponent** | **Date & Time** | **Location** |
|---|---|---|
| Jeffrey V. Ravetch, M.D., Ph.D. | March 3-4, 2007<br>9:30 a.m. | FOUR SEASONS HOTEL<br>2050 University Ave<br>East Palo Alto, CA 94303 |

2

The deposition will be taken at the above-referenced location on the date specified, or at such other place and time to which the parties may agree, and will continue day to day until completed. Pursuant to Rule 30(b)(2), the oral testimony will be taken before a person duly authorized to administer oaths and will be recorded by videographic and stenographic means, including the use of interactive real time transcription (*e.g.*, LiveNote).

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

James G. Gilliland, Jr.
Susan M. Spaeth
Anne M. Rogaski
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Avenue
Palo Alto, California 94301
(650) 326-2400

Dated: February 5, 2007

776273

By: /s/ Philip A. Rovner
  Philip A. Rovner (#3215)
  Hercules Plaza
  P.O. Box 951
  Wilmington, Delaware 19899-0951
  (302) 984-6000
  Email: provner@potteranderson.com

*Attorneys for Defendant
Baxter International Inc. and
Defendant/Counterclaimant
Baxter Healthcare Corporation*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on February 5, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

| **BY HAND DELIVERY AND E-MAIL** | **BY EMAIL** |
|---|---|
| Jeffrey B. Bove, Esq.<br>Mary W. Bourke, Esq.<br>Mark E. Freeman, Esq.<br>Jaclyn Mason, Esq.<br>Donna Hallowell<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>P. O. Box 2207<br>Wilmington, DE  19899-2207<br>jbove@cblh.com, mbourke@cblh.com<br>mfreeman@cblh.com, jmason@cblh.com<br>dhallowell@cblh.com; cjeffers@cblh.com;<br>dhammond@cblh.com; mlambert@cblh.com | Dana K. Hammond, Esq.<br>M. Curt Lambert, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>Wilmington, DE  19899<br>jhammond@cblh.com; mlambert@cblh.com<br><br>Christopher E. Jeffers, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>1990 M. Street, NW<br>Washington, DC 20036-3425<br>cjeffers@cblh.com |

I hereby certify that on February 5, 2007 I have sent by E-mail and Federal Express the foregoing document to the following non-registered participants:

>Bradford J. Badke, Esq.
>Gabrielle Ciuffreda, Esq.
>Ropes & Gray LLP
>1211 Avenue of the Americas
>New York, NY  10036-8704
>bradford.badke@ropesgray.com
>gabrielle.ciuffreda@ropesgray.com

>/s/ Philip A. Rovner
>Philip A. Rovner  (#3215)
>Potter Anderson & Corroon LLP
>Hercules Plaza
>P. O. Box 951
>Wilmington, DE 19899
>(302) 984-6000
>provner@potteranderson.com