1

1              IN THE UNITED STATES DISTRICT COURT

2              IN AND FOR THE DISTRICT OF DELAWARE

3                         - - -

4   TALECRIS BIOTHERAPEUTICS,      :    Civil Action
    INC.,                          :
5                                  :
             Plaintiff,            :
6                                  :
         v.                        :
7                                  :
    BAXTER INTERNATIONAL INC.      :
8   and BAXTER HEALTHCARE          :
    CORPORATION,                   :
9                                  :
             Defendants.           :    No. 05-349-GMS
10
                              - - -
11
    BAXTER HEALTHCARE              :
12  CORPORATION,                   :
                                   :
13           Counterclaimant,      :
                                   :
14       v.                        :
                                   :
15  TALECRIS BIOTHERAPEUTICS,      :
    INC. and BAYER HEALTHCARE      :
16  LLC,                           :
                                   :
17           Counterdefendants.    :

18                            - - -

19              Wilmington, Delaware
                Thursday, December, 2006
20                    10:00 a.m.

21                            - - -

22  BEFORE:  HONORABLE GREGORY M. SLEET, U.S.D.C.J.

23

24

25

1    (indicating).

2            The S/D process results in ISG preparations with
3    acceptable viral inactivation but with unacceptably high
4    levels of ACA.  That's from their brief.  And then, using a
5    final incubation step would surprisingly lower ACA to an
6    acceptable level suitable for IV administration.

7            We believe that the claims, the specification,
8    the file wrapper, as well as their own statements, make it
9    clear that Baxter's claim construction should be adopted by
10   the Court because it is proper.

11           The second term I would like to talk about is
12   acceptable level suitable for IV administration.

13           Acceptable doesn't sound like a very complicated
14   word.  But when you are talking about ACA, everything is
15   complicated, unfortunately.  It is very complex, because it
16   is not simply measuring the -- ACA is not like measuring the
17   length from the podium to the jury box.  Everything we think
18   about ACA is more complicated.  We understand from Your
19   Honor's order that you don't wish us to talk about our
20   general position on indefiniteness, so we will skip that.

21           THE COURT:  Not at this time.

22           MS. SPAETH:  We will go to our alternate
23   construction that we provided to the Court.

24           We believe that for acceptable levels suitable
25   for IV administration to be understood by a person of