IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-349-GMS |
| | : | |
| BAXTER INTERNATIONAL INC., and | : | |
| BAXTER HEALTHCARE CORPORATION, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| BAXTER HEALTHCARE CORPORATION, | : | |
| | : | |
| Counterclaimant, | : | |
| | : | |
| v. | : | |
| | : | |
| TALECRIS BIOTHERAPEUTICS, INC. | : | |
| and BAYER HEALTHCARE LLC, | : | |
| | : | |
| Counterdefendants. | : | |

## ORDER

At Wilmington this **21st** day of **February, 2007,**

IT IS ORDERED that a tentative teleconference has been scheduled for **Friday, April 20, 2007 at 11:00 a.m. Eastern Time** with Judge Thynge to discuss the mediation scheduled for Friday, May 11, 2007 at 9:00 a.m. Should counsel feel the teleconference is unnecessary, they may advise the Court and it will be canceled. **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE
