# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC. and BAYER HEALTHCARE LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 05-349-GMS ) |
| BAXTER INTERNATIONAL INC. and BAXTER HEALTHCARE CORPORATION, | ) Jury Trial Demanded ) ) |
| Defendants. | ) ) |
| BAXTER HEALTHCARE CORPORATION, | ) ) |
| Counterclaimant, | ) ) |
| v. | ) ) |
| TALECRIS BIOTHERAPEUTICS, INC. and BAYER HEALTHCARE LLC, | ) ) ) |
| Counterdefendants. | ) |

## ORDER

The Court having considered the Motion of Defendant Baxter International Inc. and Defendant/Counterclaimant Baxter Healthcare Corporation for summary judgment pursuant to Federal Rule of Civil Procedure 56, the Court's Order of February 22, 2007, the papers in support and opposition, and the arguments of counsel; now, therefore,

IT IS HEREBY ORDERED that Defendant Baxter International Inc.'s and Defendant/Counterclaimant Baxter Healthcare Corporation's motion for summary judgment is GRANTED.

_____
United States District Judge