IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 05-349-GMS |
| BAXTER INTERNATIONAL INC., and BAXTER HEALTHCARE CORPORATION, | ) ) ) ) | |
| Defendants. | ) ) | |
| BAXTER HEALTHCARE CORPORATION | ) ) | |
| Counterclaimant, | ) ) ) | |
| v. | ) ) | |
| TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC, | ) ) ) ) | |
| Counterclaim Defendants. | ) ) | |

### ENTRY OF APPEARANCE

Please enter the appearance of Dana K. Hammond on behalf of Plaintiffs Talecris Biotherapeutics, Inc. and Bayer Healthcare LLC.

_____
Dana K. Hammond (#4869)
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141

Dated: March 27, 2007

## CERTIFICATE OF SERVICE

I, hereby certify on this 27th day of March, 2007 I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| VIA EMAIL | VIA EMAIL |
|---|---|
| Philip A. Rovner, Esquire | Susan Spaeth, Esquire |
| Potter Anderson & Corroon LLP | Townsend and Townsend and Crew LLP |
| Hercules Plaza | 379 Lytton Avenue |
| P. O. Box 951 | Palo Alto, CA 94301-1431 |
| Wilmington, DE 19899 | (415) 576-0200 |
| (302) 984-6140 | smspaeth@townsend.com |
| provner@potteranderson.com | |

/s/ Dana K. Hammond
Dana K. Hammond (#4869)
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
dhammond@cblh.com

529487