# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC. and BAYER HEALTHCARE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BAXTER INTERNATIONAL INC. and BAXTER HEALTHCARE CORPORATION,<br><br>Defendants.<br><br>———————————————————<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>Counterclaimant,<br><br>v.<br><br>TALECRIS BIOTHERAPEUTICS, INC. and BAYER HEALTHCARE LLC,<br><br>Counterdefendants. | C. A. No. 05-349-GMS<br><br>JURY TRIAL DEMANDED<br><br>**PUBLIC VERSION** |

## SUPPLEMENTAL DECLARATION OF ANNE M. ROGASKI IN SUPPORT OF SUMMARY JUDGMENT MOTION FILED BY BAXTER INTERNATIONAL INC. AND BAXTER HEALTHCARE CORPORATION

OF COUNSEL:

James G. Gilliland, Jr.
Susan M. Spaeth
Anne M. Rogaski
TOWNSEND and TOWNSEND and CREW LLP
379 Lytton Avenue
Palo Alto, CA 94301
(650) 326-2400

Dated: April 12, 2007
Public Version: April 17, 2007

Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
E-mail: provner@potteranderson.com

*Attorneys for Defendant Baxter International Inc. and Defendant/Counterclaimant Baxter Healthcare Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC. and BAYER HEALTHCARE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BAXTER INTERNATIONAL INC. and BAXTER HEALTHCARE CORPORATION,<br><br>Defendants. | Civil Action No.: 05-349-GMS<br><br>Jury Trial Demanded<br><br><br>PUBLIC VERSION |
| BAXTER HEALTHCARE CORPORATION,<br><br>Counterclaimant,<br><br>v.<br><br>TALECRIS BIOTHERAPEUTICS, INC. and BAYER HEALTHCARE LLC,<br><br>Counterdefendants. | |

### SUPPLEMENTAL DECLARATION OF ANNE M. ROGASKI IN SUPPORT OF SUMMARY JUDGMENT MOTION FILED BY BAXTER INTERNATIONAL INC. AND BAXTER HEALTHCARE CORPORATION

I, Anne M. Rogaski, declare:

1. I am a partner at the law firm of Townsend and Townsend and Crew LLP and one of the counsel of record for Defendant Baxter International Inc. and Defendant/Counterclaimant Baxter Healthcare Corporation (collectively "Baxter"). I make this declaration of my personal knowledge.

2. True and correct copies of pages 127-130 of the highly confidential deposition transcript from the August 16, 2006 deposition of Joan D. Robertson are

1

attached hereto as Exhibit 19.

3.  A true and correct copy of the Summary of Manufacturing and Testing History for Immune Globulin Intravenous (Human), 10% Solvent/Detergent Treated (IGIV-SD) Lot Numbers 26N1RH1, 26N1NJ1, 26N2521, 26N16X1, 26N1721, 26N1RJ1 (TAL013919 - TAL013923) is attached hereto as Exhibit 20.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 12th day of April, 2007 at Palo Alto, California.

_____
Anne M. Rogaski

Public Version: April 17, 2007

# EXHIBIT 19

THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 20

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on April 17, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Jeffrey B. Bove, Esq.
Mary W. Bourke, Esq.
Mark E. Freeman, Esq.
Jaclyn Mason, Esq.
Donna Hallowell
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
jbove@cblh.com, mbourke@cblh.com
mfreeman@cblh.com, jmason@cblh.com
dhallowell@cblh.com; cjeffers@cblh.com;
dhammond@cblh.com; mlambert@cblh.com

**BY EMAIL**

Dana K. Hammond, Esq.
M. Curt Lambert, Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19899
jhammond@cblh.com; mlambert@cblh.com

Christopher E. Jeffers, Esq.
Connolly Bove Lodge & Hutz LLP
1990 M. Street, NW
Washington, DC 20036-3425
cjeffers@cblh.com

I hereby certify that on April 17, 2007 I have sent by E-mail and Federal Express the foregoing document to the following non-registered participants:

        Bradford J. Badke, Esq.
        Gabrielle Ciuffreda, Esq.
        Ropes & Gray LLP
        1211 Avenue of the Americas
        New York, NY 10036-8704
        bradford.badke@ropesgray.com
        gabrielle.ciuffreda@ropesgray.com

        /s/ Philip A. Rovner
        Philip A. Rovner (#3215)
        Potter Anderson & Corroon LLP
        Hercules Plaza
        P. O. Box 951
        Wilmington, DE 19899
        (302) 984-6000
        provner@potteranderson.com