# EXHIBITS 1-13

# FULLY REDACTED