IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., AND BAYER HEALTHCARE LLC, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BAXTER INTERNATIONAL INC., AND BAXTER HEALTHCARE CORPORATION, )<br>)<br>Defendants. )<br>) | C.A. NO. 05-349-GMS<br><br>**<u>Jury Trial Demanded</u>** |
| BAXTER HEALTHCARE CORPORATION, )<br>)<br>Counterclaimant, )<br>)<br>v. )<br>)<br>TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC, )<br>)<br>Counterdefendants. )<br>) | |

**[PROPOSED] ORDER**

AND NOW, this ____ day of _____, 2007, upon consideration of Baxter's Motion *in Limine* No. 1 to Prohibit Any Evidence or Argument Regarding Opinion of Counsel, and Plaintiffs' Opposition thereto, it is hereby ORDERED that Baxter's Motion *in Limine* No. 1 is DENIED.

IT IS SO ORDERED.

_____
Gregory M. Sleet, United States District Judge