IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TALECRIS BIOTHERAPEUTICS, INC., AND BAYER HEALTHCARE LLC,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | C.A. NO. 05-349-GMS |
| **BAXTER INTERNATIONAL INC., AND BAXTER HEALTHCARE CORPORATION,** | ) ) ) | **Jury Trial Demanded** |
| **Defendants.** | ) ) ) | |
| **BAXTER HEALTHCARE CORPORATION,** | ) ) | |
| **Counterclaimant,** | ) ) | |
| v. | ) ) | |
| **TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC,** | ) ) ) | |
| **Counterdefendants.** | ) ) | |

**[PROPOSED] ORDER**

AND NOW, this ____ day of _____, 2007, upon consideration of Baxter's Motion *in Limine* No. 2 to Prohibit Any Evidence or Argument Referring to Baxter's Prior Arguments on Claim Construction and Summary Judgment, and Plaintiffs' Opposition thereto, it is hereby ORDERED that Baxter's Motion *in Limine* No. 2 is DENIED as MOOT.

IT IS SO ORDERED.

_____
Gregory M. Sleet, United States District Judge