**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | **C.A. No. 05-349-GMS** |
| **BAXTER INTERNATIONAL INC., and BAXTER HEALTHCARE CORPORATION,** | ) ) ) | <u>**Jury Trial Demanded**</u> |
| **Defendants.** | ) ) | |
| **BAXTER HEALTHCARE CORPORATION,** | ) ) | |
| **Counterclaimant,** | ) ) | |
| v. | ) ) | |
| **TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC,** | ) ) ) | |
| **Counterdefendants.** | ) ) | |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2007, upon consideration of Baxter's Motion *in Limine* No. 3 to Bar Dr. Ravetch From Testifying Regarding Infringement Under the Doctrine of Equivalents, and Plaintiffs' Opposition Thereto, it is hereby ORDERED that said Motion is DENIED.


IT IS SO ORDERED.


_____

Gregory M. Sleet, United States District Judge