## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., AND BAYER HEALTHCARE LLC, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. NO. 05-349-GMS<br>) |
| BAXTER INTERNATIONAL INC., AND BAXTER HEALTHCARE CORPORATION, | ) **Jury Trial Demanded**<br>)<br>) |
| Defendants. | )<br>) |
| BAXTER HEALTHCARE CORPORATION, | )<br>) |
| Counterclaimant, | )<br>) |
| v. | )<br>) |
| TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC, | )<br>)<br>) |
| Counterdefendants. | )<br>) |

## [PROPOSED] ORDER

AND NOW, this ____ day of _____, 2007, upon consideration of Baxter's Motion *in Limine* No. 4 to Prohibit Any Evidence or Argument Regarding Alleged Commercial Success, and Plaintiffs' Opposition thereto, it is hereby ORDERED that Baxter's Motion *in Limine* No. 4 is DENIED.

IT IS SO ORDERED.

_____
Gregory M. Sleet, United States District Judge