IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., AND BAYER HEALTHCARE LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. NO. 05-349-GMS ) |
| BAXTER INTERNATIONAL INC., AND BAXTER HEALTHCARE CORPORATION, | ) **Jury Trial Demanded** ) ) |
| Defendants. | ) ) ) |
| BAXTER HEALTHCARE CORPORATION, | ) ) |
| Counterclaimant, | ) ) |
| v. | ) ) |
| TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC, | ) ) ) |
| Counterdefendants. | ) ) |

**[PROPOSED] ORDER**

AND NOW, this ____ day of _____, 2007, upon consideration of Baxter's Motion *in Limine* No. 5 to Prohibit Any Evidence or Argument Regarding Plaintiffs' Non-Injunction Scenario, and Plaintiffs' Opposition thereto, it is hereby ORDERED that Baxter's Motion *in Limine* No. 5 is DENIED.

IT IS SO ORDERED.

_____
Gregory M. Sleet, United States District Judge