# EXHIBIT 1
# FULLY REDACTED