# EXHIBITS 5-13
# FULLY REDACTED