# EXHIBITS 15-21
# FULLY REDACTED