# EXHIBITS 26-27
# FULLY REDACTED