# THIS DOCUMENT WAS FILED UNDER SEAL

Case 1:05-cv-00349-GMS    Document 312    Filed 05/14/2007    Page 1 of 1