IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BAXTER INTERNATIONAL INC., and BAXTER HEALTHCARE CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-349-GMS <br><br> <u>Jury Trial Demanded</u> |
| BAXTER HEALTHCARE CORPORATION, <br><br> Counterclaimant, <br><br> v. <br><br> TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC, <br><br> Counterdefendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) REDACTED VERSION DI 311 |

DECLARATION OF JACLYN M. MASON IN SUPPORT OF
PLAINTIFFS' REPLY BRIEFS IN SUPPORT OF
<u>THEIR MOTIONS *IN LIMINE* NOS. 1-5</u>

Bradford J. Badke, Esquire
Gabrielle Ciuffreda, Esquire
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
*Of Counsel for Counterclaim Defendant
Bayer Healthcare LLC*

Redacted Version Filed: May 21, 2007
Date: May 14, 2007

Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
Mark E. Freeman (#4257)
Jaclyn M. Mason (#4737)
Dana K. Hammond (#4869)
Christopher E. Jeffers (*pro hac vice*)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for the Plaintiffs and
Counterclaim Defendants*

I, Jaclyn M. Mason, declare:

1. I am an associate at the law firm of Connolly Bove Lodge and Hutz LLP in Wilmington, Delaware and one of the counsel of record for Plaintiffs and Counterdefendants Talecris Biotherapeutics, Inc. and Bayer Healthcare LLC. I make this declaration in support of Plaintiffs' Reply Briefs in Support of Their Motions *in Limine* Nos. 1-5 based on my personal knowledge and the inspection of the documents attached hereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of pages 122, 143 and 147 of the Highly Confidential deposition transcript of R. Bruce Den Uyl (February 27, 2007).

3. Attached hereto as Exhibit 2 is a true and correct copy of page 48 of the Highly Confidential deposition transcript of Christopher J. Bokhart (February 21, 2007).

4. Attached hereto as Exhibit 3 is a true and correct copy of the Joint Claims Construction Chart.

5. Attached hereto as Exhibit 4 is a true and correct copy of the transcript from the *Markman* hearing (December 14, 2006).

6. Attached hereto as Exhibit 5 is a true and correct of the Court's Claim Construction Order, Docket Item 199.

7. Attached hereto as Exhibit 6 are true and correct copies of pages 1, 3-6 of the Highly Confidential Rebuttal Expert Report of Jeffrey V. Ravetch (January 31, 2007).

8. Attached hereto as Exhibit 7 are true and correct copies of pages 106-109 of the Highly Confidential deposition transcript of Dr. Terrence Snape (February 22, 2007).

9. Attached hereto as Exhibit 8 are true and correct copies of page 122 of the Highly Confidential deposition transcript of Dr. Thomas Kindt (February 28, 2007) and pages 151-2,

155, 204-5, 210, 215-6, 242-5 of the Highly Confidential deposition transcript of Dr. Thomas Kindt (March 1, 2007).

10. Attached hereto as Exhibit 9 is a true and correct copy of page 20 of the Highly Confidential deposition transcript of Dr. William Alonso (September 26, 2006).

11. Attached hereto as Exhibit 10 is a true and correct copy of page 26 of the Expert Report of Thomas J. Kindt (January 10, 2007).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 14th day of May, 2007, at Wilmington, Delaware.

Jaclyn M. Mason

538860v1


## CERTIFICATE OF SERVICE

I hereby certify on this 14th day of May, 2007 I electronically filed the foregoing **Declaration of Jaclyn M. Mason in Support of Plaintiffs' Reply Briefs in Support of Their Motions *in Limine* Nos. 1-5** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6140<br>provner@potteranderson.com | Susan Spaeth, Esquire<br>Townsend and Townsend and Crew LLP<br>379 Lytton Avenue<br>Palo Alto, CA 94301-1431<br>(415) 576-0200<br>smspaeth@townsend.com |
|---|---|

I also hereby certify that a true copy of the foregoing document was served upon the following in the manner indicated on May 14, 2007.

| **Via Hand Delivery and E-Mail**<br>Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6140<br>provner@potteranderson.com | **Via Federal Express and E-Mail**<br>Susan Spaeth, Esquire<br>Townsend and Townsend and Crew LLP<br>379 Lytton Avenue<br>Palo Alto, CA 94301-1431<br>(415) 576-0200<br>smspaeth@townsend.com |
|---|---|

                                           /s/ Jeffrey B. Bove
Jeffrey B. Bove (#998)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141
jbove@cblh.com
*Attorneys for Talecris Biotherapeutics, Inc. and Bayer Healthcare LLC*

Bradford J. Badke
Gabrielle Ciuffreda
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020-1105
(212) 596-9000
*Attorneys for Bayer Healthcare LLC*