# EXHIBITS 1-3 FULLY REDACTED