# EXHIBITS 6-10 FULLY REDACTED