IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., ) | |
| Plaintiff ) | |
| v. ) | C.A. No. 05-349 GMS |
| BAXTER INTERNATIONAL INC., et al., ) | |
| Defendants ) | |
| BAXTER HEALTHCARE CORP., ) | |
| Counterclaimant ) | |
| v. ) | |
| TALECRIS BIOTHERAPEUTICS, INC. and BAYER HEALTHCARE LLC, ) | |
| Counter-defendants ) | |

## ORDER

At Wilmington this 18th day of June, 2007, having considered the representations of the parties with regard to the necessity of Mr. James Giblin's testimony, and having considered Talecris's representations of Mr. Giblin's availability;

IT IS ORDERED that discovery shall be reopened for the limited purpose of conducting a video deposition of Mr. James Giblin.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE