**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

_____
)
TALECRIS BIOTHERAPEUTICS, INC.,     )
)
       Plaintiff     )
)
       v.     )
)     C.A. No. 05-349 GMS
BAXTER INTERNATIONAL INC., et al.,     )
)
       Defendants     )
_____)
)
BAXTER HEALTHCARE CORP.,     )
)
       Counterclaimant     )
)
       v.     )
)
TALECRIS BIOTHERAPEUTICS, INC.     )
and BAYER HEALTHCARE LLC,     )
)
       Counterdefendants     )
_____)

**<u>ORDER</u>**

      WHEREAS, on June 14, 2007, the court held a pretrial conference in the above-captioned

action;

      WHEREAS, during the conference, an issue arose concerning the court's jurisdiction over

Baxter's invalidity counterclaim given Talecris's withdrawal of all but one asserted claim of the

'191 patent;

      WHEREAS, after hearing argument from the parties on the issue, the court permitted the

parties to submit relevant authority by Wednesday, June 20, 2007;

WHEREAS, having considered the parties' arguments at the pretrial conference, and having read and duly considered Judge Robinson's decision in *Syngenta Seeds, Inc. v. Monsanto Co.*,[1] and the Federal Circuit's decision in *Shelcore, Inc., v. Durham Indus., Inc.*,[2] the court finds further submissions unnecessary; and

WHEREAS, based on the above-referenced authority, the court finds that, to the extent Talecris continues to assert that Baxter infringes any claim of the '191 patent, the court retains jurisdiction over Baxter's invalidity counterclaim.

IT IS HEREBY ORDERED that:

The court shall retain jurisdiction over Baxter's invalidity counterclaim regarding claim 1 of the '191 patent, despite the fact that Talecris is proceeding on only claim 7 in its infringement case.

                                    /s/ Gregory M. Sleet
Dated: June  18, 2007               UNITED STATES DISTRICT JUDGE

---

[1] 2004 WL 2790498 (D. Del. Nov. 22, 2004).

[2] 745 F.2d 621 (Fed. Cir. 1984).