# CONNOLLY BOVE LODGE & HUTZ LLP
## ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

**Jeffrey B. Bove**
Partner

TEL (302) 888-6241
FAX: (302) 656-9072
EMAIL jbove@cblh.com
REPLY TO Wilmington Office

Redacted Version Filed: Jun 19, 2007
June 15, 2007

**Via ECF and Hand Delivery**
The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

**REDACTED VERSION DI 338**

RE:   **Talecris Biotherapeutics, Inc. & Bayer Healthcare LLC v. Baxter International, Inc. and Baxter Healthcare Corp., C.A. No. 05-349-GMS**

Dear Judge Sleet:

    I am writing further to the discussion at yesterday's pretrial conference regarding the scheduling issues concerning Mr. James Giblin, the retired Bayer in-house attorney who prosecuted the '191 patent in suit and who was accused of inequitable conduct on Friday, June 8, 2007, as more fully set forth in the attached letter from Ms. Rogaski. I conferred with Mr. Giblin who lives outside of San Francisco, California, late last night. I report the following:

    1.   Mr. Giblin remains unavailable for in-person attendance during the weeks of July 9 and 16.

**REDACTED**

The Honorable Gregory M. Sleet
June 15, 2007
Page 2

**REDACTED**

4.  Mr. Giblin also has commitments to other pro bono service where he provides services to clients on a regular basis at his senior center and thus has important client meetings scheduled before his active grand jury service commences.

5.  Despite the foregoing, Mr. Giblin has indicated he could voluntarily appear for a brief deposition on Saturday, June 30, 2007, in San Francisco. Since Baxter has explicitly indicated that its charges against Mr. Giblin are directed to two patents and the Gamimune N. product, and Baxter has represented to the Court that it "will require no new discovery, and by its motion Baxter seeks to conform the pleadings with the evidence it has obtained during discovery", it would seem that Mr. Giblin's deposition could be videotaped and limited to a few hours of examination by both Talecris and Baxter.

We await guidance from the Court concerning the foregoing.

Respectfully submitted,

Jeffrey B. Bove (#998)

JBB/llw

Enclosure

cc: Philip A. Rovner, Esquire (via e-filing & e-mail)
    Susan Spaeth, Esquire (via e-mail)
    Bradford J. Badke, Esquire (via e-mail)

488572