TOWNSEND
and
TOWNSEND
and
CREW
LLP

Palo Alto

379 Lytton Avenue
Palo Alto, California 94301-1431
Tel 650.326.2400
Fax 650.326.2422

June 8, 2007

**VIA EMAIL**

Jeffrey B. Bove, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Re: *Talecris Biotherapeutics, Inc. and Bayer Healthcare LLC v. Baxter International Inc. and Baxter Healthcare Corporation* and related counterclaim
U.S. District Court, District of Delaware, Case No. 05-349-GMS
Our Reference 018652-004000

Dear Jeff:

This is in response to your June 7, 2007 letter to Jim Gilliland regarding Baxter's inequitable conduct allegations, in which you request the identification of which individuals are alleged to have engaged in which acts of inequitable conduct. Baxter identifies Mr. Giblin with respect to the allegations in paragraphs 15 and 16 of Baxter's Counterclaim (filed today) and Dr. Alonso with respect to the allegations in paragraphs 17-25 of Baxter's Counterclaim.

Very truly yours,

TOWNSEND AND TOWNSEND AND CREW LLP

Annie M. Rogaski

AMR:lp

61073247 v1

cc: Philip A. Rovner, Potter Anderson & Corroon LLP (via email and Federal Express)
Bradford J. Badke, Ropes & Gray LLP (via email and Federal Express)