## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-349-GMS |
| BAXTER INTERNATIONAL INC., and BAXTER HEALTHCARE CORPORATION, | ) ) ) | **Jury Trial Demanded** |
| Defendants. | ) ) ) | |
| BAXTER HEALTHCARE CORPORATION, | ) ) | |
| Counterclaimant, | ) ) | |
| v. | ) ) | |
| TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC, | ) ) ) | |
| Counterdefendants. | ) ) ) | |

### PLAINTIFFS' NOTICE OF DEPOSITION OF LAWRENCE GUIHEEN

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that beginning on June 27, 2007 at 9:30 a.m., at the offices of Connolly Bove Lodge and Hutz LLP, 1007 N. Orange Street, Wilmington, Delaware, 19801, counsel for Plaintiffs Talecris Biotherapeutics, Inc. and Bayer Healthcare LLC will take, pursuant to Federal Rules of Civil Procedure 28 and 30, the deposition upon oral examination of Lawrence Guiheen.

The deposition will be taken before an officer authorized to administer oaths and will continue from hour to hour and day to day until completed. You are invited to attend and cross-examine.

Please be advised that this deposition may be recorded by videotape in addition to stenographic recording, which will include the use of LiveNote real time transcription.

Date: June 20, 2007

                CONNOLLY BOVE LODGE & HUTZ LLP

                __/s/ Jeffrey B. Bove_____
                Jeffrey B. Bove (#998)
                Mary W. Bourke (#2356)
                Mark E. Freeman (#4257)
                Jaclyn M. Mason (#4737)
                The Nemours Building
                1007 North Orange Street
                Wilmington, DE  19801
                (302) 658-9141
                *Attorneys for Talecris Biotherapeutics, Inc.*
                *and Bayer Healthcare LLC*

Bradford J. Badke
Gabrielle Ciuffreda
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020-1105
(212) 596-9000

*Attorneys for Bayer Healthcare LLC*

# CERTIFICATE OF SERVICE

I, Jeffrey B. Bove, hereby certify on this 20th day of June, 2007, I electronically filed the foregoing **PLAINTIFFS' NOTICE OF DEPOSITION OF LAWRENCE GUIHEEN** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6140<br>provner@potteranderson.com | Susan Spaeth, Esquire<br>Townsend and Townsend and Crew LLP<br>379 Lytton Avenue<br>Palo Alto, CA 94301-1431<br>(415) 576-0200<br>smspaeth@townsend.com |

　　　　　　　　　　　　　　　　　　　/s/ Jeffrey B. Bove
**Jeffrey B. Bove (#998)**
**Mary W. Bourke (#2356)**
**Mark E. Freeman (#4257)**
**Jaclyn M. Mason (#4737)**
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141
jmason@cblh.com

546009