TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

**Palo Alto**

379 Lytton Avenue
Palo Alto, California 94301-1431
Tel 650.326.2400
Fax 650.326.2422

June 20, 2007

*VIA EMAIL*

Jeffrey B. Bove, Esq.
Jaclyn M. Mason, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Re:   *Talecris Biotherapeutics, Inc. and Bayer Healthcare LLC v. Baxter International Inc. and Baxter Healthcare Corporation* and related counterclaim
U.S. District Court, District of Delaware, Case No. 05-349-GMS
Our Reference 018652-004000

Dear Counsel:

Per our agreement to identify those witnesses we expect to call live at trial, following are the witnesses Baxter expects to call live at trial:

1. William Alonso, Ph.D.
2. Christophe Carnewal
3. James A. Giblin, if he becomes available
4. Edward G. Gomperts, M.D.
5. Lawrence Guiheen and/or Ron Lloyd
6. Gerhard Pölsler, Ph.D.
7. Clara Schreiner, Ph.D.
8. Wolfgang Teschner, Ph.D.
9. R. Bruce Den Uyl
10. Thomas Kindt, Ph.D.
11. Terence Snape, Ph.D.

Very truly yours,

TOWNSEND AND TOWNSEND AND CREW LLP

Annie M. Rogaski

AMR:lp
61079108 v1

cc:   Philip A. Rovner, Potter Anderson & Corroon LLP (via email)
Bradford J. Badke, Ropes & Gray LLP (via email)