1



**CONNOLLY BOVE LODGE & HUTZ LLP**

ATTORNEYS AT LAW

Jaclyn M. Mason
Associate

TEL (302) 888-6433
FAX (302) 255-4275
EMAIL jmason@cblh.com
REPLY TO Wilmington Office

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles CA 90071
TEL (213) 787 2500
FAX (213) 687 0498

1875 Eye Street, NW,
Suite 1100
Washington DC 20006
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

*Via E-Mail*

June 20, 2007

Annie Rogaski, Esquire
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA 94301

Re: *Talecris Biotherapeutics, Inc. and Bayer Healthcare LLC v. Baxter International Inc. and Baxter Healthcare Corp.*, No. 05-CV-349 (GMS) (D. Del.)

Dear Annie:

Enclosed please find a notice of deposition for Mr. Guiheen, pending our review of the summary of his expected trial testimony, which we have yet to receive. We are providing this as a courtesy given that our Local Rules require five days notice for the taking of depositions. *See* D. Del. LR. 30.1.

Sincerely,

Jaclyn M. Mason

Enclosure

cc: Jeffrey B. Bove, Esq. (via email)
Philip Rovner, Esq. (via email and hand delivery)

546005

EXHIBIT 1
Guiheen
6-27-07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>BAXTER INTERNATIONAL INC., and BAXTER HEALTHCARE CORPORATION,  )<br><br>Defendants.  ) | C.A. No. 05-349-GMS<br><br>**Jury Trial Demanded** |
| BAXTER HEALTHCARE CORPORATION,  )<br><br>Counterclaimant,  )<br><br>v.  )<br><br>TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC,  )<br><br>Counterdefendants.  ) | |

**PLAINTIFFS' NOTICE OF DEPOSITION OF LAWRENCE GUIHEEN**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE thatb eginning on June 27, 2007 at 9:30 a.m., at the offices of Connolly Bove Lodge and Hutz LLP, 1007 N. Orange Street, Wilmington, Delaware, 19801, counsel for Plaintiffs Talecris Biotherapeutics, Inc. and Bayer Healthcare LLC will take, pursuant to Federal Rules of Civil Procedure 28 and 30, the deposition upon oral examination of Lawrence Guiheen.

The deposition will be taken before an officer authorized to administer oaths and will continue from hour to hour and day to day until completed. You are invited to attend and cross-examine.

Please be advised that this deposition may be recorded by videotape in addition to stenographic recording, which will include the use of LiveNote real time transcription.

Date: June 20, 2007

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Jeffrey B. Bove
Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
Mark E. Freeman (#4257)
Jaclyn M. Mason (#4737)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141
*Attorneys for Talecris Biotherapeutics, Inc.
and Bayer Healthcare LLC*

Bradford J. Badke
Gabrielle Ciuffreda
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020-1105
(212) 596-9000

*Attorneys for Bayer Healthcare LLC*

2

## CERTIFICATE OF SERVICE

I, Jeffrey B.B ove, hereby certify on this 20th day of June,2007 ,I electronically filed the foregoing **PLAINTIFFS' NOTICE OF DEPOSITION OF LAWRENCE GUIHEEN** with the Clerk of Courtu sing CM/ECF which will send notification of such filing to the following:

| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6140<br>provner@potteranderson.com | Susan Spaeth, Esquire<br>Townsend and Townsend and Crew LLP<br>379 Lytton Avenue<br>Palo Alto, CA 94301-1431<br>(415) 576-0200<br>smspaeth@townsend.com |
|---|---|

　　　　　　　　　　　　　　　　　　_/s/ Jeffrey B. Bove_
**Jeffrey B. Bove (#998)**
**Mary W. Bourke (#2356)**
**Mark E. Freeman (#4257)**
**Jaclyn M. Mason (#4737)**
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141
jmason@cblh.com

546009