# 4



# CONNOLLY BOVE LODGE & HUTZ LLP
## ATTORNEYS AT LAW

Jeffrey B. Bove
Partner

TEL (302) 888-6241
FAX (302) 656-9072
EMAIL jbove@cblh.com
REPLY TO Wilmington Office

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles CA 90071
TEL (213) 787 2500
FAX (213) 687 0498

1875 Eye Street, NW,
Suite 1100
Washington DC 20006
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

*Via E-Mail*

June 25, 2007

Jim Gilliland, Esquire
Townsend and Townsend and Crew LLP
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111

Re: *Talecris Biotherapeutics, Inc. and Bayer Healthcare LLC v. Baxter International Inc. and Baxter Healthcare Corp.*, No. 05-CV-349 (GMS) (D. Del.)

Dear Jim:

This responds to your June 22, 2007 e-mail to Jaclyn Mason. We intend to proceed with the deposition of Mr. Guiheen as noticed.

Sincerely,

Jeffrey B. Bove

cc: Philip Rovner, Esq. (via email)

546931



km EXHIBIT 4
Guiheen
6-27-07