

9227-7

0001
1                IN THE UNITED STATES DISTRICT COURT
2                   FOR THE DISTRICT OF DELAWARE
3

    TALECRIS BIOTHERAPEUTICS, INC., )
4   and BAYER HEALTHCARE LLC,       )
                                    )
5        Plaintiffs,                )   Case No.
                                    )   05-349-GMS
6   v.                              )
                                    )
7   BAXTER INTERNATIONAL INC., and  )
    BAXTER HEALTHCARE CORPORATION,  )
8                                   )
         Defendants.                )
9                                   )
    BAXTER HEALTHCARE CORPORATION,  )
10                                  )
         Counterclaimant,           )
11                                  )
    v.                              )
12                                  )
    TALECRIS BIOTHERAPEUTICS, INC., )
13  and BAYER HEALTHCARE LLC,       )
                                    )
14       Counterdefendants.         )
15       Statement of counsel on the record taken pursuant
    to notice before Renee A. Meyers, Certified Realtime
16  Reporter and Notary Public, in the law offices of
    CONNOLLY BOVE LODGE & HUTZ, LLP, 1007 North Orange
17  Street, Wilmington, Delaware, on Wednesday, June 27,
    2007, beginning at approximately 9:40 a.m., there being
18  present:
19
20
21
22
23
24
25
0002
1   APPEARANCES:
2       CONNOLLY BOVE LODGE & HUTZ LLP
3       JEFFREY B. BOVE, ESQ.
4       JACLYN MASON, ESQ.
5         1007 North Orange Street
          Wilmington, Delaware  19899
6         for Plaintiffs,
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

Page 1

9227-7

22
23
24
25
0003
1  (Guiheen Deposition Exhibit No. 1 was marked
2  for identification.)
3              (Guiheen Deposition Exhibit No. 2 was marked
4  for identification.)
5              (Guiheen Deposition Exhibit No. 3 was marked
6  for identification.)
7              (Guiheen Deposition Exhibit No. 4 was marked
8  for identification.)
9              (Guiheen Deposition Exhibit No. 5 was marked
10  for identification.)
11              MR. BOVE:  Good morning.  My name is Jeff
12  Bove and I am lead counsel for plaintiffs Talecris
13  Biotherapeutics and Bayer Healthcare in litigation
14  against Baxter International and Baxter Healthcare.
15              With me is my associate, Jaclyn Mason.
16              I would like to ask the court reporter to
17  mark -- or what has previously been marked, rather, I
18  will put on the record, as Guiheen Exhibit No. 1, is a
19  letter from Jaclyn Mason to Annie Rogaski of the law
20  firm of Townsend and Townsend and Crew dated June 20th,
21  2007, which enclosed a plaintiffs' notice of deposition
22  of Lawrence Guiheen.
23              This notice of deposition indicates that on
24  June 27th, 2007, at 9:30 a.m., the deposition of
25  Mr. Guiheen will take place in the law offices of
0004
1  Connolly Bove Lodge & Hutz in Wilmington, Delaware.
2              I'd also like to put on the record what has
3  been marked as Guiheen Deposition Exhibit No. 2, which
4  is a letter from Jaclyn Mason to Megan Chung of Townsend
5  and Townsend indicating a concern and complaint that
6  Baxter did not comply with representations made at the
7  pretrial conference in this matter concerning the
8  expected scope of Mr. Guiheen's trial testimony.
9              Guiheen Exhibit 3, which has been
10  pre-marked, is a June 21st, 2007, letter to the
11  Honorable Gregory M. Sleet from me expressing to the
12  Court our concerns about the misstated scope of
13  Mr. Guiheen's expected trial testimony and the fact that
14  the defendants have not indicated, with certainty,
15  whether they will even call Mr. Guiheen as a trial
16  witness.  The letter requests the Court to exclude
17  Mr. Guiheen from testifying at trial on that basis.
18              Guiheen Deposition Exhibit 4 is a letter
19  from me to Jim Gilliland of Townsend and Townsend dated
20  June 25th, 2007, confirming that the plaintiffs intend
21  to proceed with the deposition of Mr. Guiheen as
22  noticed.
23              And, finally, Guiheen Deposition Exhibit No.
24  5 is a letter from me to Jim Gilliland dated June 26th,
25  2007, indicating the plaintiffs intent to proceed with
0005
1  the deposition of Mr. Guiheen as duly noticed and
2  indicating plaintiffs' concern that the defendants must
3  appear consistent with the Federal Rules of Civil
4  Procedure, the Local Rules of the District of Delaware,
5  and what we understand to be long established customary
6  practice in the District of Delaware.
                              Page 2

9227-7

```
 7                We are present at the deposition and ready,
 8    willing, and able to proceed as noticed.  To my
 9    knowledge, there has been no motion for a stay or a
10    protective order filed with the Court, and, therefore,
11    the defendants and Mr. Guiheen are in default of the
12    deposition notice.  They are not present here today.
13                We will now attempt to reach local counsel
14    for the defendants to confirm whether or not Mr. Guiheen
15    will appear as duly noticed.
16                (Off the record.)
17                MR. BOVE:  Good morning, Phil.  This is Jeff
18    Bove and I am at the deposition of Lawrence Guiheen in
19    my office as previously noticed, and I am attempting to
20    reach you in order to confirm that, indeed, Mr. Guiheen
21    and any representative from the defendants will not
22    appear today.
23                We are leaving you this on voice mail in an
24    effort to contact you.  It is now approximately quarter
25    of ten.  The deposition was scheduled for 9:30, and
0006
 1    unless we hear promptly back from you, we will assume
 2    that neither the defendants nor Mr. Guiheen will appear
 3    despite the outstanding notice of deposition.
 4                And, also, Phil, I am placing this on the
 5    record as I have communicated it to you.  I will talk to
 6    you soon.
 7                I believe that concludes our deposition
 8    today.  Without a witness, we cannot proceed.
 9                (The statement was concluded at 9:48 a.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
0007
 1                     C E R T I F I C A T E
 2    STATE OF DELAWARE:
 3                      :
 4    NEW CASTLE COUNTY:
 5                I, Renee A. Meyers, a Registered Professional
 6    Reporter, within and for the County and State aforesaid,
 7    do hereby certify that the foregoing statement on the
 8    record was taken before me, pursuant to notice, at the
 9    time and place indicated; that the statement on the
10    record was correctly recorded in machine shorthand by me
11    and thereafter transcribed under my supervision with
12    computer-aided transcription; that the foregoing
13    statement on the record is a true record; and that I am
14    neither of counsel nor kin to any party in said action,
15    nor interested in the outcome thereof.
16                WITNESS my hand this 27th day of June A.D. 2007.
17
```

Page 3

9227-7

```
18
19      _____
20      RENEE A. MEYERS
21          REGISTERED PROFESSIONAL REPORTER
22          CERTIFICATION NO. 106-RPR
23      (Expires January 31, 2008)
24
25
```