# CONNOLLY BOVE LODGE & HUTZ LLP

### ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Jeffrey B. Bove
Partner

TEL (302) 888-6241
FAX: (302) 656-9072
EMAIL jbove@cblh.com
REPLY TO Wilmington Office

June 28, 2007

**Via ECF and Hand Delivery**
The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

RE:    **Talecris Biotherapeutics, Inc. & Bayer Healthcare LLC v. Baxter International, Inc. and Baxter Healthcare Corp., C.A. No. 05-349-GMS**

Dear Judge Sleet,

I am pleased to report that the parties have resolved their issues relating to the deposition of Mr. Guiheen.

Respectfully submitted,

*/s/ Jeffrey B. Bove*

JBB/llw                                    Jeffrey B. Bove (#998)

cc:    Philip A. Rovner, Esquire (via e-filing & e-mail)
       Susan Spaeth, Esquire (via e-mail)
       Bradford J. Badke, Esquire (via e-mail)

488572