IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | C.A. No. 05-349 GMS |
| ) | |
| BAXTER INTERNATIONAL INC., et al., ) | |
| ) | |
| Defendants ) | |
| ) | |
| BAXTER HEALTHCARE CORP., ) | |
| ) | |
| Counterclaimant ) | |
| ) | |
| v. ) | |
| ) | |
| TALECRIS BIOTHERAPEUTICS, INC. ) | |
| and BAYER HEALTHCARE LLC, ) | |
| ) | |
| Counter-defendants ) | |

**MEMORANDUM ORDER**

At Wilmington this 3rd day of July, 2007, having reviewed and duly considered the plaintiff's motion for leave to file a motion *in limine* regarding Baxter's expert, and the defendant's motion for reconsideration of one of the court's *in limine* rulings;

IT IS ORDERED that the plaintiff's motion for leave to file (D.I. 357) is DENIED. The court fully expects and anticipates Baxter's compliance with the court's previous Orders. As the court has already indicated at the pretrial conference, there may be closer calls to make in real-time but the court will not draw esoteric lines prospectively and abstractly.

IT IS FURTHER ORDERED that the defendant's motion for reconsideration (D.I. 361) is DENIED. Motions for reconsideration are granted sparingly. Should a party feel strongly that

2

the court should revisit an evidentiary ruling, it should interpose an objection at the appropriate time, and the court will hear argument at sidebar.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE