# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BAXTER INTERNATIONAL INC., and BAXTER HEALTHCARE CORPORATION,<br><br>Defendants. | C.A. No. 05-349-GMS<br><br>**Jury Trial Demanded** |
| BAXTER HEALTHCARE CORPORATION,<br><br>Counterclaimant,<br><br>v.<br><br>TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC,<br><br>Counterdefendants. | |

### [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2007, upon consideration of Plaintiffs' Motion for Leave to File Plaintiffs' Motion to Exclude Dr. Terence Snape's Noninfringement Opinions, it is hereby ORDERED that said Motion is GRANTED.

Plaintiffs' Motion to Exclude Dr. Terence Snape's Noninfringement Opinions shall be deemed filed and served as of this date.

IT IS SO ORDERED.

_____
Gregory M. Sleet, U.S. District Judge