IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BAXTER INTERNATIONAL INC., and BAXTER HEALTHCARE CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 05-349-GMS ) ) ) **Jury Trial Demanded** ) ) ) ) ) |
| BAXTER HEALTHCARE CORPORATION, <br><br> Counterclaimant, <br><br> v. <br><br> TALECRIS BIOTHERAPEUTICS, INC., and BAYER HEALTHCARE LLC, <br><br> Counterdefendants. | ) ) ) **REDACTED VERSION DI 358** ) ) ) ) ) ) ) ) ) |

**DECLARATION OF JACLYN M. MASON IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' MOTION TO EXCLUDE DR. TERENCE SNAPE'S NONINFRINGEMENT OPINIONS**

Bradford J. Badke, Esquire
Gabrielle Ciuffreda, Esquire
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
*Of Counsel for Counterclaim Defendant Bayer Healthcare LLC*

Redacted Version filed: July 5, 2007
Date: June 27, 2007

Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
Mark E. Freeman (#4257)
Jaclyn M. Mason (#4737)
Dana K. Hammond (#4869)
Christopher E. Jeffers (*pro hac vice*)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for the Plaintiffs and Counterclaim Defendants*

I, Jaclyn M. Mason, declare:

1. I am an associate at the law firm of Connolly Bove Lodge and Hutz LLP in Wilmington, Delaware and one of the counsel of record for Plaintiffs and Counterdefendants Talecris Biotherapeutics, Inc. and Bayer Healthcare LLC. I make this declaration in support of Plaintiffs' Motion for Leave to File Plaintiffs' Motion to Exclude Dr. Terence Snape's Noninfringement Opinions based on my personal knowledge and the inspection of the documents attached hereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of a June 26, 2007 letter from Mary Bourke to Jim Gilliland.

3. Attached hereto as Exhibit 2 is a true and correct copy of the June 14, 2007 email setting forth the Court's Oral Order on the parties' Motions *in Limine*.

**REDACTED**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 27th day of June, 2007, at Wilmington, Delaware.

_____
Jaclyn M. Mason

547569

## CERTIFICATE OF SERVICE

I hereby certify on this 27th day of June, 2007 I electronically filed the foregoing **Declaration of Jaclyn M. Mason in Support of Plaintiffs' Motion for Leave File Plaintiffs' Motion to Exclude Dr. Terence Snape's Noninfringement Opinions** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6140<br>provner@potteranderson.com | Susan Spaeth, Esquire<br>Townsend and Townsend and Crew LLP<br>379 Lytton Avenue<br>Palo Alto, CA 94301-1431<br>(415) 576-0200<br>smspaeth@townsend.com |

I also hereby certify that a true copy of the foregoing document was served upon the following in the manner indicated on June 27, 2007.

| **Via Hand Delivery and E-Mail** | **Via Federal Express and E-Mail** |
|---|---|
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6140<br>provner@potteranderson.com | Susan Spaeth, Esquire<br>Townsend and Townsend and Crew LLP<br>379 Lytton Avenue<br>Palo Alto, CA 94301-1431<br>(415) 576-0200<br>smspaeth@townsend.com |

                                           /s/ Jeffrey B. Bove
Jeffrey B. Bove (#998)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141
jbove@cblh.com
*Attorneys for Talecris Biotherapeutics, Inc. and Bayer Healthcare LLC*

2