# EXHIBIT 2

**Donna C. Hallowell**

| | |
|---|---|
| From: | ded_nefreply@ded.uscourts.gov |
| Sent: | Thursday, June 14, 2007 12:32 PM |
| To: | ded_ecf@ded.uscourts.gov |
| Subject: | Activity in Case 1:05-cv-00349-GMS Talecris Biotherapeutics Inc. v. Baxter International Inc. et al Order on Motion in Limine |

```
This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND
to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To
avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Delaware

Notice of Electronic Filing


The following transaction was entered on 6/14/2007 at 12:31 PM EDT and filed on 6/14/2007

Case Name:    Talecris Biotherapeutics Inc. v. Baxter International Inc. et al
Case Number:       1:05-cv-349 <https://ecf.ded.uscourts.gov/cgi-bin/DktRpt.pl?34913>
Filer:
Document Number:   No document attached

Docket Text:
ORAL ORDER (per the Pretrial Conference held on 6/14/2007) granting [247] Motion in
Limine; finding as moot [248] Motion in Limine; finding as moot [249] Motion in Limine;
denying [250] Motion in Limine; denying [251] Motion in Limine; denying [253] Motion in
Limine; taking under advisement [255] Motion in Limine; granting [257] Motion in Limine;
granting [259] Motion in Limine; denying [261] Motion in Limine. Ordered by Judge Gregory
M. Sleet on 6/14/2007. (asw)


1:05-cv-349 Notice has been electronically mailed to:
Jeffrey B. Bove   jbove@cblh.com, dhallowell@cblh.com, dkt@cblh.com
Philip A. Rovner   provner@potteranderson.com, iplitigation@potteranderson.com,
mstackel@potteranderson.com, nmcmenamin@potteranderson.com
Susan M. Spaeth   smspaeth@townsend.com, avmorjig@townsend.com
Dana Kathryn Hammond   dhammond@cblh.com

1:05-cv-349 Notice has been delivered by other means to:
```

1