# EXHIBIT 3

# FULLY REDACTED