IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TALECRIS BIOTHERAPEUTICS, INC.,

Plaintiff

v.

BAXTER INTERNATIONAL INC., et al.,

Defendants

BAXTER HEALTHCARE CORP.,

Counterclaimant

v.

TALECRIS BIOTHERAPEUTICS, INC. and BAYER HEALTHCARE LLC,

Counter-defendants

C.A. No. 05-349 GMS

**AMENDED MEMORANDUM ORDER**

At Wilmington this 3rd day of July, 2007, having reviewed and duly considered the plaintiff's motion for leave to file a motion *in limine* regarding Baxter's expert, and the defendant's motion for reconsideration of one of the court's *in limine* rulings;

IT IS ORDERED that the plaintiff's motion for leave to file (D.I. 357) is DENIED. The court fully expects and anticipates Baxter's compliance with the court's previous Orders. As the court has already indicated at the pretrial conference, there may be closer calls to make in real-time but the court will not draw esoteric lines prospectively and abstractly.

IT IS FURTHER ORDERED that the defendant's motion for reconsideration (D.I. 354) is DENIED. Motions for reconsideration are granted sparingly. Should a party feel strongly that

the court should revisit an evidentiary ruling, it should interpose an objection at the appropriate time, and the court will hear argument at sidebar.

_/s/ Gregory M. Sleet _______________
UNITED STATES DISTRICT JUDGE