IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TALECRIS BIOTHERAPEUTICS, INC.,** and **BAYER HEALTHCARE LLC,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | C.A. No. 05-349-GMS |
| **BAXTER INTERNATIONAL INC.,** and **BAXTER HEALTHCARE CORPORATION,** | ) ) ) ) | **Jury Trial Demanded** |
| **Defendants.** | ) ) | |
| **BAXTER HEALTHCARE CORPORATION,** | ) ) | |
| **Counterclaimant,** | ) ) | |
| v. | ) ) | |
| **TALECRIS BIOTHERAPEUTICS, INC.,** and **BAYER HEALTHCARE LLC,** | ) ) ) | |
| **Counterdefendants.** | ) ) ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs and Counterdefendants, Talecris Biotherapeutics, Inc. ("Talecris") and Bayer Healthcare LLC ("Bayer"), and Defendant, Baxter International Inc., and Defendant and Counterclaimant, Baxter Healthcare Corporation (collectively "Baxter"), through their respective counsel and subject to the approval of the Court, have entered into a Settlement Agreement, and it is, therefore, hereby stipulated that all claims and counterclaims asserted by Talecris, Bayer and Baxter in the above-captioned litigation are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), with each party to bear its own costs and attorneys' fees.

| CONNOLLY BOVE LODGE & HUTZ LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Jeffrey B. Bove<br>Jeffrey B. Bove, Esquire (#998)<br>Mary W. Bourke, Esquire (#2356)<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899-2207<br>jbove@cblh.com | /s/ Philip A. Rovner<br>Philip A. Rovner, Esquire (#3215)<br>1313 N. Market Street<br>P. O. Box 951<br>Wilmington, DE 19801<br>provner@potteranderson.com |
| *Attorneys for Plaintiffs and Counterdefendants* | *Attorneys for Defendants and Counterclaimant* |

It is SO ORDERED this _____ day of _____, 2007.

_____
Gregory M. Sleet, Chief United States District Judge